Case # : 03-56788
Debtor : TELEPATH CORP.
Judge : Arthur Weissbrodt

Amendment        Office 5 - SJ
-------------------------------
Receipt# 50047942    Deputy : CG
Amount  : $26.00
From    : LOGAN
-------------------------------
Filed  : November 07, 2003  1:19 PM

    Clerk, U.S. Bankruptcy Court
    Northern District of California

1  CHARLES E. LOGAN, 69136
   SUSAN B. LUCE, 120843
2  **LAW OFFICES OF**
   **C H A R L E S  E.  L O G A N**
3  95 SOUTH MARKET STREET
   SUITE 570
4  SAN JOSE, CA  95113
   TELEPHONE (408) 995-0256
5  FACSIMILE (408) 283-1440

6

7  Attorneys for Debtor
   Telepath Corporation

8              UNITED STATES BANKRUPTCY COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  In re:                    )    CASE NO. 03-56788-ASW11
                              )
12  TELEPATH CORPORATION,     )    Chapter 11
                              )
13          Debtor.           )    **NO HEARING REQUESTED**
                              )
14  _____ )

15
    **ORIGINAL EXHIBIT A, 20 LARGEST UNSECURED CLAIMS, SUMMARY OF**
16  **SCHEDULES, SCHEDULES, BUSINESS INCOME AND EXPENSES, STATEMENT OF**
    **FINANCIAL AFFAIRS, COMPENSATION STATEMENT OF ATTORNEY FOR THE**
17  **DEBTORS, LIST OF EQUITY SECURITY HOLDERS AND CREDITOR MATRIX**

18      Attached hereto is the following original documents:

19      1.    Exhibit "A" to Voluntary Petition

20      2.    List of Creditors Holding 20 Largest Unsecured Claims

21
        3.    Summary of Schedules
22
        4.    Schedule A, B, D, E, F, G, and H
23
24      5.    Business Income and Expenses

25      6.    Statement of Financial Affairs

26      7.    Compensation Statement of Attorney for the Debtors

27      8.    List of Equity Security Holders

28      9.    Amended Creditor Matrix

Original Schedules

I, the named responsible individual for the Debtor in this case, declare under the penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information, and belief.

Dated: _11·7·03_

_a̶ ̶E̶_ .
Aaron Ettinger
Responsible Individual

LAW OFFICES OF
CHARLES E. LOGAN
ATTORNEYS AT LAW
95 SOUTH MARKET STREET, SUITE 570,
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 995-0256

# United States Bankruptcy Court
## Northern District of California

In re   **Telepath Corporation**

Case No.  **03-56788-ASW11**

          Debtor

Chapter      **11**

## Exhibit "A" to Voluntary Petition

1.  If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2.  The following financial data is the latest available information and refers to debtor's condition on **10/19/03**.

| | | | Approximate number of holders |
|---|---|---|---|
| a. Total assets | $ | **1,025,851.30** | |
| b. Total debts (including debts listed in 2.c.,below) | $ | **2,773,157.52** | |
| c. Debt securities held by more than 500 holders. | | | |
| secured / /   unsecured / /   subordinated / / | $ | **0.00** | **0** |
| secured / /   unsecured / /   subordinated / / | $ | **0.00** | **0** |
| secured / /   unsecured / /   subordinated / / | $ | **0.00** | **0** |
| secured / /   unsecured / /   subordinated / / | $ | **0.00** | **0** |
| secured / /   unsecured / /   subordinated / / | $ | **0.00** | **0** |
| d. Number of shares of preferred stock | | **0** | **0** |
| e. Number of shares of common stock | | **2** | **0** |

Comments, if any:

3.  Brief description of debtor's business:
      **Two way radios, sales and services**

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
      **Aaron Ettinger and  Chet Ettinger**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
### Northern District of California

In re    **Telepath Corporation**                 Case No.    **03-56788-ASW11**

                           Debtor                Chapter             **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Andy Ajoulny<br>144 S. Third Street #420<br>San Jose, CA 95112 | Andy Ajoulny<br>144 S. Third Street #420<br>San Jose, CA 95112 | Loan | Disputed | 100,000.00 |
| Bank of Walnut Creek<br>4030 Clipper Court<br>Fremont, CA 94538 | Bank of Walnut Creek<br>4030 Clipper Court<br>Fremont, CA 94538 | Business loan | | 139,834.08 |
| Bank of Walnut Creek<br>4030 Clipper Court<br>Fremont, CA 94538 | Bank of Walnut Creek<br>4030 Clipper Court<br>Fremont, CA 94538 | Credit card purchases | | 4,046.87 |
| Day Wireless System<br>P.O. Box 22169<br>Milwaukie, OR 97269 | Day Wireless System<br>P.O. Box 22169<br>Milwaukie, OR 97269 | Trade debt | | 40,909.18 |
| EMR Corporation<br>22402 N. 19th Avenue<br>Phoenix, AZ 85027 | EMR Corporation<br>22402 N. 19th Avenue<br>Phoenix, AZ 85027 | Trade debt | | 5,284.75 |

In re     **Telepath Corporation** _____ ,     Case No.    __03-56788-ASW11__ _____

Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Haggerty Communications Group 7840 El Cajon Blvd. Suite 401 La Mesa, CA 91941 | Haggerty Communications Group 7840 El Cajon Blvd. Suite 401 La Mesa, CA 91941 | Trade debt | | 3,625.00 |
| ICOM America, Inc. 2380 116th Avenue N.E. Bellevue, WA 98004 | ICOM America, Inc. 2380 116th Avenue N.E. Bellevue, WA 98004 | Trade debt | | 112,978.06 |
| JPS Communicatins, Inc. 5800 Departure Drive Raleigh, NC 27616 | JPS Communicatins, Inc. 5800 Departure Drive Raleigh, NC 27616 | Trade debt | | 11,112.25 |
| Kenwood U.S.A. Corporation P.O. Box 100959 Pasadena, CA 91189-0959 | Kenwood U.S.A. Corporation P.O. Box 100959 Pasadena, CA 91189-0959 | Trade debt | | 17,574.74 |
| Moreno & Associates, Inc. P.O. Box 28118 San Jose, CA 95159-8118 | Moreno & Associates, Inc. P.O. Box 28118 San Jose, CA 95159-8118 | Trade debt | | 3,527.74 |
| Motorola (Svc Agreement) P.O. Box 100184 Pasadena, CA 91189-0184 | Motorola (Svc Agreement) P.O. Box 100184 Pasadena, CA 91189-0184 | Trade debt | | 9,100.84 |

In re    **Telepath Corporation**                          Case No.   **03-56788-ASW11**

                                       Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Motorola Radius<br>21473 Network Place<br>Chicago, IL 60673 | Motorola Radius<br>21473 Network Place<br>Chicago, IL 60673 | Trade debt | | 157,444.86 |
| Motorola, Inc.<br>21473 Network Place<br>Chicago, IL 60673 | Motorola, Inc.<br>21473 Network Place<br>Chicago, IL 60673 | Trade debt | | 11,466.85 |
| Neeka Accountancy Corporation<br>CPA'S & Management Consultants<br>39247 Liberty Street<br>Suite A-4<br>Fremont, CA 94538 | Neeka Accountancy Corporation<br>CPA'S & Management Consultants<br>39247 Liberty Street<br>Fremont, CA 94538 | Accounting Services | | 8,332.50 |
| Pacific Coast Labs<br>1031 San Leandro Blvd.<br>San Leandro, CA 94577 | Pacific Coast Labs<br>1031 San Leandro Blvd.<br>San Leandro, CA 94577 | Trade debt | | 6,983.93 |
| Peter Ajoulni<br>144 South Third Street #420<br>San Jose, CA 95112 | Peter Ajoulni<br>144 South Third Street #420<br>San Jose, CA 95112 | Loan | Disputed | 100,000.00 |
| SBC Smart Yellow Pages<br>P.O. Box 10325<br>Van Nuys, CA 91410 | SBC Smart Yellow Pages<br>P.O. Box 10325<br>Van Nuys, CA 91410 | Trade debt | | 34,666.97 |

In re    **Telepath Corporation**                                          Case No.   **03-56788-ASW11**
_____,
Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Systems Implemention, Inc.<br>Tensselaer Technology Park<br>105 Jordan Road<br>Troy, NY 12180 | Systems Implemention, Inc.<br>Tensselaer Technology Park<br>105 Jordan Road<br>Troy, NY 12180 | Trade debt | | 16,242.45 |
| Vertex Standard<br>P.O. Box 31001-1624<br>Pasadena, CA 91110 | Vertex Standard<br>P.O. Box 31001-1624<br>Pasadena, CA 91110 | Trade debt | | 19,771.85 |
| Vision Communications, Inc.<br>P.O. Box 598<br>Lakewood, CA 90714 | Vision Communications, Inc.<br>P.O. Box 598<br>Lakewood, CA 90714 | Trade debt | | 23,974.57 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date_____          Signature_____
                                                                         **Aaron Ettinger**
                                                                         **President**

_Penalty for making a false statement or concealing property_:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re **Telepath Corporation**

Debtor

Case No. **03-56788-ASW11**

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,025,851.30 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 11,776.64 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 4 | | 325.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 2,761,055.88 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 1,025,851.30 | | |
| Total Liabilities | | | | 2,773,157.52 | |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Telepath Corporation**                                   Case No.   **03-56788-ASW11**

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 0.00 |  |

<u>   0   </u> continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Case: 03-56788   Doc# 26   Filed: 11/07/03   Entered: 11/10/03 13:29:45   Page 9 of 25

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re    **Telepath Corporation**                                        Case No.   __03-56788-ASW11__

,
Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Petty Cash** | - | **600.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of Walnut Creek Checking Account** | - | **11,900.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **"Key man" Insurance Transamerica Occidental Life Insurance PO Box 419521 Kansas city, MO 64141-6521 Aaron Ettinger $1,000,000.00** | - | **0.00** |

Sub-Total >          **12,500.00**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Case: 03-56788    Doc# 26    Filed: 11/07/03    Entered: 11/10/03 13:29:45    Page 10 of 25

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Company Administrated 401K** **Merrill Lynch** **9601 S. Meridian** **Englewood, CO 80112** | - | 0.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **See Attached List** | - | 197,342.30 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  |  | Sub-Total > | 197,342.30 |
|---|---|---|---|
|  |  | (Total of this page) |  |

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

## TELEPATH CORPORATION AGING SCHEDULE

| CUSTOMER NAME | TOTAL DUE |
|---|---:|
| ACT GEARY | $ 2.15 |
| ADESA GOLDEN GATE AUTO AUCTION | $ 2,362.62 |
| ADOBE SYSTEMS | $ 3,238.73 |
| AIRPORT INN | $ 55.00 |
| ALAMEDA COUNTY MEDICAL CENTER | $ 1,445.75 |
| ALONGI BROS/MOTOR BODY | $ 2,528.59 |
| ALPHA CAB | $ 35.00 |
| ALTA BATES SUMMIT MEDICAL CNTR | $ 594.34 |
| AMERICAN HIGH SCHOOL | $ (38.97) |
| AMERICAN RED CROSS BAY AREA | $ 277.26 |
| AMR WEST | $ 6,544.84 |
| ANDERSON CHEVROLET | $ 1.90 |
| APPLIED BIOSYSTEMS | $ 82.25 |
| ARC ELECTRONICS | $ 82.25 |
| ASPECT COMMUNICATIONS | $ 11.83 |
| AVALON PLEASANTON | $ 101.50 |
| BIL MUNSIL | $ 22.58 |
| BECHTEL CORPORATION | $ 810.35 |
| BECHTEL CORPORATION | $ 104.00 |
| BERRYESSA UNION SCHOOL DIST | $ (3.88) |
| BILL TAYLOR | $ (23.63) |
| BOSTON PROPERTIES | $ 634.09 |
| BRINKS INC | $ (151.55) |
| BROWNING FERRIS INDUSTRIES | $ 4,027.13 |
| BROWNING FERRIS INDUSTRIES | $ 298.69 |
| BUBBA GUMPS SHRIMP CO. | $ 460.16 |
| BURNS INT. SECURITY SERVICES | $ (413.76) |
| BUTLER AMUSEMENTS | $ 58.57 |
| COMMUNICATIONS SERVICES | $ 142.25 |
| COMMUNITY HOSPITAL OF MONTEREY | $ 365.40 |
| CADILLAC OF MENLO PARK | $ 1,567.72 |
| CALIFORNIA ELECTRIC SERVICE | $ 727.12 |
| CALIFORNIA MEDICAL TRANSPORT | $ (361.11) |
| CAPROCK COMMUNICATIONS | $ 101.73 |
| CARGILL INC. | $ 1,733.29 |
| CARSON CITY FIRE DEPT. | $ 174.99 |
| CATHEDRAL HILL HOTEL | $ 10.91 |
| CB RICHARD ELLIS | $ 4.43 |
| CENTRAL FIRE DIST. | $ 7.31 |
| CENTURY THEATRES LAGUNA 16 | $ 292.62 |
| CHINA MAY INC | $ 1,750.00 |
| CHRISRTIANI CONSTRUCTION | $ 1.33 |
| CISCO SYSTEMS | $ 14,619.71 |
| CISCO SYSTEMS | $ (216.66) |
| CISCO SYSTEMS | $ 4,060.46 |
| CITY OF CAMPBELL POLICE DEPT | $ (101.76) |
| CITY OF GILROY PD | $ 8,338.48 |
| CITY OF HAYWARD | $ 4.07 |

| | | |
|---|---|---|
| CITY OF MILPITAS | $ | 937.29 |
| CITY OF MORGAN HILL | $ | 427.58 |
| CITY OF SANTA CRUZ | $ | 594.96 |
| CLARIDGE MERCEDES BENZ | $ | 24.10 |
| CLASSIC CAR WASH | $ | 1.36 |
| CLEAR CHANNEL BROADCASTING | $ | (19.12) |
| COMMTECH | $ | 5.65 |
| CONTRA COSTA COUNTY REG MED CNTI | $ | (3,196.49) |
| CONTRA COSTA COUNTY COMM | | |
| CONTRA COSTA COUTNY FIRE DIST | $ | 5.12 |
| CONTRA COST COUNTY SHERIFF | $ | (29.23) |
| CONTRACT TRANSPORTATION SVC | $ | (37.60) |
| CRESLEIGH MANAGEMENT | $ | 131.82 |
| CUPERTINO ELECTRIC | $ | 109.53 |
| CUSHMAN WAKEFIELD\ | $ | (4.43) |
| DE COFIELD | $ | 27.01 |
| DANIEL SHELSTA | $ | 6.50 |
| DAVID GRUNDMAN | $ | 31.55 |
| DAY WIRELESS | $ | 5,515.80 |
| DE SILVA GATES | $ | 97.00 |
| DEBERNARI DEVELOPMENT | $ | 94.23 |
| DIPLOMATIC SECURITY | $ | (104.40) |
| DOCTORS HOSPITAL | $ | 169.99 |
| DON WILSON | $ | 40.00 |
| DON'S COMMUNICATION\ | $ | 112.60 |
| DOW CHEMICAL | $ | (37.03) |
| EAST SIDE UNION HIGH SCHOOL DISTRIC | $ | 4,262.23 |
| EAST SIDE UNION HIGH SCHOOL DIST | $ | 48.71 |
| EBAY | $ | 51.10 |
| EILEEN ARDIZZONE | $ | 4.77 |
| ELECTRONIC ARTS | $ | 4.07 |
| ELECTRONIC ARTS | $ | 78.72 |
| EMERY UNIFIED | $ | 13.90 |
| EVERGREEN SCHOOL DIST | $ | 107.00 |
| FCI DUBLIN | $ | (0.83) |
| FERMA CORPORATION | $ | 307.43 |
| FOUR SEASON HOTEL | $ | 441.27 |
| FOX FACTORY | $ | 222.43 |
| FRANKLIN MCKINLEY SCHOOL DIST | $ | 13.51 |
| FREMONT ADULT SCHOOL | $ | 130.15 |
| GAP INC | $ | (2,644.38) |
| GARDEN OF THE GODS | $ | 40.56 |
| GENENTECH | $ | 16,364.79 |
| GIRL SCOUTS OF SC COUNTY | $ | (345.89) |
| GOLDEN STATE LUMBER CO | $ | 26.47 |
| GREAK LAKES TELEPHONE | $ | 378.83 |
| HATTON'S CRANE AND RIGGING | $ | 1,005.85 |
| HEAD-ROYCE SCHOOL | $ | 4.07 |
| HEADWAY TECHNOLOGIES | $ | 2,860.76 |
| HEALTHCARE SECURITY SERVICES | $ | (110.00) |

| | | |
|---|---|---|
| HEWLETT PACKARD | $ | 111.08 |
| HEWLETT PACKARD CO | $ | 50,436.56 |
| HIBBERT MARITIME | $ | 21.06 |
| HIGHWAY PREVENT N PATROL | $ | (25.00) |
| HINES INTEREST LTD | $ | 295.30 |
| HINES  INTEREST LTD | $ | 6.44 |
| HINES PROPERTY MANAGEMENT | $ | 109.11 |
| HOLIDAY INN FINANCIAL DISTRICT | $ | 3.23 |
| HP NON-STOP ENTERPRISE DIV | $ | 17.09 |
| INTEL CORPORATION | $ | 4.07 |
| INTEL CORPORATION | $ | 4.07 |
| INTEL CORPORATION | $ | 420.00 |
| INTEL CORPORATION | $ | 5.12 |
| INTEL CORPORATION | $ | (1,955.00) |
| INTEL CORPORATION | $ | (1,509.19) |
| INTEL/COBY NORRID | $ | (816.89) |
| INVISION TECHNOLOGIES | $ | 361.32 |
| IRVINE APARTMENT MANAGEMENT | $ | 8.30 |
| IRVINE APARTMENT MANAGEMENT CO | $ | 4.15 |
| JOHN CORTEZ | $ | 2.50 |
| JOHN CONTRERAS | $ | 2.59 |
| JOHNSON CONTROLS | $ | 55.00 |
| JOHNSON CONTROLS | $ | 134.54 |
| JOS J ALBANESE INC | $ | 6.89 |
| KAISER HOSPITAL ASSET MGMT | $ | 1,122.63 |
| KAISER PERMANENTE HOSPITAL | $ | 556.04 |
| KAISER PERMANENTE HOSPITAL | $ | 4,270.26 |
| KAISER PHARMACY DIST. | $ | 4.07 |
| KEYSTONE SHIPPING | $ | 273.43 |
| KINGSVILLE FIRE DEPARTMENT | $ | 206.00 |
| LAGORIO COMMUNICATIONS CO | $ | (55.95) |
| LAM RESEARCH CORP | $ | 1,043.25 |
| LIFESCAN INC | $ | 2,074.67 |
| LOCKHEED/MARTIN | $ | 418.03 |
| LOS GATOS SARATOGA SCHOOL DIST | $ | 674.00 |
| MANIGLIA LANDSCAPING | $ | 42.54 |
| MARELICH MECHANICAL | $ | 171.49 |
| MARKET FRONT ASSOCIATES LP | $ | 214.91 |
| MASONIC HOME ADULTS | $ | 107.50 |
| MCMAHON ELECTRIC | $ | (1.30) |
| MCSI | $ | (1,673.54) |
| MEDICS AT THE MOVIES | $ | (368.05) |
| MERVYN'S | $ | 222.33 |
| METRO NETWORKS | $ | 55.00 |
| MI DOMICILIO ES | $ | 127.32 |
| MILPITAS FIRE DEPT | $ | 11.17 |
| MILPITAS POLICE DEPARTMENT | $ | (216.49) |
| MMC TECHNOLOGY | $ | 17.48 |
| MOTECITO SEQUOIA RESORT | $ | 133.55 |
| MT PLEASANT SCHOOL DIST | $ | 110.72 |
| M2 COLLISION CENTERS | $ | 160.38 |

| | | |
|---|---|---|
| NOTRH AMERICAN PROTECTIVE SVCS | $ | 2.42 |
| NATIONAL PARK SERVICE | $ | 0.55 |
| NETSCAPE COMMUNICATIONS CORP. | $ | 210.18 |
| NETWORK APPLIANCE INC | $ | 118.20 |
| NEWARK UNIFIED SCHOOL DIST | $ | 3.36 |
| NUMMI | $ | 8,044.76 |
| O'FALLON FIRE DEPT | $ | (1.10) |
| OLSON & CO STEEL | $ | (227.26) |
| OMNI HOTEL | $ | (0.18) |
| OMNI PATROL INC | $ | 203.94 |
| ORACLE CORP | $ | 2,461.70 |
| OWENS BROCKWAY OAKLAND | $ | 1.43 |
| PALO ALTO POLICE DEPT | $ | 6,292.85 |
| PARAMOUNTS GREAT AMERICA | $ | 131.28 |
| PEAK OIL FIELD SERVICES CO | $ | (31.44) |
| PEOPLE SOFT | $ | 1.88 |
| PERSONAL PROTECTIVE SERVICE | $ | 173.65 |
| PETE ESPINOZA | $ | 26.94 |
| PG & E | $ | 295.51 |
| PINKERTON | $ | 34.28 |
| PINKERTON SECURITY | $ | (62.68) |
| PITNEY BOWES | $ | 43.22 |
| PM RADIO | $ | (80.00) |
| POLICE VEHICLE SYSTEMS | $ | (75.82) |
| PORTABLES TO GO | $ | 27.06 |
| PRECISION WIRELESS SERVICE | $ | 1.47 |
| PRENTISS PROPERTIES | $ | 1.30 |
| PRO STAR TOWING | $ | (94.52) |
| PROFESSIONAL SEC CONSULTANTS | $ | (429.55) |
| ROSS STORES | $ | 2.41 |
| RALSTON FOODS | $ | 59.15 |
| RAVE PRECISION | $ | 170.90 |
| RED'S ACRES RANCH | $ | 485.46 |
| RENAISSANCE STANFORD COURT | $ | 499.75 |
| RICHMOND POLICE DEPT | $ | (90.77) |
| ROARING CAMP RAILROAD | $ | (0.40) |
| ROCHE BIOSCIENCE | $ | (590.17) |
| ROCHE BIOSCIENCE | $ | 8.41 |
| ROCKY MOUNTAIN HELICOPTERS | $ | (187.50) |
| RON KRANTZ | $ | 40.00 |
| RONDELL SHERMAN | $ | (14.69) |
| ROSS STORES | $ | 116.92 |
| S & C MOTORS | $ | (119.09) |
| SIEMENS C/O SUN MICROSYSTEMS | $ | 1,162.95 |
| SAFEWAY INC | $ | 9.79 |
| SAN FRANCISCO STATE UNIVERSITY | $ | 5,021.60 |
| SAN JOSE POLICE DEPT | $ | 215.43 |
| SANDIA NATL LAB | $ | 4.15 |
| SANTA CLARA VALLEY WATER DIST | $ | 2,280.90 |
| SANTA CRUZ SEASIDE CO | $ | 208.48 |
| SANTA TERESA COMMUNITY HOSP | $ | 288.90 |

| | | |
|---|---|---:|
| SANTANA ROW | $ | 18,079.91 |
| SBC GLOBAL | $ | 4.87 |
| SCHNITZER STEEL INDUSTRIES INC | $ | 51.70 |
| SCOTT SCHULTZ | $ | (1,243.74) |
| SEA OTTER CLASSIC | $ | 209.73 |
| SEARS EASTRIDGE #1488 | $ | (842.16) |
| SEQUOIA HEALTH SERVICES | $ | (167.79) |
| SEQUOIA HEALTH SERVICES | $ | 1,322.62 |
| SEQUOIA UNION HIGH SCHOOL DIST. | $ | 193.41 |
| SETON MEDICAL (COASTSIDE) | $ | (69.28) |
| SF CLUBS | $ | (56.32) |
| SIPEX | $ | 3.90 |
| SMITH AND SONS ELECTRIC | $ | (58.46) |
| SONY ELECTRONICS | $ | 4.88 |
| SOUTH BAYSIDE SYSTEM AUTH | $ | 11.69 |
| SOUTHERN WINE AND SPIRITS | $ | 291.07 |
| SPRING VALLEY GOLF COURSE | $ | 3.25 |
| SRI INTERNATIONAL | $ | 2.16 |
| STANFORD SHOPPING CENTER | $ | 477.19 |
| STEAMWORKS | $ | (232.13) |
| SUN MIRCOSYSTEMS | $ | 1,412.78 |
| SUNNYVALE TOWING | $ | (373.46) |
| TCI | $ | 88.31 |
| THE GAP | $ | 59.07 |
| THE SHORENSTEIN COMPANY | $ | 879.07 |
| THE TRUIT AND WHITE LUMBER CO. | $ | 908.60 |
| TIDEWORKS | $ | 1,093.82 |
| TONY LUISI | $ | (635.19) |
| TOW SERVICE | $ | 685.39 |
| TRIANGLE COATINGS | $ | 33.98 |
| UCSF CAPITAL PROJECTS/FAC | $ | 2,063.56 |
| UCSF MEDICAL CENTER | $ | 59.77 |
| UNITED STATES POSTAL SERVICE | $ | 6.30 |
| US DEPT OF LABOR/OSHA | $ | 44.03 |
| USS POSCO INDUSTRIES | $ | 2,509.20 |
| VISION COMMUNICATIONS CO. | $ | 2,210.39 |
| VALLEY CHRISTIAN CENTER | $ | (5,500.00) |
| VALLEY SIERRA COMM | $ | (0.01) |
| VAN ACKER CONSTRUCTION | $ | 6,025.86 |
| VERISIGN | $ | (30.00) |
| VAN ACKER CONSTRUCTION | $ | 4.07 |
| WAHL AND COMPANY | $ | (2,621.71) |
| WEBCORE BUILDERS | $ | 502.15 |
| WENTE BROTHERS WINERY | $ | (1.46) |
| WESTFIELD SHOPPING TOWN | $ | 598.85 |
| WESTIN ST. FRANCIS HOTEL | $ | 6.31 |
| WESTINGHOUSE ELECTRIC SUPPLY | $ | 7.97 |
| WILSON SONSINI GOODRICH ROSATI | $ | 92.70 |
| YELLOW CAB COMPANY | $ | 32.19 |
| YOSEMITE NATIONAL INSTITUTES | $ | 103.35 |
| YOSEMITE NATIONAL INSTITUTES | $ | 93.12 |

| | | |
|---|---|---|
| 3 COM CORPORATION | $ | 408.40 |
| 4000 AUTO WRECKERS | $ | 35.00 |
| **Total** | | **$ 197,378.09** |

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1993 Ford Aerostar Cargo Van 113,403 miles** | - | 1,300.00 |
| | | **1997 Forg Cargo Van 97,034 miles** | - | 5,500.00 |
| | | **1998 Ford Cargo Van 156,950 miles** | - | 4,200.00 |
| | | **1999 Ford Cargo Van 46,767 miles** | - | 8,075.00 |
| | | **1999 Ford Cargo Van 46,000 miles** | - | 8,075.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Telephone systems, office supplies** | - | 30,200.00 |
| | | **6 R2600 Service Monitors $7,000 each** | - | 42,000.00 |
| | | **2 IFR Service Monitors $6,000 each** | - | 12,000.00 |
| | | **Apple Macintosh Laptop** | - | 2,500.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **AS400 Computer** | - | 50,000.00 |
| | | **Desk, cubicles, computer equipment** | - | 10,000.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | Sub-Total > (Total of this page) | 173,850.00 |

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

In re    **Telepath Corporation**                                          ,    Case No.   __03-56788-ASW11__
                                        Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Miscellaneous Test Equipment** | - | **10,000.00** |
| | | **Fork Lift** | - | **1,000.00** |
| 28. Inventory. | | **New inventory** | - | **412,090.00** |
| | | **Used inventory** | - | **219,069.00** |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | |
|---|---|
| Sub-Total > | 642,159.00 |
| (Total of this page) | |
| Total > | 1,025,851.30 |
| (Report also on Summary of Schedules) | |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Telepath Corporation**         Case No.   __03-56788-ASW11__

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **24231711**<br><br>**Ford Motor Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109** | | - | 6/00<br><br>Automobile Loan<br><br>1999 Ford Cargo Van<br>46,767 miles<br><br>Value $             8,075.00 | | | | 4,139.63 | 0.00 |
| Account No. **24231465**<br><br>**Ford Motor Credit**<br>**PO Box 7172**<br>**Pasadena, CA 91109** | | - | 6/00<br><br>Automobile Loan<br><br>1999 Ford Cargo Van<br>46,000 miles<br><br>Value $             8,075.00 | | | | 4,141.22 | 0.00 |
| Account No. **4154956-001**<br><br>**GE Capital**<br>**PO Box 3083**<br>**Cedar Rapids, IA 52406-3083** | | - | 10/02<br><br>Lease<br><br>Apple Macintosh Laptop<br><br>Value $             2,500.00 | | | | 3,495.79 | 995.79 |
| Account No.<br><br><br><br>Value $ | | | | | | | | |

|  | Subtotal<br>(Total of this page) | 11,776.64 |
|---|---|---|

  **0**   continuation sheets attached

|  | Total<br>(Report on Summary of Schedules) | 11,776.64 |
|---|---|---|

Case: 03-56788    Doc# 26    Filed: 11/07/03    Entered: 11/10/03 13:29:45    Page 20 of 25

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re **Telepath Corporation**        Case No. <u>  03-56788-ASW11  </u>

                                             Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

    Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

1 continuation sheets attached

In re    **Telepath Corporation**        Case No.    **03-56788-ASW11**

                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Attorney General**<br>**Civ. Tri. Sec West. Reg**<br>**Box 683, Ben Franklin Station**<br>**Washington, DC 20044** | | - | Notice Only | | | | 0.00 | 0.00 |
| Account No.<br><br>**Controller of State of California**<br>**Division of Tax Administration**<br>**PO Box 982850**<br>**Sacramento, CA 94250-5880** | | - | Notice Only | | | | 0.00 | 0.00 |
| Account No.<br><br>**County of Alameda, Tax Assessor**<br>**1225 Fallon Street, Room 100**<br>**Oakland, CA 94612** | | | Notice Only | | | | 0.00 | 0.00 |
| Account No.<br><br>**County of Santa Clara**<br>**Attention: County Tax Collector**<br>**70 West Hedding Street**<br>**San Jose, CA 95110-1767** | | | Notice Only | | | | 0.00 | 0.00 |
| Account No.<br><br>**Department of Motor Vehicles**<br>**PO Box 932382**<br>**Sacramento, CA 94232-3820** | | - | 8/03<br><br>Renewal | | | | 325.00 | 0.00 |

Sheet   **1**   of   **3**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 325.00 | |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Employment Development Department MIC-92-E PO Box 944203 Sacramento, CA 94244-2030** | | - | Notice Only | | | | 0.00 | 0.00 |
| Account No.<br><br>**Franchise Tax Board Attention: Secial Procedures PO Box 2952 Sacramento, CA 95812-2952** | | - | Notice Only | | | | 0.00 | 0.00 |
| Account No.<br><br>**Internal Revenue Service Special Procedure Branch PO Box 99 San Jose, CA 95103** | | - | Notice Only | | | | 0.00 | 0.00 |
| Account No.<br><br>**State Board of Equalization Attention: Collection Unit PO Box 942879 Sacramento, CA 94279-0001** | | - | Trade debt | | | | Unknown | 0.00 |
| Account No.<br><br>**U.S. Securities and Exchange Commission, Attn: Bankruptcy 5670 Wilshire Blvd, 11th Floor Los Angeles, CA 90036** | | - | Notice Only | | | | 0.00 | 0.00 |

Sheet  **2**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Telepath Corporation**                                                          Case No.    **03-56788-ASW11**
_____,
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**
_____
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | |
| **Wm. McGivern, U.S. Atty.
Attention: Chief, Tax Division
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102** | | - | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| Total (Report on Summary of Schedules) | 325.00 | |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Aaron Ettinger**<br>**2176 Petersburg Drive**<br>**Milpitas, CA 95035** | | - | 2/03 | | | | **140.68** |
| Account No.<br><br>**Actionware**<br>**P.O. Box 964**<br>**South San Francisco, CA 94083** | | - | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Advance Tech. Industries**<br>**451 N.E. 189th Street**<br>**Miami, FL 33179** | | - | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Advanced Charger Tech.**<br>**6060 McDonough Drive**<br>**Suite J**<br>**Norcross, GA 30093** | | - | 8/03<br>Trade debt | | | | **68.00** |
| **22** continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | **208.68** |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                  S/N:25396-021205   Best Case Bankruptcy