In re  **Telepath Corporation**                                            Case No.  **03-56788-ASW11**
_____,
                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Alan R. David, CPA <br> Accountancy Corporation <br> 1 North Main Street, #4 <br> Milpitas, CA 95035 | - | | 11/02 <br> Accounting Services | | | | 3,021.50 |
| Account No.  A15961 <br><br> Alexander Technologies/Lextar <br> 36201 Treasury Center <br> Chicago, IL 60694-6200 | - | | 9/03 <br> Trade debt | | | | 1,923.80 |
| Account No. <br><br> Alhambra Water <br> P.O. Box 7126 <br> Pasadena, CA 91109-7126 | - | | 8/03 <br> Trade debt | | | | 162.30 |
| Account No. <br><br> All Temperature Service <br> Air Conditioning, Inc. <br> 1957 Grosvenor Drive <br> San Jose, CA 95151 | - | | 9/03 <br> Trade debt | | | | 136.00 |
| Account No. <br><br> Almaden Press <br> Attn: Jason Calvillo <br> 2549 Scott Boulevard <br> Santa Clara, CA 95050 | - | | 8/03 <br> Trade debt | | | | 1,028.38 |

Sheet no.  **1**  of  **22**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,271.98

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    **Telepath Corporation**                                    Case No.  __03-56788-ASW11__
_____,
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 7/03 Loan | | | | |
| Andy Ajoulny 144 S. Third Street #420 San Jose, CA 95112 | - | | | | | | X | 100,000.00 |
| Account No. | | | | 8/03 Trade debt | | | | |
| Antenex Inc. Dept. F P.O. Box 4755 Carol Stream, IL 60197-4755 | - | | | | | | | 723.44 |
| Account No. | | | | Trade debt | | | | |
| Arch Wireless P.O. Box 660770 Dallas, TX 75266-0770 | - | | | | | | | Unknown |
| Account No. | | | | 4/03 Trade debt | | | | |
| Assured Fire Extin Svc. P.O. Box 20524 Castro Valley, CA 94546 | - | | | | | | | 134.99 |
| Account No. | | | | 8/03 Trade debt | | | | |
| AW Enterprise 6543 S. Laramie Avenue Bedford Park, IL 60638 | - | | | | | | | 36.96 |

Sheet no. __2__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     100,895.39

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Telepath Corporation**                                                    Case No.    **03-56788-ASW11**
_____
                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **606452** | | | | | 7/99 Business loan | | | | |
| **Bank of Walnut Creek 4030 Clipper Court Fremont, CA 94538** | X | - | | | | | | | **139,834.08** |
| Account No. | | | | | Peter Munoz Reed Smith Crosby Heafey Two Embarcadero Center Suite 2000 San Francisco, CA 94111 | | | | |
| Representing: **Bank of Walnut Creek** | | | | | | | | | |
| Account No. **4777-2202-0700-0925** | | | | | 8/03 Credit card purchases | | | | |
| **Bank of Walnut Creek 4030 Clipper Court Fremont, CA 94538** | | - | | | | | | | **4,046.87** |
| Account No. | | | | | Peter Munoz Reed Smith Crosby Heafey Two Embarcadero Center Suite 2000 San Francisco, CA 94111 | | | | |
| Representing: **Bank of Walnut Creek** | | | | | | | | | |
| Account No. | | | | | 9/03 Trade debt | | | | |
| **Browning-Ferris Industries of California P.O. Box 78460 Phoenix, AZ 85062-8460** | | - | | | | | | | **424.72** |

Sheet no. __3__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                              **144,305.67**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re  **Telepath Corporation**                                    Case No.  __03-56788-ASW11__
_____
                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>C&M Enterprises<br>1943 N. Grimes<br>Suite B-114<br>Hobbs, NM 88240 | | - | 12/02<br>Trade debt | | | | 700.00 |
| Account No.<br><br>California Supply North Inc.<br>P.O. Box 51955Y<br>Los Angeles, CA 90051 | | - | 9/03<br>Trade debt | | | | 364.09 |
| Account No.<br><br>Chet Ettinger<br>1770 Wickham Road<br>San Jose, CA 95132 | | - | 3/02 | | | | 629.79 |
| Account No. 78370888946<br><br>Chevron<br>P.O. Box 2001<br>Concord, CA 94529-0001 | | - | 8/03<br>Trade debt | | | | 161.59 |
| Account No.<br><br>Cisco Systems (ERT)<br>C/O John<br>260 East Tasman Drive<br>San Jose, CA 95127 | | - | 7/03<br>Trade debt | | | | 100.00 |

Sheet no. __4__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,955.47

Case: 03-56788    Doc# 26-1    Filed: 11/07/03    Entered: 11/10/03 13:29:45    Page 4 of 25

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re **Telepath Corporation**                                    Case No. **03-56788-ASW11**
_____,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 7/03 | | | | |
| Commtech Wireless 6900 Phillips Hwy Suite 26 Jacksonville, FL 32216 | | - | Trade debt | | | | 543.18 |
| Account No. | | | 8/03 | | | | |
| CPD Wireless 2807 Whipple Road Union City, CA 94587 | | - | Trade debt | | | | 427.50 |
| Account No. | | | 9/03 | | | | |
| CPI 941 Hensley Lane Wylie, TX 75098 | | - | Trade debt | | | | 477.68 |
| Account No. | | | 8/22/03 | | | | |
| CST Corporation 2500 Central Pkwy Suite D Houston, TX 77092 | | - | Trade debt | | | | 290.00 |
| Account No. | | | 9/03 | | | | |
| David Clark Co, Inc. 360 Franklin Street Worcester, MA | | - | Trade debt | | | | 27.18 |

Sheet no. __5__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,765.54

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re  **Telepath Corporation**                                                  Case No. __03-56788-ASW11__

_____ ,
                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 6/03<br>Trade debt | | | | |
| Day Wireless System<br>P.O. Box 22169<br>Milwaukie, OR 97269 | - | | | | | | 40,909.18 |
| Account No. | | | 8/03<br>Trade debt | | | | |
| Dell Account<br>Dept. 57-0007452540<br>P.O. Box 9020<br>Des Moines, IA 50368-9020 | - | | | | | | 9.64 |
| Account No. | | | 8/03<br>Trade debt | | | | |
| Delta Communications<br>Wayne Lott<br>2162 So. Jupiter Road<br>Garland, TX 75041 | - | | | | | | 1,987.23 |
| Account No. | | | 8/03<br>Trade debt | | | | |
| Dun & Bradstreet<br>P.O Box 75542<br>Chicago, IL 60675 | - | | | | | | 32.85 |
| Account No. | | | 7/03<br>Trade debt | | | | |
| EMR Corporation<br>22402 N. 19th Avenue<br>Phoenix, AZ 85027 | - | | | | | | 5,284.75 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     48,223.65

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Telepath Corporation**
_____,
                    Debtor

Case No.    **03-56788-ASW11**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 8/03 | | | | |
| Federal Express Corporation P.O. Box 1140 Dept. A Memphis, TN 38101-1140 | | - | Trade debt | | | | 676.01 |
| Account No. | | | 7/03 | | | | |
| G&K Services 1229 California Avenue Pittsburg, CA 94565 | | - | Trade debt | | | | 199.93 |
| Account No. | | | 9/03 | | | | |
| GE Capital PO Box 31001-0497 Pasadena, CA 91110 | | - | Trade debt | | | | 152.20 |
| Account No. | | | 3/03 | | | | |
| Golden State Communications, Inc. 3155 S. Bascom Avenue Campbell, CA 95008 | | - | Trade debt | | | | 775.00 |
| Account No. | | | 10/02 | | | | |
| Haggerty Communications Group 7840 El Cajon Blvd. Suite 401 La Mesa, CA 91941 | | - | Trade debt | | | | 3,625.00 |

Sheet no. __7__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **5,428.14**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Telepath Corporation**                                                Case No.   **03-56788-ASW11**

_____,
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ham Radio Outlet<br>510 Lawrence Expressway #102<br>Sunnyvale, CA 94085 | - | | 7/03<br>Trade debt | | | | 1,179.25 |
| Account No.<br><br>Havis Shields<br>395 Jack Road<br>P.O. Box 2099<br>Warminster, PA 18974-0010 | - | | 7/03<br>Trade debt | | | | 573.90 |
| Account No.<br><br>Henry Radio<br>2050 South Bundy Drive<br>Suite 285<br>Los Angeles, CA 90025 | - | | 9/03<br>Trade debt | | | | 143.50 |
| Account No. 6035320000825657<br><br>Home Depot<br>PO Box 4536<br>Dept 24<br>Carol Stream, IL 60197-4536 | - | | 9/03<br>Credit card purchases | | | | 301.75 |
| Account No.<br><br>IBM<br>(Maintenance Agreement)<br>P.O. Box 61000<br>Dept. 1896<br>San Francisco, CA 94161 | - | | 6/03<br>Trade debt | | | | 3,511.29 |

Sheet no.  **8**  of  **22**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                             Subtotal
                     (Total of this page)    5,709.69

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __Telepath Corporation__ Case No. __03-56788-ASW11__
_____,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| IBM Software Subscriptions 1800 Green Hills Road Scotts Valley, CA 95066 | - | | | | | | Unknown |
| Account No. | | | 3/03 Trade debt | | | | |
| ICOM America, Inc. 2380 116th Avenue N.E. Bellevue, WA 98004 | - | | | | | | 112,978.06 |
| Account No. | | | 8/03 Trade debt | | | | |
| ITECH 9454 Waples Street San Diego, CA 92121 | - | | | | | | 747.40 |
| Account No. | | | 9/03 Trade debt | | | | |
| JPS Communicatins, Inc. 5800 Departure Drive Raleigh, NC 27616 | - | | | | | | 11,112.25 |
| Account No. | | | 12/02 Trade debt | | | | |
| Kenwood Center West 17300 Marquardt Avenue Cerritos, CA 90703 | - | | | | | | 497.27 |

Sheet no. __9__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 125,334.98

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Telepath Corporation**                                      Case No.  __03-56788-ASW11__
_____,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Kenwood U.S.A. Corporation P.O. Box 100959 Pasadena, CA 91189-0959 | | - | 7/03 Trade debt | | | | 17,574.74 |
| Account No. Kenwood USA 21267 Network Place Chicago, IL 60673-1212 | | - | 8/03 Trade debt | | | | 50.56 |
| Account No. LANLogic, Inc. 248 Ricken Circle Livermore, CA 94551 | | - | Trade debt | | | | Unknown |
| Account No. Les Ettinger P.O. Box 32222 San Jose, CA 95152 | | - | 10/02 Loan | | | | 87,710.00 |
| Account No. Les Ettinger P.O. Box 32222 San Jose, CA 95152 | | - | 7/99 Buyout | | | | 1,725,551.09 |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,830,886.39

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Les Ettinger<br>P.O. Box 32222<br>San Jose, CA 95152 | - | | 10/1/03<br>**Current Past Due Rent** | | | | 5,000.00 |
| Account No.<br><br>Les Ettinger<br>P.O. Box 32222<br>San Jose, CA 95152 | - | | 3/26/03<br>**Promissory Note** | | | | 50,000.00 |
| Account No.<br><br>Merrill Lynch<br>4800 Deer Drive East<br>Jacksonville, FL 32246 | - | | Trade debt | | | | Unknown |
| Account No.<br><br>Micro Center Business Sales<br>Attn: Accounts Receivable<br>P.O. Box 848<br>Hilliard, OH 43026-0848 | - | | 7/03<br>Trade debt | | | | 2,995.00 |
| Account No. **TELEPATH00001**<br><br>Midland Consumer Radio<br>P.O. Box 930462<br>Kansas City, MO 64193-0462 | - | | 7/03<br>Trade debt | | | | 152.83 |

Sheet no. __11__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 58,147.83 |
|---|---|---|

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Telepath Corporation**                                        Case No.   **03-56788-ASW11**
_____,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **11106**<br><br>**Mobitel Inc.**<br>**7667 Longard Road**<br>**Livermore, CA 94550** | | - | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Moreno & Associates, Inc.**<br>**P.O. Box 28118**<br>**San Jose, CA 95159-8118** | | - | | 12/02<br>Trade debt | | | | **3,527.74** |
| Account No.<br><br>**Motorola**<br>**(Svc Agreement)**<br>**P.O. Box 100184**<br>**Pasadena, CA 91189-0184** | | - | | 5/03<br>Trade debt | | | | **9,100.84** |
| Account No.<br><br>**Motorola Federal Technical Center**<br>**4395 Nicole Drive**<br>**Lanham, MD 20706** | | - | | 9/03<br>Trade debt | | | | **215.00** |
| Account No.<br><br>**Motorola Radius**<br>**21473 Network Place**<br>**Chicago, IL 60673** | | - | | 2/02<br>Trade debt | | | | **157,444.86** |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **170,288.44**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ritron, Inc.**<br>**P.O. Box 1998**<br>**Carmel, IN 46082** | | - | 8/03<br>**Trade debt** | | | | 1,785.18 |
| Account No. <br><br>**Roger Dickinson**<br>**6570 Capri Way**<br>**San Jose, CA 95129** | | - | 6/03<br>**Trade debt** | | | | 20.31 |
| Account No. 9005101-001 <br><br>**Savin Corporation**<br>**P.O. Box 10336**<br>**Des Moines, IA 50306-0336** | | - | **Trade debt** | | | | 1,239.45 |
| Account No. <br><br>**SBC Smart Yellow Pages**<br>**P.O. Box 10325**<br>**Van Nuys, CA 91410** | | - | 9/02<br>**Trade debt** | | | | 34,666.97 |
| Account No. <br><br>**Scientific Dimensions**<br>**2417 Aztec Road NE**<br>**Albuquerque, NM 87107** | | - | 8/03<br>**Trade debt** | | | | 466.61 |

Sheet no.   17   of   22   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          38,178.52

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No.<br><br>**Motorola System Support**<br>**P.O. Box 100184**<br>**Pasadena, CA 91189-0184** | - | | 9/03<br>**Trade debt** | | | | 2,570.00 |
| Account No.<br><br>**Motorola, Inc.**<br>**(Rental)**<br>**P.O. Box 100184**<br>**Pasadena, CA 91189-0184** | - | | 9/03<br>**Trade debt** | | | | 1,290.00 |
| Account No.<br><br>**Motorola, Inc.**<br>**21473 Network Place**<br>**Chicago, IL 60673** | - | | 5/02<br>**Trade debt** | | | | 11,466.85 |
| Account No.<br><br>**Multiplier Industries**<br>**Attn: Joanna Carbone**<br>**P.O. Box 630**<br>**Mount Kisco, NY 10549** | - | | 8/03<br>**Trade debt** | | | | 2,471.60 |
| Account No.<br><br>**Muzak LLC**<br>**Attn: Hooa**<br>**3318 Lakemont Blvd.**<br>**Fort Mill, SC 29708** | - | | 7/03<br>**Trade debt** | | | | 643.96 |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,442.41

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Telepath Corporation**                                    Case No.   **03-56788-ASW11**
_____ ,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Neeka Accountancy Corporation**<br>**CPA'S & Management Consultants**<br>**39247 Liberty Street**<br>**Suite A-4**<br>**Fremont, CA 94538** | - | | | 4/03<br>Accounting Services | | | | **8,332.50** |
| Account No.<br><br>**Nextel Communications**<br>**P.O. Box 54977**<br>**Los Angeles, CA 90054** | - | | | Trade debt | | | | **Unknown** |
| Account No. 62574291999<br><br>**Orchard Supply Hardware**<br>**P.O. Box 49016**<br>**San Jose, CA 95161-9016** | - | | | 8/03<br>Credit card purchases | | | | **401.04** |
| Account No. 3259<br><br>**OTTO Communications**<br>**2 East Main Street**<br>**Carpentersville, IL 60110** | - | | | 8/03<br>Trade debt | | | | **2,908.00** |
| Account No.<br><br>**P&W Service Center**<br>**1300 N. Florida Mango Road**<br>**Suite 26**<br>**West Palm Beach, FL 33409** | - | | | 8/03<br>Trade debt | | | | **288.50** |

| Sheet no. __14__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 11,930.04 |
|---|---|---|

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Telepath Corporation**                                    Case No.   __03-56788-ASW11__
_____,
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pacific Coast Labs**<br>**1031 San Leandro Blvd.**<br>**San Leandro, CA 94577** | - | | 8/03<br>Trade debt | | | | 6,983.93 |
| Account No.<br><br>**Paragon Mechanical**<br>**2460 De La Cruz Blvd.**<br>**Santa Clara, CA 95050** | - | | 1/03<br>Trade debt | | | | 700.00 |
| Account No.<br><br>**Peter Ajoulni**<br>**144 South Third Street #420**<br>**San Jose, CA 95112** | - | | 7/03<br>Loan | | | X | 100,000.00 |
| Account No.<br><br>**Pitney Bowes Credit Corp**<br>**PO Box 85460**<br>**Louisville, KY 40285** | - | | 10/03<br>Trade debt | | | | 572.75 |
| Account No.<br><br>**Postmaster - San Jose**<br>**1750 Lundy Avenue**<br>**San Jose, CA 95101-7024** | - | | 2/03<br>Trade debt | | | | 2,080.66 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

110,337.34

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Telepath Corporation**                                    Case No.   **03-56788-ASW11**
_____,
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 8/03<br>Trade debt | | | | |
| **Pryme Radio Products**<br>**Cust# Telcor**<br>**480 Apollo St. #E**<br>**Brea, CA 92821** | | - | | | | | 118.19 |
| Account No. | | | 9/03<br>Trade debt | | | | |
| **PSI LP**<br>**P.O. Box 1179**<br>**Rancho Cucamonga, CA 91729** | | - | | | | | 376.95 |
| Account No. | | | 10/03<br>Trade debt | | | | |
| **Quill Corporation**<br>**PO Box 94081**<br>**Palatine, IL 60094** | | - | | | | | 78.89 |
| Account No. | | | 9/03<br>Trade debt | | | | |
| **Radiall/Larsen Antenna Technologies**<br>**3611 NE 112th Avenue**<br>**Vancouver, WA 98682** | | - | | | | | 154.78 |
| Account No. | | | 6/03<br>Trade debt | | | | |
| **Reserve Account**<br>**P.O. Box 952856**<br>**Saint Louis, MO 63195-2856** | | - | | | | | 500.00 |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,228.81

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    **Telepath Corporation**                                    Case No.   **03-56788-ASW11**
_____,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 4/03 | | | | |
| Spokane County Fire Dept. 3<br>Delly Jennigs<br>10 S. Presley Drive<br>Cheney, WA 99004 | - | | Trade debt | | | | 150.00 |
| Account No. | | | 9/03 | | | | |
| Sprint<br>P.O. Box 79255<br>City Of Industry, CA 91716-9255 | - | | Trade debt | | | | 435.57 |
| Account No. | | | 8/03 | | | | |
| Staple Credit Plan<br>Dept. 82-0001434737<br>P.O. Box 9020<br>Des Moines, IA 50568-9020 | - | | Trade debt | | | | 91.77 |
| Account No. | | | 9/03 | | | | |
| Stream Companies<br>301 Linderwood Drive<br>Suite 1<br>Malvern, PA 19355 | - | | Trade debt | | | | 2,365.00 |
| Account No. | | | 9/02 | | | | |
| Systems Implemention, Inc.<br>Tensselaer Technology Park<br>105 Jordan Road<br>Troy, NY 12180 | - | | Trade debt | | | | 16,242.45 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            19,284.79

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>T-Mobile<br>P.O. Box 742596<br>Cincinnati, OH 45274 | - | | | 8/03<br>Trade debt | | | | 32.34 |
| Account No.<br><br>Talley Communications<br>P.O. Box 3123<br>Santa Fe Springs, CA 90670 | - | | | 2/03<br>Trade debt | | | | 2,509.26 |
| Account No. 120104700<br><br>Telewave, Inc.<br>660 Giguere Court<br>San Jose, CA 95133 | - | | | 8/03<br>Trade debt | | | | 1,122.08 |
| Account No.<br><br>Tessco<br>P.O. Box 631091<br>Baltimore, MD 21263 | - | | | 9/03<br>Trade debt | | | | 1,944.13 |
| Account No.<br><br>The Home Depot CRC<br>P.O. Box 4536<br>Dept. 24<br>Carol Stream, IL 60197-4536 | - | | | Trade debt | | | | Unknown |

Sheet no. __19__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,607.81**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Telepath Corporation**                                    Case No. __03-56788-ASW11__
_____
                            Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Aaron Ettinger** | **Bank of Walnut Creek**<br>**4030 Clipper Court**<br>**Fremont, CA 94538** |

___0___   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Telepath Corporation**                                          Case No. __**03-56788-ASW11**__
                                         _____
                                                   Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Actionware**<br>**PO Box 964**<br>**South San Francisco, CA 94083-0964** | **Actionware user license**<br>**Contract signed 12/03** |
| **GE Capital**<br>**PO Box 3083**<br>**Cedar Rapids, IA 52406-3083** | **Apple Laptop**<br>**Contact signed on 10/09/02** |
| **Savin Copy Machine**<br>**333 Ludlow Street**<br>**Stamford, CT 06904** | **Copy Machine**<br>**Contract Expires 12/31/04** |
| **Systems Implementation**<br>**105 Jordan Road**<br>**Troy, NY 12180-7607** | **MSS21 Computer Software**<br>**Contract signed 8/1/02** |

____**0**____    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re  **Telepath Corporation**

Debtor(s)

Case No. **03-56788-ASW11**

Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __36__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___11·7·03___

Signature _____

**Aaron Ettinger**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Telepath Corporation**                                        Case No. __03-56788-ASW11__
                                                                    ,
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 721348 <br><br> Topaz3, LLC <br> P.O. Box 803881 <br> Kansas City, MO 64180 | | - | 8/03 <br> Trade debt | | | | 97.00 |
| Account No. 8305 <br><br> Transcrypt International <br> CM8910 <br> Saint Paul, MN 55170-8910 | | - | 6/02 <br> Trade debt | | | | 2,540.20 |
| Account No. <br><br> Trident Micro Systems <br> Two Triden Drive <br> Arden, NC 28704 | | - | 7/03 <br> Trade debt | | | | 932.93 |
| Account No. <br><br> Uniden Services, Inc. <br> P.O. Box 910597 <br> Dallas, TX 75391 | | - | 9/03 <br> Trade debt | | | | 36.23 |
| Account No. 10667 <br><br> United Communications Corporation <br> 400 N. Fifth Street <br> Blytheville, AR 72315 | | | 11/02 <br> Trade debt | | | | 1,100.00 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal <br> (Total of this page) | 4,706.36 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Telepath Corporation**                                        Case No.    03-56788-ASW11
_____ ,
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**United Parcel Service**<br>**P.O. Box 894820**<br>**Los Angeles, CA 90189-4820** | - | | 8/03<br>**Trade debt** | | | | 2,773.05 |
| Account No. **77300** <br><br>**Valley Automated Fuels**<br>**P.O. Box 641208**<br>**San Jose, CA 95164** | - | | 12/02<br>**Trade debt** | | | | 1,663.10 |
| Account No. <br><br>**Valley Yellow Pages**<br>**Dept. 33302**<br>**P.O. Box 39000**<br>**San Francisco, CA 94139-3302** | - | | 9/03<br>**Trade debt** | | | | 62.12 |
| Account No. **508516944-0001** <br><br>**Verizon Wireless**<br>**PO Box 96082**<br>**Bellevue, WA 98009** | - | | 9/03<br>**Utilities** | | | | 477.68 |
| Account No. **10667** <br><br>**Vertex Standard**<br>**P.O. Box 31001-1624**<br>**Pasadena, CA 91110** | - | | **Trade debt** | | | | 19,771.85 |

Sheet no.  **21**  of  **22**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **24,747.80**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Representing:**<br>**Vertex Standard** | | | **Scott E. Blakeley**<br>**Blakeley & Blakeley LLP**<br>**2030 Main Street, Suite 540**<br>**Irvine, CA 92614** | | | | |
| Account No.<br><br>**Vision Communications, Inc.**<br>**P.O. Box 598**<br>**Lakewood, CA 90714** | | - | 6/03<br>Trade debt | | | | 23,974.57 |
| Account No.<br><br>**W&W Manufacturing Company**<br>**800 South Broadway**<br>**Hicksville, NY 11801** | | - | 9/03<br>Trade debt | | | | 137.13 |
| Account No. **001000000054795**<br><br>**XO Communications**<br>**P.O. Box 31001-0429**<br>**Pasadena, CA 91110-0429** | | - | 9/03<br>Utilities | | | | 3,039.40 |
| Account No.<br><br>**XYCOM Distribution**<br>**P.O. Box 90666**<br>**City Of Industry, CA 91715** | | - | 8/03<br>Trade debt | | | | 19.05 |

| | | |
|---|---|---|
| Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 27,170.15 |
| | Total<br>(Report on Summary of Schedules) | 2,761,055.88 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy