| | | | | | |
|---|---|---|---|---|---|
| 33913 | | 130045 MULTIPLIER INDUSTRIES | 7/22/03 | $ | 2,039.85 |
| 33981 | | 130045 PO Box 630 | 7/31/03 | $ | 1,699.18 |
| 34033 | | 130045 Mount Kisco, NY 10549 | 8/15/03 | $ | 3,018.97 |
| 34055 | | 130045 | 8/22/03 | $ | 1,059.81 |
| 34078 | | 130045 | 8/28/03 | $ | 3,744.55 |
| 34115 | | 130045 | 9/15/03 | $ | 821.48 |
| 34142 | | 130045 | 9/24/03 | $ | 936.85 |
| 34322 | | 130045 | 9/24/03 | $ | - |
| | | | | $ | 13,320.69 |
| | | | | | |
| 33914 | | 400027 NEEKA ACCOUNTANCY CORPORAT | 7/22/03 | $ | 675.00 |
| 34093 | | 400027 39247 Liberty Street | 9/10/03 | $ | - |
| 34096 | | 400027 Suite A-4 | 9/10/03 | $ | 1,500.00 |
| 34143 | | 400027 Fremont, CA 94538 | 9/24/03 | $ | 1,500.00 |
| 34323 | | 400027 | 9/24/03 | $ | - |
| | | | | $ | 3,675.00 |
| | | | | | |
| 33983 | | 290115 NEXTEL COMMUNICATIONS | 7/31/03 | $ | 548.93 |
| 536107 | | 290115 PO Box 54977 | 7/29/03 | $ | 163.64 |
| 34116 | | 290115 Los Angeles, CA 90054 | 9/15/03 | $ | 545.64 |
| 34129 | | 290115 | 9/18/03 | $ | 86.21 |
| | | | | $ | 1,344.42 |
| | | | | | |
| 33915 | | 291094 OTTO COMMUNICATIONS | 7/22/03 | $ | 585.42 |
| 33984 | | 291094 2 East Main Street | 7/31/03 | $ | 694.02 |
| 34035 | | 291094 Carpentersville, IL 60110 | 8/15/03 | $ | 329.06 |
| 34056 | | 291094 | 8/22/03 | $ | 1,341.74 |
| 34117 | | 291094 | 9/15/03 | $ | 116.48 |
| | | | | $ | 3,066.72 |
| | | | | | |
| 34045 | | 160007 PACIFIC COAST LABS | 8/22/03 | $ | 451.38 |
| 34069 | | 160007 1031 San Leandro Blvd. | 8/28/03 | $ | 1,997.54 |
| 34144 | | 160007 San Leandro, CA 94577 | 9/24/03 | $ | 179.25 |
| 34324 | | 160007 | 9/24/03 | $ | - |
| | | | | $ | 2,628.17 |
| | | | | | |
| 33951 | | 160006 PACIFIC GAS & ELECTRIC | 7/31/03 | $ | 1,242.55 |
| 34044 | | 160006 PACIFIC GAS & ELECTRIC | 8/22/03 | $ | 1,354.27 |
| 34157 | | 160006 PACIFIC GAS & ELECTRIC | 10/02/03 | $ | 1,406.79 |
| | | | | $ | 4,003.61 |
| | | | | | |
| 34043 | #00543 | PETER AJLOUNY | 8/22/03 | $ | 3,000.00 |
| 34089 | #00543 | 144 South Third Street #420 | 9/05/03 | $ | 3,000.00 |
| | | San Jose, CA 95112 | | $ | 6,000.00 |
| | | | | | |
| 33886 | | 290100 PITNEY BOWES CREDIT CORP | 7/22/03 | $ | 317.26 |
| 33960 | | 290100 PO Box 85460 | 7/31/03 | $ | 380.08 |
| | | Louisville, KY 40285 | | $ | 697.34 |
| | | | | | |
| 33985 | | 290265 PRINCIPAL LIFE INSURANCE | 7/31/03 | $ | 454.95 |
| 34079 | | 290265 PRINCIPAL LIFE INSURANCE | 8/28/03 | $ | 454.95 |
| 34168 | | 290265 PRINCIPAL LIFE INSURANCE | 10/07/03 | $ | 454.95 |
| | | | | $ | 1,364.85 |

| | | | | | |
|---|---|---|---|---|---|
| 33917 | | 160028 PULSE POWER INC. | 7/22/03 | $ | 727.43 |
| 33986 | | 160028 PULSE POWER INC. | 7/31/03 | $ | 360.04 |
| | | | | $ | 1,087.47 |
| | | | | | |
| 33887 | | 290165 RADIOMATE | 7/22/03 | $ | 357.93 |
| 33995 | | 290165 RADIOMATE | 8/06/03 | $ | 931.87 |
| 34003 | | 290165 RADIOMATE | 8/06/03 | $ | 314.20 |
| 34176 | | 290165 RADIOMATE | 10/17/03 | $ | 579.75 |
| | | | | $ | 2,183.75 |
| | | | | | |
| 33920 | | 180030 RITRON, INC. | 7/22/03 | $ | 188.00 |
| 33937 | | 180030 PO Box 1998 | 7/25/03 | $ | 3,966.67 |
| | | Carmel, IN 46082 | | $ | 4,154.67 |
| | | | | | |
| 34151 | #00554 | RST AUTOMOTIVE | 9/26/03 | $ | 620.63 |
| | | | | $ | 620.63 |
| | | | | | |
| 33902 | | 291134 SAMLEX AMERICA | 7/22/03 | $ | 1,611.40 |
| 33972 | | 291134 SAMLEX AMERICA | 7/31/03 | $ | 1,708.78 |
| 34031 | | 291134 SAMLEX AMERICA | 8/15/03 | $ | 216.58 |
| | | | | $ | 3,536.76 |
| | | | | | |
| 34057 | | 10142 SYSTEMS IMPLEMENTION, INC | 8/22/03 | $ | 987.50 |
| 34118 | | 10142 105 Jordan Road | 9/15/03 | $ | 987.50 |
| | | Troy, NY 12180 | | $ | 1,975.00 |
| | | | | | |
| 33924 | | 200005 TALLEY COMMUNICATIONS | 7/22/03 | $ | 1,141.13 |
| 33988 | | 200005 PO Box 3123 | 7/31/03 | $ | 2,130.10 |
| 34145 | | 200005 Santa Fe Springs, CA 90670 | 9/24/03 | $ | 489.77 |
| 34325 | | 200005 | 9/24/03 | $ | - |
| | | | | $ | 3,761.00 |
| | | | | | |
| 33925 | | 200020 TELEWAVE, INC | 7/22/03 | $ | 1,000.00 |
| 33989 | | 200020 660 Giguere Court | 7/31/03 | $ | 1,000.00 |
| | | San Jose, CA 95133 | | $ | 2,000.00 |
| | | | | | |
| 34152 | | 400032 TELEX | 9/29/03 | $ | 1,814.36 |
| | | | | $ | 1,814.36 |
| | | | | | |
| 33926 | | 200021 TESSCO | 7/22/03 | $ | 443.08 |
| 33990 | | 200021 PO Box 631091 | 7/31/03 | $ | 456.32 |
| 34037 | | 200021 Baltimore, MD 21263 | 8/15/03 | $ | 457.95 |
| 34058 | | 200021 | 8/22/03 | $ | 48.53 |
| | | | | $ | 1,405.88 |
| | | | | | |
| 34163 | | 110007 TIMESLOT TRUNKING | 10/02/03 | $ | 15,311.51 |
| | | | | $ | 15,311.51 |
| | | | | | |
| 34164 | | 200028 TRANSAMERICA OCCIDENTAL | 10/02/03 | $ | 670.00 |
| | | | | $ | 670.00 |
| | | | | | |
| 33891 | | 291081 TXRX SYSTEMS INC. | 7/22/03 | $ | 2,000.00 |
| 33964 | | 291081 TXRX SYSTEMS INC. | 7/31/03 | $ | 3,500.00 |
| 33996 | | 291081 TXRX SYSTEMS INC. | 8/06/03 | $ | 3,431.31 |
| | | | | $ | 8,931.31 |

# United States Bankruptcy Court
## Northern District of California

In re  **Telepath Corporation**

Debtor(s)

Case No.  **03-56788-ASW11**

Chapter  **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | | |
|---|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 3,456,236.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | | |
|---|---|---:|
| 2. Gross Monthly Income | $ | 250,000.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 49,242.96 |
| 4. Payroll Taxes | | 4,500.00 |
| 5. Unemployment Taxes | | 420.00 |
| 6. Worker's Compensation | | 2,826.11 |
| 7. Other Taxes | | 16,000.00 |
| 8. Inventory Purchases (Including raw materials) | | 130,000.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 5,000.00 |
| 11. Utilities | | 3,700.00 |
| 12. Office Expenses and Supplies | | 2,046.00 |
| 13. Repairs and Maintenance | | 400.00 |
| 14. Vehicle Expenses | | 1,845.00 |
| 15. Travel and Entertainment | | 400.00 |
| 16. Equipment Rental and Leases | | 514.00 |
| 17. Legal/Accounting/Other Professional Fees | | 4,500.00 |
| 18. Insurance | | 2,930.38 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 2,147.07 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Bank of Walnut Creek** | 5,000.00 |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Motorola** | 5,000.00 |

| | | |
|---|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 236,471.52 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | | |
|---|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | 13,528.48 |

# United States Bankruptcy Court
## Northern District of California

In re    **Telepath Corporation**         Case No.   **03-56788-ASW11**

Debtor(s)        Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$565,179.00** | **August 1, 2003 through Current** |
| **$3,456,236.00** | **August 1, 2002 through July 31, 2003** |
| **$4,360,279.00** | **August 1, 2001 through July 31, 2002** |

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT              SOURCE

### 3. Payments to creditors

None  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor,
☐   made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached List | | $0.00 | $0.00 |

None  b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who
■   are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐   this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Vertex Standard USA Inc. v Telepath Corporation and Does 1 through 50 Case No. CG 032111 | Installment settlement | Superior Court of California County of Los Angeles | Pending |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■   returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■   this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

| CHECK NUMBER | ACCOUNT NUMBER | NAME | CHECK DT | | CHECK AMT |
|---|---|---|---|---|---|
| 33932 | 50085 | AARON ETTINGER | 7/24/03 | $ | 1,500.00 |
| 34173 | 50085 | 2176 Petersburg Drive | 10/13/03 | $ | 513.98 |
| 34177 | 50085 | Milpitas, CA 95035 | 10/17/03 | $ | 705.00 |
| | | | | $ | 2,718.98 |
| | | | | | |
| 33888 | 290240 | ACTIONWARE | 7/22/03 | $ | 1,177.22 |
| | | PO Box 964 | | $ | 1,177.22 |
| | | South San Francisco, CA 94083 | | | |
| | | | | | |
| 33966 | 110026 | ADVANCED CHARGER TECH. | 7/31/03 | $ | 579.84 |
| 34109 | 110026 | 6060 McDonough Drive, Suite J | 9/15/03 | $ | 500.00 |
| | | Norcross, GA 30093 | | $ | 1,079.84 |
| | | | | | |
| 33967 | 10031 | AICCO | 7/31/03 | $ | 2,930.38 |
| 34071 | 10031 | AICCO | 8/28/03 | $ | 3,077.70 |
| 34161 | 10031 | AICCO | 10/02/03 | $ | 2,930.19 |
| | | | | $ | 8,938.27 |
| | | | | | |
| 33933 | 40010 | ALAN R. DAVID, CPA | 7/24/03 | $ | 1,500.00 |
| 33994 | 40010 | Accountancy Corporation | 8/06/03 | $ | 1,000.00 |
| 34065 | 40010 | 1 North Main Street #4 | 9/04/03 | $ | 1,000.00 |
| 34092 | 40010 | Milpitas, CA 95035 | 9/10/03 | $ | - |
| 34095 | 40010 | | 9/10/03 | $ | 515.00 |
| | | | | $ | 4,015.00 |
| | | | | | |
| 33894 | 291105 | ALEXANDER TECHNOLOGIES/LEXT/ | 7/22/03 | $ | 692.40 |
| 33968 | 291105 | 36201 Treasury Center | 7/31/03 | $ | 228.00 |
| 34072 | 291105 | Chicago, IL 60694-6200 | 8/28/03 | $ | 4.58 |
| | | | | $ | 924.98 |
| | | | | | |
| 34030 | 10006 | ALMADEN PRESS | 8/15/03 | $ | 791.09 |
| 34086 | 10006 | 2549 Scott Boulevard | 9/02/03 | $ | 500.00 |
| | | Santa Clara, CA 95050 | | $ | 1,291.09 |
| | | | | | |
| 33895 | 280073 | ANTENEX INC. | 7/22/03 | $ | 721.97 |
| 33970 | 280073 | Dept.F PO Box 4755 | 7/31/03 | $ | 637.17 |
| 34073 | 280073 | Carol Stream, IL 60197-4755 | 8/28/03 | $ | 88.97 |
| | | | | $ | 1,448.11 |
| | | | | | |
| 34018 | 20001 | BANK OF WALNUT CREEK-VISA | 8/15/03 | $ | 1,500.00 |
| 34134 | 20001 | 4030 Clipper Court | 9/24/03 | $ | 3,643.86 |
| | | Fremont, CA 94538 | | $ | 5,143.86 |
| | | | | | |
| 19861 | 20080 | BOARD OF EQUALIZATION | 7/31/03 | $ | 9,724.00 |
| 29985 | 20080 | PO Box 942879 | 8/22/03 | $ | 12,736.65 |
| 108816 | 20080 | Sacramento, CA 94279-0001 | 9/22/03 | $ | 10,881.60 |
| | | | | $ | 33,342.25 |

| | | | | | |
|---|---|---|---|---|---:|
| 33880 | | 220051 | CALIFORNIA CHOICE | 7/22/03 | $ 1,335.73 |
| 34090 | | 220051 | CALIFORNIA CHOICE | 9/05/03 | $ 1,867.98 |
| 34158 | | 220051 | CALIFORNIA CHOICE | 10/02/03 | $ 1,867.98 |
| | | | | | $ 5,071.69 |
| 33935 | #00537 | | CEDARS COMMUNICATIONS | 7/24/03 | $ 1,050.00 |
| 33938 | #00537 | | CEDARS COMMUNICATIONS | 7/25/03 | $ 700.00 |
| | | | | | $ 1,750.00 |
| 34123 | #00552 | | CITIBANK AADVANTAGE | 8/15/03 | $ 4,425.48 |
| | | | | | $ 4,425.48 |
| 33971 | | 60050 | CLYDE FLOYD | 7/31/03 | $ 1,382.15 |
| | | | 5271 War Wagon Drive | | $ 1,382.15 |
| | | | San Jose, CA 95136 | | |
| 33936 | | 30038 | COMMTECH WIRELESS | 7/25/03 | $ 712.05 |
| 34075 | | 30038 | 6900 Phillips Hwy, Suite 26 | 8/28/03 | $ 712.04 |
| | | | Jacksonville, FL 32216 | | $ 1,424.09 |
| 34137 | | 280027 | CPD WIRELESS | 9/24/03 | $ 637.50 |
| | | | 2807 Whipple Road | | $ 637.50 |
| | | | Union City, CA 94587 | | |
| 33957 | | 280038 | CPI | 7/31/03 | $ 3,030.15 |
| 34025 | | 280038 | 941 Hensley Lane | 8/15/03 | $ 204.45 |
| | | | Wylie, TX 75098 | | $ 3,234.60 |
| 33903 | | 40012 | DAY WIRELESS SYSTEM | 7/22/03 | $ 3,309.46 |
| | | | PO Box 22169 | | $ 3,309.46 |
| | | | Milwaukie, OR 97269 | | |
| 33869 | | 40023 | DELL ACCOUNT | 7/22/03 | $ 550.94 |
| 34019 | | 40023 | PO Box 9020 | 8/15/03 | $ 587.29 |
| | | | Des Moines, IA 50368-9020 | | $ 1,138.23 |
| 33954 | | 220065 | DONALD R. WHITE | 7/31/03 | $ 1,797.00 |
| | | | | | $ 1,797.00 |
| 33904 | | 400002 | FISHER WIRELESS | 7/22/03 | $ 1,010.00 |
| | | | | | $ 1,010.00 |
| 33871 | | 60055 | FORD CREDIT | 7/22/03 | $ 475.52 |
| 33946 | | 60055 | PO Box 7172 | 7/31/03 | $ 475.52 |
| 34066 | | 60055 | Pasadena, CA 91109 | 8/28/03 | $ 951.04 |
| 34156 | | 60055 | | 10/02/03 | $ 1,022.36 |
| | | | | | $ 2,924.44 |

| | | | | | |
|---|---|---|---|---|---|
| 33998 | | 291096 GAI-TRONICS | 8/06/03 | $ | 1,000.00 |
| 34049 | | 291096 GAI-TRONICS | 8/22/03 | $ | 425.18 |
| | | | | $ | 1,425.18 |
| | | | | | |
| 34101 | #00550 | GARY HENRIQUES | 9/15/03 | $ | 702.42 |
| | | 458 Nolden Ave | | $ | 702.42 |
| | | San Jose, CA 95117 | | | |
| | | | | | |
| 34050 | | 70030 GOLDEN STATE | 8/22/03 | $ | 1,000.00 |
| 34111 | | 70030 3155 S. Bascom Avenue | 9/15/03 | $ | 775.00 |
| | | Campbell, CA 95008 | | $ | 1,775.00 |
| | | | | | |
| 34099 | #00555 | GRANTS GARAGE | 9/11/03 | $ | 118.76 |
| 34060 | #00542 | PO Box 1233 | 8/22/03 | $ | 1,658.09 |
| 34062 | #00542 | San Martin, CA 95046 | 8/26/03 | $ | 334.99 |
| | | | | $ | 2,111.84 |
| | | | | | |
| 33907 | | 80110 HAGGERTY COMMUNICATIONS | 7/22/03 | $ | 1,350.00 |
| | | 7840 El Cajon Blvd. Suite 401 | | $ | 1,350.00 |
| | | La Mesa, CA 91941 | | | |
| | | | | | |
| 33874 | | 90006 IBM | 7/22/03 | $ | 164.43 |
| 33873 | | 90005 PO Box 61000 | 7/22/03 | $ | 845.43 |
| 33947 | | 90005 San Francisco, CA 94161 | 7/31/03 | $ | 164.43 |
| 34020 | | 90005 | 8/15/03 | $ | 164.43 |
| | | | | $ | 1,338.72 |
| | | | | | |
| 33929 | | 90008 ICOM AMERICA, INC | 7/23/03 | $ | 5,000.00 |
| 33974 | | 90008 2380 116th Avenue, N.E. | 7/31/03 | $ | 573.90 |
| 33999 | | 90008 Bellevue, WA 98004 | 8/06/03 | $ | 8,742.95 |
| 34009 | | 90008 | 8/12/03 | $ | 23,726.75 |
| 34013 | | 90008 | 8/14/03 | $ | 3,358.28 |
| 34052 | | 90008 | 8/22/03 | $ | 1,997.81 |
| 34076 | | 90008 | 8/28/03 | $ | 1,003.07 |
| 34112 | | 90008 | 9/15/03 | $ | 393.67 |
| | | | | $ | 44,796.43 |
| | | | | | |
| 33975 | | 90014 IMPERIAL PREMIUM FINANCE, | 7/31/03 | $ | 2,826.11 |
| | | | | $ | 2,826.11 |
| | | | | | |
| 33909 | | 90028 ITECH | 7/22/03 | $ | 570.33 |
| 33976 | | 90028 9454 Waples Street | 7/31/03 | $ | 238.63 |
| 34113 | | 90028 San Diego, CA 92121 | 9/15/03 | $ | 500.00 |
| 34141 | | 90028 | 9/24/03 | $ | 551.20 |
| 34321 | | 90028 | 9/24/03 | $ | - |
| | | | | $ | 1,860.16 |
| | | | | | |
| 34007 | #00538 | JOMO POPE | 8/11/03 | $ | 300.00 |
| 34015 | #00538 | PO Box 233754 | 8/15/03 | $ | 3,000.00 |
| | | Sacramento, CA 95823 | | $ | 3,300.00 |
| | | | | | |
| 33948 | | 110003 JPS COMMUNICATIONS, INC. | 7/31/03 | $ | 360.00 |
| 34124 | | 110003 5800 Departure Drive | 9/17/03 | $ | 11,000.00 |
| | | Raleigh, NC 27616 | | $ | 11,360.00 |

| | | | | |
|---|---|---|---|---:|
| 34024 | 280007 VERIZON WIRELESS | 8/15/03 | $ | 706.75 |
| 34136 | 280007 PO Box 96082 | 9/24/03 | $ | 482.49 |
| 34316 | 280007 Bellevue, WA 98009 | 9/24/03 | $ | - |
| | | | $ | 1,189.24 |
| | | | | |
| 33992 | 290015 VERTEX STANDARD | 7/31/03 | $ | 2,000.00 |
| 33941 | 290015 PO Box 31001-1624 | 7/30/03 | $ | 9,975.57 |
| 34001 | 290015 Pasadena. CA 91110 | 8/06/03 | $ | 2,000.00 |
| 34004 | 290015 | 8/06/03 | $ | 16.00 |
| 34008 | 290015 | 8/11/03 | $ | 1,363.80 |
| 34011 | 290015 | 8/14/03 | $ | 2,000.00 |
| 34014 | 290015 | 8/14/03 | $ | 356.45 |
| 34042 | 290015 | 8/20/03 | $ | 2,000.00 |
| 34064 | 290015 | 8/27/03 | $ | 180.00 |
| 34082 | 290015 | 8/28/03 | $ | 2,000.00 |
| 34083 | 290015 | 8/28/03 | $ | 2,460.00 |
| 34087 | 290015 | 9/02/03 | $ | 2,000.00 |
| 34088 | 290015 | 9/05/03 | $ | 2,683.28 |
| 34098 | 290015 | 9/10/03 | $ | 2,000.00 |
| 34120 | 290015 | 9/15/03 | $ | 960.33 |
| 34127 | 290015 | 9/17/03 | $ | 777.27 |
| 34130 | 290015 | 9/18/03 | $ | 2,000.00 |
| 34146 | 290015 | 9/24/03 | $ | 1,071.00 |
| 34149 | 290015 | 9/24/03 | $ | 13.97 |
| 34326 | 290015 | 9/24/03 | $ | - |
| 34328 | 290015 | 9/24/03 | $ | - |
| 34165 | 290015 | 10/02/03 | $ | 1,071.00 |
| 34169 | 290015 | 10/07/03 | $ | 14.50 |
| 34171 | 290015 | 10/08/03 | $ | 432.71 |
| 34172 | 290015 | 10/09/03 | $ | 1,071.00 |
| | | | $ | 38,446.88 |
| | | | | |
| 34002 | 220140 WASHINGTON RADIO REPORTS | 8/06/03 | $ | 620.00 |
| 34005 | 220140 WASHINGTON RADIO REPORTS | 8/06/03 | $ | 400.00 |
| 34039 | 220140 WASHINGTON RADIO REPORTS | 8/15/03 | $ | 690.00 |
| | | | $ | 1,710.00 |
| | | | | |
| 33934 | 291149 WILLIAM D. MAHAN, ESQUIRE | 7/24/03 | $ | 1,000.00 |
| 34147 | 291149 WILLIAM D. MAHAN, ESQUIRE | 9/24/03 | $ | 930.00 |
| 134153 | 291149 WILLIAM D. MAHAN, ESQUIRE | 9/30/03 | $ | 6,500.00 |
| | | | $ | 8,430.00 |
| | | | | |
| 33961 | 290196 XO COMMUNICATIONS | 7/31/03 | $ | 1,520.73 |
| 34159 | 290196 PO Box 31001-0429 | 10/02/03 | $ | 1,506.76 |
| | Pasadena, CA 91110-0429 | | $ | 3,027.49 |
| | | | | |
| 33881 | 260025 ZETRON INC | 7/22/03 | $ | 4,991.03 |
| 34012 | 260025 ZETRON INC | 8/14/03 | $ | 453.97 |
| 34063 | 260025 ZETRON INC | 8/27/03 | $ | 3,561.61 |
| 34131 | 260025 ZETRON INC | 9/18/03 | $ | 8,800.00 |
| 34178 | 260025 ZETRON INC | 10/17/03 | $ | 162.38 |
| | | | $ | 17,968.99 |

| | | | | | |
|---|---|---|---|---|---|
| 33927 | 210052 UNITED COMMUNICATION CORP | 7/22/03 | $ | 1,000.00 |
| 33991 | 210052 400 N. Fifth Street | 7/31/03 | $ | 1,000.00 |
| 34000 | 210052 Blytheville, AR 72315 | 8/06/03 | $ | 1,607.85 |
| 34038 | 210052 | 8/15/03 | $ | 898.56 |
| 34059 | 210052 | 8/22/03 | $ | 329.63 |
| 34081 | 210052 | 8/28/03 | $ | 442.15 |
| 34094 | 210052 | 9/10/03 | $ | - |
| 34097 | 210052 | 9/10/03 | $ | 787.68 |
| 34119 | 210052 | 9/15/03 | $ | 650.33 |
| 34126 | 210052 | 9/17/03 | $ | 648.33 |
| 34133 | 210052 | 9/19/03 | $ | 619.33 |
| 34150 | 210052 | 9/29/03 | $ | 19.68 |
| | | | $ | 8,003.54 |
| | | | | |
| 33879 | 210025 UNITED PARCEL SERVICE | 7/22/03 | $ | 659.13 |
| 33953 | 210025 PO Box 894820 | 7/31/03 | $ | 595.95 |
| 34022 | 210025 Los Angeles, CA 90189-4820 | 8/15/03 | $ | 946.66 |
| 34046 | 210025 | 8/22/03 | $ | 461.34 |
| 34070 | 210025 | 8/28/03 | $ | 392.76 |
| 34135 | 210025 | 9/24/03 | $ | 190.22 |
| 34315 | 210025 | 9/24/03 | $ | - |
| | | | $ | 3,246.06 |
| | | | | |
| 33883 | 280104 VALLEY AUTOMATED FUELS | 7/22/03 | $ | 319.08 |
| 33958 | 280104 PO Box 641208 | 7/31/03 | $ | 373.35 |
| 34026 | 280104 San Jose, CA 95164 | 8/15/03 | $ | 241.50 |
| 34105 | 280104 | 9/15/03 | $ | 219.74 |
| 34138 | 280104 | 9/24/03 | $ | 464.74 |
| | | | $ | 1,618.41 |

| | | | | | |
|---|---|---|---|---|---:|
| 33949 | | 110010 KAISER PERMANENTE | 7/31/03 | $ | 55.00 |
| 34067 | | 110010 KAISER PERMANENTE | 8/28/03 | $ | 1,861.00 |
| 34167 | | 110010 KAISER PERMANENTE | 10/07/03 | $ | 1,861.00 |
| | | | | $ | 3,777.00 |
| | | | | | |
| 33931 | | 290030 KENWOOD U.S.A. CORPORATION | 7/23/03 | $ | 25,364.23 |
| 34053 | | 290030 PO Box 100959 | 8/22/03 | $ | 671.55 |
| 34077 | | 290030 Pasadena, CA 91189-0959 | 8/28/03 | $ | 1,134.20 |
| 34114 | | 290030 | 9/15/03 | $ | 2,193.60 |
| 33930 | | 110028 | 7/23/03 | $ | 479.70 |
| 34068 | | 110028 | 8/28/03 | $ | 23.70 |
| | | | | $ | 29,866.98 |
| | | | | | |
| 33977 | | 50080 LES ETTINGER | 7/31/03 | $ | 5,000.00 |
| 34125 | | 50080 PO Box 32222 | 9/17/03 | $ | 5,000.00 |
| | | San Jose, CA 95152 | | $ | 10,000.00 |
| | | | | | |
| 34084 | #00545 | MATERIAL IN MOTION | 8/29/03 | $ | 1,000.00 |
| | | | | $ | 1,000.00 |
| | | | | | |
| 34048 | | 291095 MICRO CNTR BUSINESS SALES | 8/22/03 | $ | 500.00 |
| 34108 | | 291095 PO Box 848 | 9/15/03 | $ | 500.00 |
| | | Hillard, OH 43026-0848 | | $ | 1,000.00 |
| | | | | | |
| 33979 | | 280028 MOTOROLA | 7/31/03 | $ | 73.00 |
| 33956 | | 280030 MOTOROLA (SVC AGREEMENT) | 7/31/03 | $ | 4,008.18 |
| 34047 | | 280030 MOTOROLA (SVC AGREEMENT) | 8/22/03 | $ | 4,044.97 |
| 11225 | | 280030 MOTOROLA (SVC AGREEMENT) | 9/26/03 | $ | 2,427.12 |
| 4317 | | 130036 MOTOROLA RADIUS | 7/24/03 | $ | 79,819.74 |
| 109134 | | 130036 MOTOROLA RADIUS | 10/09/03 | $ | 1,309.36 |
| 109143 | | 130036 MOTOROLA RADIUS | 10/09/03 | $ | 50,172.39 |
| 112298 | | 130036 MOTOROLA RADIUS | 9/26/03 | $ | 3,642.48 |
| 130036 | | 130036 MOTOROLA RADIUS | 9/08/03 | $ | 49,051.56 |
| 112250 | | 280029 MOTOROLA SYSTEM | 9/26/03 | $ | 3,035.00 |
| 112253 | | 280029 MOTOROLA SYSTEM | 9/26/03 | $ | 2,265.00 |
| 33980 | | 280029 MOTOROLA SYSTEM SUPPORT | 7/31/03 | $ | 728.64 |
| 34054 | | 280029 MOTOROLA SYSTEM SUPPORT | 8/22/03 | $ | 876.36 |
| 33939 | | 130038 MOTOROLA, INC. | 7/28/03 | $ | 33.62 |
| 104317 | | 130038 MOTOROLA, INC. | 7/24/03 | $ | 10,180.26 |
| 109138 | | 130038 MOTOROLA, INC. | 10/09/03 | $ | 5,772.46 |
| 130038 | | 130038 MOTOROLA, INC. | 9/08/03 | $ | 8,202.65 |
| 33875 | | 130039 MOTOROLA, INC. (RENTAL) | 7/22/03 | $ | 2,460.90 |
| | | | | $ | 228,103.69 |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Charles E. Logan**<br>**95 South Market Street**<br>**Suite 570**<br>**San Jose, CA 95113** | **October 15, 2003** | **$25,000.00**<br>**Retainer Fee** |
| **Law Offices of Charles E. Logan**<br>**95 South Market Street**<br>**Suite 570**<br>**San Jose, CA 95113** | **July 18, 2003** | **$5,000.00**<br>**General Legal Work prior to bankruptcy** |

### 10. Other transfers

None
■    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

### 11. Closed financial accounts

**None**
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

**None**
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

**None**
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

**None**
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

**None**
☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

**None**
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None □ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Les Ettinger** | **same as Telepath** | **P.O. Box 32222 San Jose, CA 95152** | **two way radio sales and services** | **7/1978 to 7/1999** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Alan David CPA**<br>**1 North Main Street #4**<br>**Milpitas, CA 95035** | **Now called Neeka Accountancy Corp**<br>**current** |
| **Monica James-Accouting Manager**<br>**49111 Milmont Drive**<br>**Fremont, CA 94538** | **4/03 to current** |
| **Stephanie Durand-Accounting Manager**<br>**49111 Milmont Drive**<br>**Fremont, CA 94538** | **4/02-4/03** |
| **Katherine Stuart-Controller**<br>**49111 Milmont Drive**<br>**Fremont, CA 94538** | **3/01-3/02** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Alan R. David, CPA** | **Accountancy Corporation**<br>**1 North Main Street, #4**<br>**Milpitas, CA 95035** | **Now called Neeka Accountancy**<br>**Corporation**<br>**current** |
| **Monica James-Accounting Manager** | **49111 Milmont Drive**<br>**Fremont, CA 94538** | **4/03 to current** |
| **Stephanie Durand-Accounting Manager** | **49111 Milmont Drive**<br>**Fremont, CA 94538** | **4/02-4/03** |
| **Katherine Stuart-controller** | **49111 Milmont Drive**<br>**Fremont, CA 94538** | **3/01-3/02** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Neeka Accountancy Corporation** | **1 North Main Street**<br>**Milpitas, CA 95035** |
| **Monica James-Accouting Manager** | **49111 Milmont Drive**<br>**Fremont, CA 94538** |
| **Aaron Ettinger** | **49111 Milmont Drive**<br>**Fremont, CA 94538** |

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                           DATE ISSUED
**Bank of Walnut Creek**                                  **4/1/03**
**4030 Clipper Court**
**Fremont, CA 94538**

### 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

                                                          DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY        INVENTORY SUPERVISOR             (Specify cost, market or other basis)

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

                                                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                         RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS              NATURE OF INTEREST            PERCENTAGE OF INTEREST

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                          NATURE AND PERCENTAGE
NAME AND ADDRESS              TITLE                        OF STOCK OWNERSHIP
**Aaron Ettinger**           **Shareholder/President**    **95%**
**2176 Petersburg Drive**
**Milpitas, CA 95035**

**Chet Ettinger**            **Shareholder**              **5%**
**1770 Wickham Road**
**San Jose, CA 95132**

### 22 . Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■    commencement of this case.

NAME                         ADDRESS                      DATE OF WITHDRAWAL

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■    immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                        DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Alan R. David, CPA Accountancy Corporation 1 North Main Street, #4 Milpitas, CA 95035 Board of Director** | **7/24/03 Board of Directors Dues** | **$1,500.00** |
| **Aaron Ettinger 2176 Petersburg Drive Milpitas, CA 95035 Shareholder/President** | **7/24/03 Board of Directors Dues** | **$1,500.00** |
| **Bill Mahan 1925 S. Winchester #203 Campbell, CA 95008 Board of Director** | **6/23/03, 7/24/03, 9/5/03, and 9/30/03** | **$8,430.00** |
| **Chet Ettinger 1770 Wickham Road San Jose, CA 95132 Shareholder** | | |

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                   TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                            TAXPAYER IDENTIFICATION NUMBER
**Company Administrated 401K Merrill Lynch 601 South Meridian Englewood, CO 80112**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  *11.7.03*                         Signature  _____

**Aaron Ettinger**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## Northern District of California

In re    **Telepath Corporation**                 Case No.    **03-56788-ASW11**

Debtor(s)               Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **25,000.00** |
   | Prior to the filing of this statement I have received | $ | **25,000.00** |
   | Balance Due | $ | **0.00** |

2. $ **830.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Provide legal advice to the client as to the rights, duties, and powers of the client as a Chapter 11 debtor in possession, and as to other matters arising in or related to the Chapter 11 case, including the formulation, presentation and confirmation of a plan of reorganization.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation before any taxing agencies regarding state or federal.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____11/7/03_____        _/s/ Charles E. Logan_

Charles E. Logan 69136
Law Offices of Charles E. Logan
95 South Market Street
Suite 570
San Jose, CA 95113
(408) 995-0256  Fax: (408) 283-1440

---

Case: 03-56788    Doc# 26-2    Filed: 11/07/03    Entered: 11/10/03 13:29:45    Page 19 of 23

# United States Bankruptcy Court
## Northern District of California

In re    **Telepath Corporation**

Case No.   **03-56788-ASW11**

            Debtor

Chapter          **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aaron Ettinger**<br>**2176 Petersburg Drive**<br>**Milpitas, CA 95035** | | **95%** | **Common stock** |
| **Chet Ettinger**<br>**1770 Wickham Road**<br>**San Jose, CA 95132** | | **5%** | **Common stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   _11·7·03_

Signature   _a EE_

**Aaron Ettinger**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0   continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re   **Telepath Corporation** _____   Case No.   **03-56788-ASW11**

                                   Debtor(s)       Chapter   **11**

## CREDITOR MATRIX COVER SHEET

     I declare that the attached Creditor Mailing Matrix, consisting of   **14**   sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: _____

                   _____
                   Signature of Attorney
                   **Charles E. Logan 69136**
                   **Law Offices of Charles E. Logan**
                   **95 South Market Street**
                   **Suite 570**
                   **San Jose, CA 95113**
                   **(408) 995-0256  Fax: (408) 283-1440**

Software Copyright (c) 1996-2002 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Andy Ajoulny
144 S. Third Street #420
San Jose, CA 95112


Bank of Walnut Creek
4030 Clipper Court
Fremont, CA 94538


CPI
941 Hensley Lane
Wylie, TX 75098


GE Capital
PO Box 31001-0497
Pasadena, CA 91110


Henry Radio
2050 South Bundy Drive
Suite 285
Los Angeles, CA 90025


Motorola Federal Technical Center
4395 Nicole Drive
Lanham, MD 20706


Peter Ajoulni
144 South Third Street #420
San Jose, CA 95112


Pitney Bowes Credit Corp
PO Box 85460
Louisville, KY 40285

Quill Corporation
PO Box 94081
Palatine, IL 60094


Verizon Wireless
PO Box 96082
Bellevue, WA 98009


Vertex Standard
P.O. Box 31001-1624
Pasadena, CA 91110


Peter Munoz
Reed Smith Crosby Heafey
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111


Scott E. Blakeley
Blakeley & Blakeley LLP
2030 Main Street, Suite 540
Irvine, CA 92614