CAMPEAU GOODSELL SMITH
A Law Corporation
SCOTT L. GOODSELL, SBN 122223
440 N. First Street, Suite 100
San Jose, California 95112
(408) 295-9555

Attorneys for Debtor

**IT IS SO ORDERED.**
**Signed January 05, 2009**

*Arthur S. Weissbrodt*

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Case No. 03-56788-ASW |
| | ) | |
| TELEPATH CORPORATION, | ) | CHAPTER 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## <u>ORDER APPOINTING COUNSEL</u>

Upon the Application of Debtor herein praying for authority to employ the law firm of CAMPEAU GOODSELL SMITH to represent it as Debtor-in-Possession herein, and after hearing on said application on December 11, 2008, at 1:15 p.m., and the Court being satisfied that said law firm represents no interest adverse to the Debtors herein or to their Estate in matters upon which it is to be engaged, the Court being satisfied that employment of such counsel is necessary and in the best interests of the Estate,

IT IS HEREBY ORDERED that Debtor is authorized to employ the law firm of CAMPEAU GOODSELL SMITH to represent it in this case.

\* \* \*     END OF ORDER     \* \* \*