UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Case No. 03-56788-ASW |
| | ) | |
| TELEPATH CORPORATION, | ) | CHAPTER 11 |
| | ) | |
| | ) | Date: March 20, 2009 |
| Debtor. | ) | Time: 2:00 p.m. |
| | ) | Court: Hon. Arthur S. Weissbrodt |
| | | 280 S. First Street, Courtroom 3020 |
| | | San Jose, CA 95112 |

## NOTICE OF HEARING ON PLAN CONFIRMATION

NOTICE IS HEREBY GIVEN that:

1. The hearing to consider approval of the Debtor's proposed Reorganization Plan shall be held in the Courtroom of the Honorable Arthur S. Weissbrodt located at 280 S. First Street, Room 3020, San Jose, California, on **March 20, 2009, at 2:00 p.m.**

2. The deadline for filing and serving, in accordance with Rule 3017(a), written objections to confirmation of the proposed Plan is **March 16, 2009.**

3. The deadline for filing and serving written acceptances or rejections of the Plan (ballots) is **March 16, 2009.**

4. Any objections and all ballots must be delivered by the specified dates above to counsel for the Debtor: Scott L. Goodsell, at Campeau Goodsell Smith, 440 N. First Street, Suite 100, San Jose, CA 95112.

Dated: February 18, 2009     CAMPEAU GOODSELL SMITH


By     /s/ Scott L. Goodsell
       Scott L. Goodsell
       Attorneys for Debtor