Entered on Docket
February 24, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
FILED

| | |
|---|---|
| 1 | CAMPEAU GOODSELL SMITH |
| 2 | A Law Corporation<br>SCOTT L. GOODSELL, SBN 122223 |
| 3 | 440 N. First Street, Suite 100<br>San Jose, California 95112 |
| 4 | (408) 295-9555 |
| 5 | Attorneys for Debtor |

FEB 19 2009

FEB 20 2009

CLERK
United States Bankruptcy Court
San Jose, California

The following constitutes the
Order of the Court. Signed Feb 20 20 09

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                     )   Case No. 03-56788-ASW
                                           )
TELEPATH CORPORATION,      )   CHAPTER 11
                                           )
                                           )
            Debtor.                      )
_____)

### ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, AND FOR FILING OF CLAIMS, COMBINED WITH NOTICE THEREOF

An AMENDED DISCLOSURE STATEMENT (the "Disclosure Statement") under Chapter 11 of the Bankruptcy Code having been filed by Debtor herein, on February 18, 2009, referring to an PLAN OF REORGANIZATION (the "Plan") under Chapter 11 of the Bankruptcy Code dated January 10, 2009; and it having been determined after hearing that the Disclosure Statement contains adequate information,

IT IS ORDERED, and notice is hereby given, that:

A. The Amended Disclosure Statement filed by Debtor is approved.

B. ~~Within 1 day after the entry of this Order,~~ The Plan or a summary or summaries thereof approved by the Court, the Disclosure Statement, and a Ballot conforming to Official

Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Federal Rules of Bankruptcy Procedure 3017(d).

    C.    **March 20, 2009 at 2:00 p.m.** is fixed as the date for hearing on confirmation of the Plan.

    D.    **March 16, 2009** is fixed as the last day for filing and serving written objections to confirmation of the Plan, as provided in Federal Rules of Bankruptcy Procedure 3020(b)(1).

    E.    **March 16, 2009** is fixed as the last day for filing written acceptances or rejections of the Plan referred to above.

\*   \*   \*   END OF ORDER   \*   \*   \*

*APPROVED AS TO FORM/AMENDMENTS*:

OFFICE OF U. S. TRUSTEE

By \_\_\_/s/ Nanette Dumas_____
     Nanette Dumas
     Attorney for U. S. Trustee