CAMPEAU GOODSELL SMITH
A Law Corporation
SCOTT L. GOODSELL, SBN 122223
440 N. First Street, Suite 100
San Jose, California 95112
(408) 295-9555

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 03-56788-ASW |
| TELEPATH CORPORATION, | CHAPTER 11 |
| Debtor. | Date: March 20, 2009<br>Time: 2:00 p.m.<br>Court: Hon. Arthur S. Weissbrodt<br>280 S. First Street, Courtroom 3020<br>San Jose, CA 95112 |

### BALLOTS AND BALLOT SUMMARIES

DEBTOR hereby submits all ballots received, and ballots summaries prepared, with respect to Confirmation of its proposed Plan of Reorganization.

DATED: March 17, 2009         CAMPEAU GOODSELL SMITH

By: /s/ Scott L. Goodsell
    Scott L. Goodsell
    Attorney for Debtor

# TELEPATH CORPORATION

BALLOT SUMMARY: Secured Creditors (Class 1a)

|  | Accept | Reject |
|---|---|---|
| Les Ettinger | $ 1,748,000.00 | |
| TOTALS | (1) $ 1,748,000.00 | (0) $ -0- |
| % Number | Accept 100% | Reject 0% |
| % Amounts | Accept 100 % | Reject 0% |

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. 03-56788-ASW
)
TELEPATH CORPORATION, ) CHAPTER 11
)
)
Debtor. )
)

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION

Regarding the Debtor's Plan of Reorganization dated January 10, 2009:

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan, and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it, and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code. <u>To have your vote count, you must return this Ballot.</u>

Mark applicable class:

| ✓ | Class 1a (Secured Creditor Les Ettinger [Note]) |
| --- | --- |
| ___ | Class 1b (Admin. Creditor Les Ettinger [Rent]) |
| ___ | Class 1c (Admin. Creditor Les Ettinger [Loan]) |
| ___ | Class 2a (Priority Wage Claims) |
| ___ | Class 2b (Priority Tax Claims) |
| ___ | Class 3a (General Unsecured Claims) |
| ___ | Class 3b (Administrative Convenience Claims)*** |
| ___ | Class 3c (Motorola) |
| ___ | Class 4 (Equity Interests) |

CHECK ONE BOX:       ACCEPTS ☒       REJECTS ☐

the PLAN OF REORGANIZATION of the above-named DEBTOR.

Creditor Name: Lester Ettinger
Signed By: [signature]
Address: PO Box 82222
San Jose, CA 95152-2222

Dated 3/10/09       Claim Amount: $1,748,000

*** By marking this box, you consent to treatment of your claim as provided for this special Class in the Plan.

# TELEPATH CORPORATION

## BALLOT SUMMARY: Chapter 11 Admin. Creditors (Class 1b)

|  | Accept | Reject |
|---|---|---|
| Les Ettinger | $ 87,000.00 | |
| | | |
| TOTALS | (1) $ 87,000.00 | (0) $ -0- |
| % Number | Accept 100% | Reject 0% |
| % Amounts | Accept 100 % | Reject 0% |

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. 03-56788-ASW
)
TELEPATH CORPORATION, ) CHAPTER 11
)
)
Debtor. )
)

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION

Regarding the Debtor's Plan of Reorganization dated January 10, 2009:

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan, and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it, and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code. <u>To have your vote count, you must return this Ballot.</u>

Mark applicable class:

- \_\_\_\_\_ Class 1a (Secured Creditor Les Ettinger [Note])
- ✓ Class 1b (Admin. Creditor Les Ettinger [Rent])
- \_\_\_\_\_ Class 1c (Admin. Creditor Les Ettinger [Loan])
- \_\_\_\_\_ Class 2a (Priority Wage Claims)
- \_\_\_\_\_ Class 2b (Priority Tax Claims)
- \_\_\_\_\_ Class 3a (General Unsecured Claims)
- \_\_\_\_\_ Class 3b (Administrative Convenience Claims)\*\*\*
- \_\_\_\_\_ Class 3c (Motorola)
- \_\_\_\_\_ Class 4 (Equity Interests)

CHECK ONE BOX:   ACCEPTS ☒      REJECTS ☐

the PLAN OF REORGANIZATION of the above-named DEBTOR.

Creditor Name: Lester Ettinger
Signed By: [signature]
Address: PO Box 32222
San Jose, CA 95152-2222

Dated 3-10-2009       Claim Amount: $87000

\*\*\* *By marking this box, you consent to treatment of your claim as provided for this special Class in the Plan.*

# TELEPATH CORPORATION

BALLOT SUMMARY: **Chapter 11 Admin. Creditors (Class 1c)**

|  | Accept | Reject |
|---|---|---|
| Les Ettinger | $ 78,000.00 | |
| TOTALS | (1) $ 78,000.00 | (0) $ -0- |
| % Number | Accept 100% | Reject 0% |
| % Amounts | Accept 100 % | Reject 0% |

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Case No. 03-56788-ASW |
| | ) | |
| TELEPATH CORPORATION, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION

Regarding the Debtor's Plan of Reorganization dated January 10, 2009:

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan, and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it, and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code. <u>To have your vote count, you must return this Ballot.</u>

Mark applicable class:

- ___ Class 1a (Secured Creditor Les Ettinger [Note])
- ___ Class 1b (Admin. Creditor Les Ettinger [Rent])
- ✓ Class 1c (Admin. Creditor Les Ettinger [Loan])
- ___ Class 2a (Priority Wage Claims)
- ___ Class 2b (Priority Tax Claims)
- ___ Class 3a (General Unsecured Claims)
- ___ Class 3b (Administrative Convenience Claims)***
- ___ Class 3c (Motorola)
- ___ Class 4 (Equity Interests)

CHECK ONE BOX:    ACCEPTS [X]    REJECTS [ ]

the PLAN OF REORGANIZATION of the above-named DEBTOR.

Creditor Name: Lester Ettinger
Signed By: Les Ettinger
Address: PO Box 32222
San Jose, CA 95152-2222

Dated 3-10-2009          Claim Amount: $7800

*** By marking this box, you consent to treatment of your claim as provided for this special Class in the Plan.

# TELEPATH CORPORATION

BALLOT SUMMARY: **Priority Wage Claims (Class 2a)**

                                        Accept                      Reject

**CLASS NOT IMPAIRED**

# TELEPATH CORPORATION

BALLOT SUMMARY: **Priority Tax Claims (Class 2b)**

                                        Accept                    Reject

**CLASS NOT IMPAIRED**

# TELEPATH CORPORATION

## BALLOT SUMMARY: General Unsecured Creditors (Class 3a)

|  | | Accept | | Reject |
|---|---|---|---|---|
| All Temperature Service | $ | 136.00 ** | | |
| Chet Ettinger | $ | 629.79 ** | | |
| LAN Logic | $ | unknown | | |
| OTTO Engineering | $ | 3,928.86 | | |
| Telewave | $ | 1,122.08 ** | | |
| TOTALS | (4) $ | | (0) $ | -0- |
| % Number | Accept | 100% | Reject | 0% |
| % Amounts | Accept | 100 % | Reject | 0% |

** amounts listed per Schedules filed 11/7/03

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                          ) Case No. 03-56788-ASW
                                )
TELEPATH CORPORATION,           ) CHAPTER 11
                                )
                                )
         Debtor.                )
                                )

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION

Regarding the Debtor's Plan of Reorganization dated January 10, 2009:

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan, and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it, and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.  <u>To have your vote count, you must return this Ballot.</u>

Mark applicable class:

    _____ Class 1a (Secured Creditor Les Ettinger [Note])
    _____ Class 1b (Admin. Creditor Les Ettinger [Rent])
    _____ Class 1c (Admin. Creditor Les Ettinger [Loan])
    _____ Class 2a (Priority Wage Claims)
    _____ Class 2b (Priority Tax Claims)
      ✓   Class 3a (General Unsecured Claims)
    _____ Class 3b (Administrative Convenience Claims)***
    _____ Class 3c (Motorola)
    _____ Class 4  (Equity Interests)

<u>CHECK ONE BOX:</u>           ACCEPTS           REJECTS
                                 ✓ 

the PLAN OF REORGANIZATION of the above-named DEBTOR.

Creditor Name: All Temperature Service Air Cond.
Signed By: Dolores J. Lowder
Address: 773 Ames Ave.
         Milpitas, CA 95035

Dated  03-16-09                  Claim Amount:  ?

*** By marking this box, you consent to treatment of your claim as provided for this special Class in the Plan.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                               ) Case No. 03-56788-ASW
                                     )
TELEPATH CORPORATION,                ) CHAPTER 11
                                     )
                                     )
              Debtor.                )
                                     )

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

Regarding the Debtor's Plan of Reorganization dated January 10, 2009:

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan, and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it, and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code. To have your vote count, you must return this Ballot.

Mark applicable class:

|   |   |
|---|---|
| ____ | Class 1a (Secured Creditor Les Ettinger [Note]) |
| ____ | Class 1b (Admin. Creditor Les Ettinger [Rent]) |
| ____ | Class 1c (Admin. Creditor Les Ettinger [Loan]) |
| ____ | Class 2a (Priority Wage Claims) |
| ____ | Class 2b (Priority Tax Claims) |
| X    | Class 3a (General Unsecured Claims) |
| ____ | Class 3b (Administrative Convenience Claims)*** |
| ____ | Class 3c (Motorola) |
| ____ | Class 4 (Equity Interests) |

CHECK ONE BOX:          ACCEPTS          REJECTS
                          [X]              [ ]

the PLAN OF REORGANIZATION of the above-named DEBTOR.

Creditor Name: CHET ETTINGER

Signed By: _____

Address: 1770 WICKHAM ROAD
         SAN JOSE, CA. 95132

Dated 3/16/09          Claim Amount: 2

*** By marking this box, you consent to treatment of your claim as provided for this special Class in the Plan.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                            ) Case No. 03-56788-ASW
                                                  )
  TELEPATH CORPORATION,         ) CHAPTER 11
                                                  )
                                                  )
              Debtor.                       )
_____)

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION

Regarding the Debtor's Plan of Reorganization dated January 10, 2009:

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan, and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it, and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.  To have your vote count, you must return this Ballot.

Mark applicable class:

| | |
|---|---|
| ____ | Class 1a (Secured Creditor Les Ettinger [Note]) |
| ____ | Class 1b (Admin. Creditor Les Ettinger [Rent]) |
| ____ | Class 1c (Admin. Creditor Les Ettinger [Loan]) |
| ____ | Class 2a (Priority Wage Claims) |
| ____ | Class 2b (Priority Tax Claims) |
| __X__ | Class 3a (General Unsecured Claims) |
| ____ | Class 3b (Administrative Convenience Claims)*** |
| ____ | Class 3c (Motorola) |
| ____ | Class 4 (Equity Interests) |

CHECK ONE BOX:          ACCEPTS          REJECTS
                                          [X]                    [ ]

the PLAN OF REORGANIZATION of the above-named DEBTOR.

Creditor Name: LANLOGIC INC
Signed By: _____
Address: 248 RICKENBACKER CIR
               LIVERMORE CA 94551

Dated  3-16-09                      Claim Amount: _____

*** By marking this box, you consent to treatment of your claim as provided for this special Class in the Plan.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                   ) Case No. 03-56788-ASW
                                         )
TELEPATH CORPORATION,                    ) CHAPTER 11
                                         )
                                         )
            Debtor.                      )
_____)

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

Regarding the Debtor's Plan of Reorganization dated January 10, 2009:

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan, and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it, and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code. To have your vote count, you must return this Ballot.

Mark applicable class:

|     |     |
| --- | --- |
| ____ | Class 1a (Secured Creditor Les Ettinger [Note]) |
| ____ | Class 1b (Admin. Creditor Les Ettinger [Rent]) |
| ____ | Class 1c (Admin. Creditor Les Ettinger [Loan]) |
| ____ | Class 2a (Priority Wage Claims) |
| ____ | Class 2b (Priority Tax Claims) |
| _X_ | Class 3a (General Unsecured Claims) |
| ____ | Class 3b (Administrative Convenience Claims)*** |
| ____ | Class 3c (Motorola) |
| ____ | Class 4 (Equity Interests) |

CHECK ONE BOX:      ACCEPTS [X]      REJECTS [ ]

the PLAN OF REORGANIZATION of the above-named DEBTOR.

Creditor Name: OTTO Engineering, Inc.
Signed By: _Jack E. Jones - Director of Finance_
Address: 2 East Main St.
         Carpentersville, IL  60110

Dated  03/03/09                 Claim Amount: $3,928.86

*** By marking this box, you consent to treatment of your claim as provided for this special Class in the Plan.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. 03-56788-ASW
)
TELEPATH CORPORATION, ) CHAPTER 11
)
)
Debtor. )
)

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION

Regarding the Debtor's Plan of Reorganization dated January 10, 2009:

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan, and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it, and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code. To have your vote count, you must return this Ballot.

Mark applicable class:

- Class 1a (Secured Creditor Les Ettinger [Note])
- Class 1b (Admin. Creditor Les Ettinger [Rent])
- Class 1c (Admin. Creditor Les Ettinger [Loan])
- Class 2a (Priority Wage Claims)
- Class 2b (Priority Tax Claims)
- Class 3a (General Unsecured Claims)
- Class 3b (Administrative Convenience Claims)***
- Class 3c (Motorola)
- Class 4 (Equity Interests)

**CHECK ONE BOX:**   ACCEPTS [X]   REJECTS [ ]

the PLAN OF REORGANIZATION of the above-named DEBTOR.

Creditor Name: _TELEWAVE INC._
Signed By: _Raymond F. Collini_
Address: _660 GIGUERE COURT_
_SAN JOSE, CA 95133_

Dated _3-16-09_   Claim Amount: _?_

*** By marking this box, you consent to treatment of your claim as provided for this special Class in the Plan.

**TELEPATH CORPORATION**

BALLOT SUMMARY: **Administrative Convenience Creditors (Class 3b)**

|  | Accept |  | Reject |  |
|---|---|---|---|---|
| Assured Fire Extinguisher | $ | 134.99 |  |  |
| TOTALS | (1) $ | 134.99 | (0) $ -0- |  |
| % Number | Accept | 100% | Reject | 0% |
| % Amounts | Accept | 100 % | Reject | 0% |

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. 03-56788-ASW
 )
TELEPATH CORPORATION, ) CHAPTER 11
 )
 )
 Debtor. )
 )

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

Regarding the Debtor's Plan of Reorganization dated January 10, 2009:

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan, and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it, and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code. To have your vote count, you must return this Ballot.

Mark applicable class:

_____ Class 1a (Secured Creditor Les Ettinger [Note])
_____ Class 1b (Admin. Creditor Les Ettinger [Rent])
_____ Class 1c (Admin. Creditor Les Ettinger [Loan])
_____ Class 2a (Priority Wage Claims)
_____ Class 2b (Priority Tax Claims)
_____ Class 3a (General Unsecured Claims)
__X__ Class 3b (Administrative Convenience Claims)***
_____ Class 3c (Motorola)
_____ Class 4 (Equity Interests)

**CHECK ONE BOX:**   ACCEPTS [X]   REJECTS [ ]

the PLAN OF REORGANIZATION of the above-named DEBTOR.

Creditor Name: Assured Fire Extinguisher
Signed By: [signature]
Address: 1025 Lone Palm Ave. #1G
Modesto, CA 95351

Dated 2-20-09     Claim Amount: $134.99

*** By marking this box, you consent to treatment of your claim as provided for this special Class in the Plan.

# TELEPATH CORPORATION

BALLOT SUMMARY: **Motorola Creditor (Class 3c)**

                              Accept                          Reject

**CLASS NOT IMPAIRED**

# TELEPATH CORPORATION

BALLOT SUMMARY: **Equity Interests (Class 4)**

               Accept       Reject

**CLASS DEEMED REJECTED**

CAMPEAU GOODSELL SMITH
A Law Corporation
SCOTT L. GOODSELL, SBN 122223
440 N. First Street, Suite 100
San Jose, California 95112
(408) 295-9555

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 03-56788-ASW
                                          )
TELEPATH CORPORATION,                     ) CHAPTER 11
                                          )
                                          ) Date:  March 20, 2009
              Debtor.                     ) Time:  11:00 a.m.
                                          ) Court: Hon. Arthur S. Weissbrodt
_____)          280 S. First Street, Courtroom 3020
                                                 San Jose, CA 95112

## BALLOTS AND BALLOT SUMMARIES

DEBTOR hereby submits all ballots received, and ballots summaries prepared, with respect to Confirmation of its proposed Plan of Reorganization.

DATED: March 17, 2009                CAMPEAU GOODSELL SMITH

                                     By: /s/ Scott L. Goodsell
                                         Scott L. Goodsell
                                         Attorney for Debtor