Entered on Docket
March 30, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



CAMPEAU GOODSELL SMITH
A Law Corporation
SCOTT L. GOODSELL, SBN 122223
440 N. First Street, Suite 100
San Jose, California 95112
(408) 295-9555

Attorneys for Debtors

IT IS SO ORDERED.
Signed March 30, 2009

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 03-56788-ASW
                                          )
TELEPATH CORPORATION,                     ) CHAPTER 11
                                          )
                                          )
            Debtor.                       )
_____)

### ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION

The PLAN OF REORGANIZATION under Chapter 11 of the Bankruptcy Code filed by DEBTOR having been transmitted to creditors and equity security holders; the confirmation of said plan having come on for final hearing on March 25, 2009, at 3:00 p.m. before the Honorable Arthur S. Weissbrodt, U. S. Bankruptcy Judge, with such appearances as noted in the record; and the Court having considered the Plan, and it being determined after said hearing that:

1. The Plan has been accepted in writing by creditors and equity holders whose acceptance is required by law; and

2. The provisions of Chapter 11 of the Code have been complied with and that the Plan has been proposed in good faith and not by any means forbidden by law; and

3. Each holder of a claim or interest will receive or retain under the Plan property of a value, as of the Effective Date of the Plan, that is not less than the amount that such holder would receive or retain if Debtor were liquidated under Chapter 7 of the Code on such date; and

4. All payments made or promised by Debtor under the Plan or for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to the approval of the Court; and

5. Confirmation of the Plan is not likely to be followed by the liquidation or need for further financial reorganization of Debtor or any successor to Debtor under the Plan; and

6. The Plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claimants or interests that is impaired under, and has not accepted, the Plan.

IT IS HEREBY ORDERED that Debtor's PLAN OF REORGANIZATION, a copy of which is attached hereto as Exhibit A, is confirmed.

IT IS FURTHER ORDERED that Debtor shall file post-confirmation reports with the Court in such format as may be acceptable to the Court and shall continue to pay quarterly U. S. Trustee fees until entry of a Final Decree.

\* \* \*   END OF ORDER   \* \* \*

*APPROVED AS TO FORM*:

OFFICE OF U. S. TRUSTEE

By___/s/ Nanette Dumas_____
   Nanette Dumas
   Attorney for U. S. Trustee

Service List

| | | |
|---|---|---|
| Telepath Corp.<br>49111 Milmont Dr.<br>Fremont, CA 94538-7347 | Office of the U.S. Trustee<br>280 S 1st St., #268<br>San Jose, CA 95113-3004 | Aaron Ettinger<br>2176 Petersburg Drive<br>Milpitas, CA 95035 |
| Day Wireless System<br>P.O. Box 22169<br>Milwaukie, OR 97269 | EMR Corporation<br>22402 N. 19th Avenue<br>Phoenix, AZ 85027 | Haggerty Communications Group<br>7840 El Cajon Blvd. Suite 401<br>La Mesa, CA 91941 |
| ICOM America, Inc.<br>2380 116th Avenue N.E.<br>Bellevue, WA 98004 | JPS Communication<br>5800 Departure Drive<br>Raleigh, NC 27616 | Kenwood U.S.A.<br>P.O. Box 100959<br>Pasadena, CA 91189-0001 |
| Moreno & Associates, Inc.<br>P.O. Box 28118<br>San Jose, CA 95159-8118 | Actionware<br>P.O. Box 964<br>South San Francisco, CA 94083 | Motorola Radius<br>21473 Network Place<br>Chicago, IL 60673-1214 |
| Pacific Coast Labs<br>1031 San Leandro Blvd.<br>San Leandro, CA 94577-1534 | SBC Smart Yellow Pages<br>PO Box 989046<br>West Sacramento, CA 95798-9046 | Vertex Standard<br>P.O. Box 31001-1624<br>Pasadena, CA 91110 |
| Vision Communications, Inc.<br>P.O. Box 598<br>Lakewood, CA 90714 | Peter Munoz<br>Reed Smith Crosby Heafey<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA, 94111 | Scott E. Blakeley<br>Blakeley & Blakeley LLP<br>2030 Main Street, Suite 540<br>Irvine, CA 92614 |
| XO Communications<br>P.O. Box 31001-0429<br>Pasadena, CA 91110-0429 | XO Communications, Inc.<br>105 Molloy St<br>Nashville TN 37201 | XYCOM Distribution<br>P.O. Box 90666<br>City Of Industry, CA 91715 |
| W&W Manufacturing Company<br>800 South Broadway<br>Hicksville, NY 11801 | Advanced Charger Tech.<br>6060 McDonough Drive<br>Suite J<br>Norcross, GA 30093 | Advance Tech. Industries<br>451 N.E. 189th Street<br>Miami, FL 33179 |
| Vertex Standard USA<br>c/o Scott E. Blakeley<br>Blakeley & Blakeley LLP<br>1000 Quail Street, Ste., 200<br>Newport, CA 92660 | David Kornbluh<br>Miller, Morto, Caillat And Nevis<br>50 W San Fernando St. #1300<br>San Jose, CA 95113 | Wm. McGivern, U.S. Atty.<br>Attention: Chief, Tax Division<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102 |
| Microvoice Corporation<br>c/o Eric W. Burkhardt<br>Law Offices of Beall and Burkhardt<br>1114 State Street, Suite 200<br>Santa Barbara, CA 93101 | Alan R. David, CPA<br>Accountancy Corporation<br>1 North Main Street, #4<br>Milpitas, CA 95035 | Alexander Technologies/Lextar<br>36201 Treasury Center<br>Chicago, IL 60694-6200 |
| Alhambra Water<br>P.O. Box 7126<br>Pasadena, CA 91109-7126 | All Temperature Service<br>Air Conditioning, Inc.<br>1957 Grosvenor Drive<br>San Jose, CA 95151 | Almaden Press<br>Attn: Jason Calvillo<br>2549 Scott Boulevard<br>Santa Clara, CA 95050 |

1

| | | |
|---|---|---|
| Antenex Inc.<br>Dept. F<br>P.O. Box 4755<br>Carol Stream, IL 60197 | Arch Wireless<br>P.O. Box 660770<br>Dallas, TX 75266-0770 | Assured Fire Extin Svc.<br>P.O. Box 20524<br>Castro Valley, CA 94546 |
| AW Enterprise<br>6543 S. Laramie Avenue<br>Bedford Park, IL 60638 | Browning-Ferris<br>Industries of California<br>P.O. Box 78460<br>Phoenix, AZ 85062-8460 | C&M Enterprises<br>1943 N. Grimes<br>Suite B-114<br>Hobbs, NM 88240 |
| CPD Wireless<br>2807 Whipple Road<br>Union City, CA 94587 | CPI<br>941 Hensley Lane<br>Wylie, TX 75098 | CST Corporation<br>2500 Central Pkwy<br>Suite D<br>Houston, TX 77092 |
| California Supply North Inc.<br>P.O. Box 51955Y<br>Los Angeles, CA 90051 | Chet Ettinger<br>1770 Wickham Road<br>San Jose, CA 95132 | Chevron<br>P.O. Box 2001<br>Concord, CA 94529-0001 |
| Commtech Wireless<br>6900 Phillips Hwy<br>Suite 26<br>Jacksonville, FL 32216 | Controller of State of CA<br>Division of Tax Administration<br>PO Box 982850<br>Sacramento, CA 94250 | County of Santa Clara<br>Attention: County Tax Collector<br>70 West Hedding Street<br>San Jose, CA 95110-1767 |
| Day Wireless Systemes<br>c/o Jeffrey C. Misley<br>1000 SW Broadway #1400<br>Portland, OR 97205 | David Clark Co, Inc.<br>360 Franklin Street<br>Worcester, MA | Dell Account<br>Dept. 57-0007452540<br>P.O. Box 9020<br>Des Moines, IA 50368 |
| Delta Communications<br>Wayne Lott<br>2162 So. Jupiter Road<br>Garland, TX 75041 | Employment Development<br>MIC-92-E<br>PO Box 944203<br>Sacramento, CA 94244 | Federal Express Corporation<br>P.O. Box 1140<br>Dept. A<br>Memphis, TN 38101-1140 |
| Franchise Tax Board<br>Attention: Secial Procedures<br>PO Box 2952<br>Sacramento, CA 95812-2952 | G&K Services<br>1229 California Avenue<br>Pittsburg, CA 94565 | Golden State Communications, Inc.<br>3155 S. Bascom Avenue<br>Campbell, CA 95008 |
| Ham Radio Outlet<br>510 Lawrence Expressway #102<br>Sunnyvale, CA 94085 | Havis Shields<br>395 Jack Road<br>P.O. Box 2099<br>Warminster, PA 18974 | Henry Radio<br>2050 South Bundy Drive<br>Suite 285<br>Los Angeles, CA 90025 |
| IBM<br>Software Subscriptions<br>1800 Green Hills Road<br>Scotts Valley, CA 95066 | IBM<br>(Maintenance Agreement)<br>P.O. Box 61000<br>Dept. 1896<br>San Francisco, CA 94161 | ICOM America, Inc.<br>2380 116th Avenue N.E.<br>Bellevue, WA 98004 |
| ITECH<br>9454 Waples Street<br>San Diego, CA 92121 | Internal Revenue Service<br>Centralized Insolvency<br>Operations<br>PO Box 21126<br>Philadelphia, CA 19114 | LANLogic, Inc.<br>248 Ricken Circle<br>Livermore, CA 94551 |
| Les Ettinger<br>P.O. Box 32222<br>San Jose, CA 95152 | Micro Center Business Sales<br>Attn: Accounts Receivable<br>P.O. Box 848<br>Hilliard, OH 43026-0848 | Midland Consumer Radio<br>P.O. Box 930462<br>Kansas City, MO 64193-0462 |
| Mobitel Inc.<br>7667 Longard Road<br>Livermore, CA 94550 | Multiplier Industries<br>Attn: Joanna Carbone<br>P.O. Box 630<br>Mount Kisco, NY 10549 | Muzak LLC<br>Attn: Hooa<br>3318 Lakemont Blvd.<br>Fort Mill, SC 29708 |

| | | |
|---|---|---|
| Neeka Accountancy Corporation CPA'S & Management Consultants 39247 Liberty Street Suite A-4 Fremont, CA 94538 | Nextel Communications, Inc. Attn: Bankruptcy POB 172408 Denver CO 80217 2408 | OTTO Communications 2 East Main Street Carpentersville, IL 60110 |
| Orbital Sciences Corp. 7160 Riverwood Dr. Columbia, MD 21046 | Orchard Supply Hardware P.O. Box 49016 San Jose, CA 95161-9016 | P&W Service Center 1300 N. Florida Mango Road Suite 26 West Palm Beach, FL 33409 |
| PSI LP P.O. Box 1179 Rancho Cucamonga, CA 91729 | Paragon Mechanical 445 Robert Ave. Santa Clara, CA 95050 | Pitney Bowes Credit Corp PO Box 85460 Louisville, KY 40285 |
| Pittney Bowes Credit Corporation Attn: Recovery dept. 27 Waterview Dr. Shelton, CT 06484-4361 | Postmaster - San Jose 1750 Lundy Avenue San Jose, CA 95101-7024 | Pryme Radio Products Cust# Telcor 480 Apollo St. #E Brea, CA 92821 |
| Quill Corporation PO Box 94081 Palatine, IL 60094 | Radiall/Larsen Antenna Technologies 3611 NE 112th Avenue Vancouver, WA 98682 | Reserve Account P.O. Box 952856 Saint Louis, MO 63195-2856 |
| Ritron, Inc. P.O. Box 1998 Carmel, IN 46082 | SBC Yellow Pages 101 Spear ST #534 San Francisco, CA 94105 | Savin Corporation P.O. Box 10336 Des Moines, IA 50306-0336 |
| Scientific Dimensions 2417 Aztec Road NE Albuquerque, NM 87107 | Sprint P.O. Box 79255 City Of Industry, CA 91716-9255 | Staple Credit Plan Dept. 82-0001434737 P.O. Box 9020 Des Moines, IA 50568-9020 |
| State Board of Equalization Attention: Collection Unit PO Box 942879 Sacramento, CA 94279-0001 | Stream Companies 301 Linderwood Drive Suite 1 Malvern, PA 19355 | Systems Implemention, Inc. Rensselger Technology Park 105 Jordon Rd. Troy NY 12180 |
| Telewave, Inc. 660 Giguere Court San Jose, CA 95133 | Tessco P.O. Box 631091 Baltimore, MD 21263 | The Home Depot CRC P.O. Box 4536 Dept. 24 Carol Stream, IL 60197 |
| Topaz3, LLC P.O. Box 803881 Kansas City, MO 64180 | Transcrypt International CM8910 Saint Paul, MN 55170-8910 | Trident Micro Systems Two Triden Drive Arden, NC 28704 |
| United Communications Corp. P.O. Box 26048 Little Rock, AR 72221-6048 | United Communications Corporation 400 N. Fifth Street Blytheville, AR 72315 | United Parcel Service c/o D and B/RMS Bankruptcy Services PO Box 4396 Timonium, MD 21094 |
| Valley Automated Fuels P.O. Box 641208 San Jose, CA 95164 | Valley Yellow Pages Dept. 33302 P.O. Box 39000 San Francisco, CA 94139-3302 | Verizon Wireless PO Box 96082 Bellevue, WA 98009 |
| Vertex Standard P.O. Box 31001-1624 Pasadena, CA 91110 | | |