UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 03-56788-ASW |
| TELEPATH CORPORATION, | CHAPTER 11 |
| Debtor. | Date: April 24, 2009<br>Time: 1:15 p.m.<br>Court: Hon. Arthur S. Weissbrodt<br>280 S. First Street, Courtroom 3020<br>San Jose, CA 95112 |

**NOTICE OF APPLICATION FOR FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES BY COUNSEL FOR DEBTOR**

PLEASE TAKE NOTICE that on April 24, 2006, at 1:15 p.m., in the courtroom of the Honorable Arthur S. Weissbrodt at the United States Bankruptcy Court at 280 S. First Street, Room 3022, San Jose, California, the application of Campeau Goodsell Smith, counsel for Debtor, for final compensation for services rendered and costs incurred from October 2, 2008 through March 25, 2009, in the sum of $44,525.00 for fees and $594.49 for costs, will come on regularly for hearing. (Counsel received an approved post-Petition retainer payment in amount of $11,750.00, which has not yet been applied to the aforedescribed sums).

Creditors and other parties in interest are invited to review the applications on file with the Clerk of the above-captioned Bankruptcy Court. Any objections to the application must be in writing and filed with the Clerk of the Bankruptcy Court and served on Campeau Goodsell Smith, 38 W. Santa Clara Street, San Jose, CA 95113, at least five days before the hearing.

Dated: April 3, 2009                     CAMPEAU GOODSELL SMITH


                                         By    /s/ Scott L. Goodsell
                                               Scott L. Goodsell
                                               Attorneys for Debtor