1    CHARLES E. LOGAN, 69136
     SUSAN B. LUCE, 120843
2    **LAW OFFICES OF**
   **C H A R L E S   E.   L O G A N**
3    95 SOUTH MARKET STREET
      SUITE 570
4    SAN JOSE, CA 95113
   TELEPHONE (408) 995-0256
5    FACSIMILE (408) 283-1440

6   Attorneys for Debtor,
   Telepath Corporation

FILED

03 NOV -3 PM 2: 06

U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN JOSE. CA.

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11   In re:               )    Bankruptcy No. **08**    **56788**

12   TELEPATH CORPORATION,    )    Chapter 11
                            )

13         Debtor.         )    **No Hearing Requested**
                            )

14   TIN: 94-2678653          )
                            )

15

16         ORDER APPOINTING ATTORNEYS FOR DEBTOR IN POSSESSION

17       The application of the Debtor in Possession herein to employ the

18   Law Offices of Charles E. Logan, on a general retainer, having been

19   read and considered, the court having been satisfied that said law

20   firm represents no interest adverse to the Debtor in Possession or the

21   estate in matters in which it is to be engaged, that its employment is

22   necessary and would be in the best interest of this estate, that this

23   case justifies counsel for the purposes specified, no notice of

24   hearing on said application being given, and no adverse interests

25   being represented,

26   ///

27   //

28   //
   ///

                                      Order Appointing Attorneys
                                       for Debtor in Possession

1    IT IS HEREBY ORDERED, that Debtor in Possession be, and hereby
2  is, authorized to employ the Law Offices of Charles E. Logan, as its
3  attorneys on a general retainer to represent it in the case under
4  Chapter 11 of the Bankruptcy Code.

5

6

7  Dated:  NOV - 3 2003

8                                    **JAMES R. GRUBE**

9                                    United States Bankruptcy Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Appointing Attorneys
for Debtor in Possession

-2-

**LOGAN FIRM FIRST & FINAL FEE APPLICATION**
**TELEPATH CHAPTER 11**


**FEE APPLICATION SUMMARY**

| EXHIBIT | | TIME (HRS) | VALUE ($) |
|---|---|---|---|
| C | ACTUAL TIME RECORDS | 136.6 | 45,887.50 |
| | RECONSTRUCTED TIME | | |
| D | PACER DOCKET | 274.1 | 91,580.00 |
| E | FROM FEE APPLICATION IN ETTINGER | 15.5 | 3,480.00 |
| F | CLIENT FILE REVIEW | 66.0 | 23,400.00 |
| | **TOTAL FEES :** | 492.2 | **164,347.50** |
| G | **TOTAL COSTS ADVANCED:** | | **14,342.23** |
| | **TOTAL FOR WHICH APPROVAL REQUESTED:** | | 178,689.73 |
| H | **PAYMENTS RECEIVED** | | **33,866.36** |
| | **UNPAID BALANCE** | | 144,823.37 |

**ACTUAL TIME RECORDS FOR FEE APPLICATION**

|  | Time (Hrs) | Value ($) |
|---|---|---|
| Timeslip Prebill Worksheet | 144.9 | 48,377.50 |
| Less Pre Petition Consultation | 8.3 | 2,490.00 |
| Actual Time Records for Fee Application | 136.6 | 45,887.50 |

Nickname          Telepath General | 2730
Full Name         TelePath Corporation
Address           Attention: Aaron Ettinger
                  49111 Milmont Drive
                  Fremont CA 94538-7347
Home                              Work
Cell                             FAX
In Ref To         Chapter 11
                  General Matters
Fees Arrg.        By billing value on each slip
Expense Arrg.     By billing value on each slip
Tax Profile       Exempt
Last bill
Last charge       9/11/2008
Last payment      9/15/2006          Amount     $2,674.66

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/18/2003 | CEL | 300.00 | 4.50 | 1,350.00 | Billable |
| | 3007 Initial Consultation | | | | |
| | Initial consultation with TelePath Corporation | | | | |
| 7/19/2003 | CEL | 300.00 | 3.00 | 900.00 | Billable |
| | 3008 Conference | | | | |
| | Conference with client | | | | |
| 7/21/2003 | CEL | 300.00 | 0.80 | 240.00 | Billable |
| | 3009 Discussion | | | | |
| | Discussion | | | | |
| 10/22/2003 | SBL | 275.00 | 0.40 | 110.00 | Billable |
| | 4015 Review | | | | |
| | Review with Charles E. Logan litigation and Plan | | | | |
| 6/10/2004 | SBL | 275.00 | 0.50 | 137.50 | Billable |
| | 23287 APR | | | | |
| | Appear at Status Conference | | | | |
| 7/23/2004 | CEL | 350.00 | 0.40 | 140.00 | Billable |
| | 38419 Conference | | | | |
| | Conference with Henry Rendler Re: threatened lawsuit by Jo Jo Tran for slander by President of Telepath Corporation, telephone call to client Re: merits of allegation regarding slander. | | | | |
| 8/20/2004 | SBL | 325.00 | 1.60 | 520.00 | Billable |
| | 24841 Research | | | | |
| | Research (Adversary) 7004(b)(3) regarding default judgment | | | | |
| 8/30/2004 | SBL | 325.00 | 1.20 | 390.00 | Billable |
| | 25233 Research | | | | |
| | Research requirement of name for service of process in 9th cir. | | | | |
| 10/12/2004 | SBL | 325.00 | 0.20 | 65.00 | Billable |
| | 26175 Telephone | | | | |
| | Telephone conference with Jamie at Trustee's office regarding Plan | | | | |

Telepath General:TelePath Corporation (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 11/2/2004<br>26692 | SBL<br>ANZ<br>Analyze Plan components | 325.00 | 0.60 | 195.00 | Billable |
| 11/8/2004<br>26717 | SBL<br>Review<br>Review Plan components | 325.00 | 0.75 | 243.75 | Billable |
| 12/14/2004<br>27041 | SBL<br>Telephone<br>Telephone conference with Sury regarding dismissal | 325.00 | 0.20 | 65.00 | Billable |
| 12/16/2004<br>27071 | SBL<br>APR<br>Appear at Telephonic Status Conference | 325.00 | 0.40 | 130.00 | Billable |
| 12/16/2004<br>27073 | SBL<br>Telephone<br>Telephone conference with Lakely regarding receipt of funds | 325.00 | 0.10 | 32.50 | Billable |
| 1/11/2005<br>27742 | SBL<br>Attend<br>Attend Status Conference Hearing | 325.00 | 0.40 | 130.00 | Billable |
| 7/26/2005<br>31461 | SBL<br>Telephone<br>Telephone conference with Gibbs regarding hearing | 325.00 | 0.10 | 32.50 | Billable |
| 2/2/2006<br>35595 | SBL<br>Review<br>Review Plan provisions with Charles E. Logan | 325.00 | 0.30 | 97.50 | Billable |
| 3/8/2006<br>36280 | SBL<br>Revise<br>Revise Notice and Fee Application for Siress | 325.00 | 0.40 | 130.00 | Billable |
| 9/15/2006<br>38352 | SBL<br>Telephone<br>Telephonic conference call | 325.00 | 0.60 | 195.00 | Billable |
| 9/15/2006<br>38353 | SBL<br>Call<br>Calls with United States Trustee regarding fees | 325.00 | 0.20 | 65.00 | Billable |
| 10/11/2006<br>38596 | SBL<br>Research<br>Research conflict and compensation | 325.00 | 0.40 | 130.00 | Billable |
| 11/13/2006<br>38908 | SBL<br>Review<br>Review files regarding Plan and Disclosure Statement | 325.00 | 2.20 | 715.00 | Billable |

Telepath General:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/14/2006 38910 | SBL Review | 325.00 | 1.80 | 585.00 | Billable |
| | Begin review of Claims Register and Schedules regarding Creditor List for Plan | | | | |
| 11/14/2006 38911 | SBL Letter | 325.00 | 0.60 | 195.00 | Billable |
| | Letters to Ham Radio Outlet, Golden State Communicatins, Inc., & Antenex regarding priority status | | | | |
| 11/14/2006 38912 | SBL Letter | 325.00 | 0.40 | 130.00 | Billable |
| | Letters to Assured Fire Extin. Svc., Pacific Coast Labs | | | | |
| 11/14/2006 38913 | SBL Letter | 325.00 | 0.30 | 97.50 | Billable |
| | Letters to OTTO Communications regarding duplicate claims | | | | |
| 11/14/2006 38914 | SBL Letter | 325.00 | 0.20 | 65.00 | Billable |
| | Letter to CitiBank regarding secured status | | | | |
| 11/14/2006 38915 | SBL Letter | 325.00 | 0.50 | 162.50 | Billable |
| | Letter to clients regarding secured status | | | | |
| 11/14/2006 38916 | SBL Draft | 325.00 | 1.40 | 455.00 | Billable |
| | Work on draft Disclosure Statement | | | | |
| 11/22/2006 38955 | SBL Revise | 325.00 | 0.50 | 162.50 | Billable |
| | Revise narrative | | | | |
| 12/11/2006 39129 | SBL Review | 325.00 | 0.20 | 65.00 | Billable |
| | Review amended claim - OTTO Communications | | | | |
| 12/12/2006 39139 | SBL Revise | 325.00 | 1.50 | 487.50 | Billable |
| | Revise Disclosure Statement regarding claims analysis from Jena Siress | | | | |
| 12/18/2006 39214 | SBL Letter | 325.00 | 1.20 | 390.00 | Billable |
| | Letters to Creditors concerning claims - Bank of Walnut Creek, Citibank, Motorola, Antenex, Pitney Bowes, and Wells Fargo Bank | | | | |
| 12/19/2006 39176 | SBL Memo | 325.00 | 0.30 | 97.50 | Billable |
| | Memo from and to Aaron Ettinger regarding Plan | | | | |

Telepath General:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/19/2006 39218 | SBL Call | 325.00 | 0.20 | 65.00 | Billable |
| | Call with Monica James regarding Plan | | | | |
| 12/19/2006 39221 | SBL Memo | 325.00 | 0.20 | 65.00 | Billable |
| | Memo to Monica James and Aaron Ettinger regarding Plan and Disclosure Statement | | | | |
| 12/19/2006 39222 | SBL Draft | 325.00 | 2.30 | 747.50 | Billable |
| | Work on draft regarding Disclosure Statement | | | | |
| 12/20/2006 39224 | SBL Draft | 325.00 | 1.50 | 487.50 | Billable |
| | Continue draft of Disclosure Statement and analyze Plan payments | | | | |
| 12/21/2006 39227 | SBL Draft | 325.00 | 1.85 | 601.25 | Billable |
| | Draft creditor portions of Disclosure Statement | | | | |
| 12/21/2006 39228 | SBL Memo | 325.00 | 0.20 | 65.00 | Billable |
| | Memo to Aaron Ettinger and Monica James regarding stock in company | | | | |
| 1/9/2007 39348 | SBL Revise | 325.00 | 0.30 | 97.50 | Billable |
| | Revise creditor letters | | | | |
| 1/17/2007 39400 | SBL Call | 325.00 | 0.10 0.10 | 32.50 32.50 | No Charge |
| | Call with Monica James regarding filing Monthly Operating Report | | | | |
| 1/17/2007 39401 | SBL Memo | 325.00 | 0.10 0.10 | 32.50 32.50 | No Charge |
| | Memo to Karen Muir regarding October 2006 Monthly Operating Report | | | | |
| 1/19/2007 39435 | SBL Memo | 325.00 | 0.10 | 32.50 | Billable |
| | Memo from and to Pitney Bowes regarding Claim | | | | |
| 1/23/2007 39461 | SBL Call | 325.00 | 0.20 | 65.00 | Billable |
| | Call with attorney for Motorola regarding claim | | | | |
| 1/23/2007 39463 | SBL Memo | 325.00 | 0.20 | 65.00 | Billable |
| | Memo from and to Monica James regarding Motorola claim | | | | |
| 1/26/2007 39516 | SBL Meeting | 325.00 | 0.25 | 81.25 | Billable |
| | Meeting with Monica James regarding provisions of Plan | | | | |

Telepath General:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 2/12/2007 SBL 39828 | Draft Work on Plan analysis | 325.00 | 0.70 | 227.50 | Billable |
| 2/14/2007 SBL 39833 | Memo Memo from and to Monica James regarding Plan | 325.00 | 0.15 | 48.75 | Billable |
| 2/26/2007 SBL 39973 | Conference Confer with Charles E. Logan regarding stock | 325.00 | 0.20 | 65.00 | Billable |
| 3/21/2007 SBL 40121 | Call Call with Monica James regarding Plan budget | 325.00 | 0.20 | 65.00 | Billable |
| 3/30/2007 SBL 40202 | Review Review materials from Monica James for Plan and Disclosure Statement | 325.00 | 1.30 | 422.50 | Billable |
| 4/13/2007 SBL 40283 | Draft Continue draft and analysis of Plan | 325.00 | 2.30 | 747.50 | Billable |
| 4/16/2007 SBL 40290 | Draft Work on Disclosure Statement | 325.00 | 0.60 | 195.00 | Billable |
| 4/24/2007 SBL 40367 | Meeting Meeting with clients, Jena Siress regarding Plan development | 325.00 | 2.50 | 812.50 | Billable |
| 4/25/2007 SBL 40372 | Review Review budgets | 325.00 | 0.60 | 195.00 | Billable |
| 5/14/2007 SBL 40498 | Prepare Prepare draft of Disclosure Statement | 325.00 | 2.40 | 780.00 | Billable |
| 5/15/2007 SBL 40504 | Memo Memo to Leticia Villagomez regarding Fee Applications, bills | 325.00 | 0.20 | 65.00 | Billable |
| 5/15/2007 SBL 40511 | Review Review budget for Plan | 325.00 | 0.25 | 81.25 | Billable |
| 5/15/2007 SBL 40512 | Memo Memo to and from Jena Siress regarding budget revisions | 325.00 | 0.20 | 65.00 | Billable |

EXHIBIT C Page 6

Telepath General:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/15/2007 40513 | SBL Prepare Work on claims analysis for Plan | 325.00 | 1.40 | 455.00 | Billable |
| 5/15/2007 40514 | SBL Draft Continue draft of Disclosure Statement | 325.00 | 1.50 | 487.50 | Billable |
| 5/16/2007 40534 | SBL Draft Continue draft of Disclosure Statement | 325.00 | 3.60 | 1,170.00 | Billable |
| 5/17/2007 40535 | SBL Review Review claims - draft objections | 325.00 | 1.40 | 455.00 | Billable |
| 5/17/2007 40536 | SBL ANZ Analyze claims regarding Administrative Convenience Class - liquidation analysis | 325.00 | 2.00 | 650.00 | Billable |
| 5/21/2007 40539 | SBL Call Call with Monica James regarding claims objections | 325.00 | 0.15 | 48.75 | Billable |
| 5/21/2007 40546 | SBL Revise Continue revisions to Disclosure Statement | 325.00 | 2.75 | 893.75 | Billable |
| 5/22/2007 40547 | SBL Review Review revisions on projections, budgets regarding Disclosure Statement | 325.00 | 0.80 | 260.00 | Billable |
| 5/22/2007 40551 | SBL Revise Revise Disclosure Statement regarding projections, payoff | 325.00 | 1.40 | 455.00 | Billable |
| 5/24/2007 40567 | SBL Revise Revise Disclosure Statement | 325.00 | 0.60 | 195.00 | Billable |
| 5/24/2007 40569 | SBL Revise Revise objections to claims | 325.00 | 0.40 | 130.00 | Billable |
| 5/25/2007 40575 | SBL Meeting Meeting with Aaron Ettinger and Monica James regarding salary, Plan | 325.00 | 0.10 | 32.50 | Billable |
| 5/25/2007 40577 | SBL Revise Revise Disclosure Statement, add implementation | 325.00 | 0.50 | 162.50 | Billable |

LAW OFFICES OF CHARLES E. LOGAN
Pre-bill Worksheet

Telepath General:TelePath Corporation (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 5/25/2007 SBL<br>40578 Draft | | 325.00 | 0.30 | 97.50 | Billable |
| | Draft objection to claim of American Motorist Insurance Company | | | | |
| 5/25/2007 SBL<br>40579 Revise | | 325.00 | 1.20 | 390.00 | Billable |
| | Revise claims exhibit | | | | |
| 5/30/2007 SBL<br>40628 Revise | | 325.00 | 0.60 | 195.00 | Billable |
| | Revise Disclosure Statement | | | | |
| 5/31/2007 SBL<br>40635 Review | | 325.00 | 0.40 | 130.00 | Billable |
| | Review new budgets | | | | |
| 6/12/2007 SBL<br>40740 Memo | | 325.00 | 0.10 | 32.50 | Billable |
| | Memo from and to Aaron Ettinger regarding return of system | | | | |
| 6/22/2007 SBL<br>40827 Draft | | 325.00 | 0.30 | 97.50 | Billable |
| | Begin defaults in claims | | | | |
| 6/22/2007 SBL<br>40829 Revise | | 325.00 | 1.80 | 585.00 | Billable |
| | Revise Disclosure Statement and liquidation analysis | | | | |
| 6/25/2007 SBL<br>40836 Memo | | 325.00 | 0.20 | 65.00 | Billable |
| | Memos from and to Aaron Ettinger and Monica James regarding<br>liquaditon, salary | | | | |
| 6/25/2007 SBL<br>40838 Review | | 325.00 | 0.40 | 130.00 | Billable |
| | Review correspondence regarding Microvoice - call with Stevan Adelman | | | | |
| 6/25/2007 SBL<br>40839 Call | | 325.00 | 0.15 | 48.75 | Billable |
| | Call with Monica James regarding Microvoice, liquidation analysis,<br>contract | | | | |
| 6/25/2007 SBL<br>40841 Memo | | 325.00 | 0.10 | 32.50 | Billable |
| | Memos from and to Monica James regarding salaries for management | | | | |
| 6/27/2007 SBL<br>40853 Memo | | 325.00 | 0.10 | 32.50 | Billable |
| | Memo from and to Stevan Adelman regarding appointment | | | | |

Telepath General:TelePath Corporation (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/27/2007 | SBL | 325.00 | 1.00 | 325.00 | Billable |
| 40856 Prepare | | | | | |
| Prepare default applications and orders for six claims objections | | | | | |
| 6/27/2007 | SBL | 325.00 | 1.40 | 455.00 | Billable |
| 40857 Draft | | | | | |
| Draft Plan | | | | | |
| 6/28/2007 | SBL | 325.00 | 0.40 | 130.00 | Billable |
| 40874 Revise | | | | | |
| Revise Disclosure Statement | | | | | |
| 6/29/2007 | SBL | 325.00 | 0.50 | 162.50 | Billable |
| 40877 Prepare | | | | | |
| Prepare letter, enclosure, drafts regarding special counsel | | | | | |
| 6/29/2007 | SBL | 325.00 | 0.30 | 97.50 | Billable |
| 40882 Review | | | | | |
| Review special counsel appointment application and declaration | | | | | |
| 6/29/2007 | SBL | 325.00 | 0.40 | 130.00 | Billable |
| 40883 Prepare | | | | | |
| Prepare liquidation analysis for Disclosure Statement | | | | | |
| 6/29/2007 | SBL | 325.00 | 0.35 | 113.75 | Billable |
| 40884 Revise | | | | | |
| Revise request for default and draft declaration regarding default | | | | | |
| 6/29/2007 | SBL | 325.00 | 0.30 | 97.50 | Billable |
| 40886 Review | | | | | |
| Review Disclosure Statement regarding Bank of Walnut Creek | | | | | |
| 7/2/2007 | SBL | 325.00 | 1.20 | 390.00 | Billable |
| 40890 Revise | | | | | |
| Revise Disclosure Statement regarding litigation, salaries | | | | | |
| 7/2/2007 | SBL | 325.00 | 0.30 | 97.50 | Billable |
| 40891 Review | | | | | |
| Review status of Ettinger debt | | | | | |
| 7/3/2007 | SBL | 325.00 | 0.50 | 162.50 | Billable |
| 40906 Revise | | | | | |
| Revise Plan | | | | | |
| 7/3/2007 | SBL | 325.00 | 0.15 | 48.75 | Billable |
| 40910 Memo | | | | | |
| Memo to and from Stevan Adelman regarding appointment | | | | | |
| 7/9/2007 | SBL | 325.00 | 0.10 | 32.50 | Billable |
| 40960 Memo | | | | | |
| Memo from and to Stevan Adelman regarding contacts | | | | | |

Telepath General:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|--------------|----------------|----------------|-------|
| 7/20/2007 41211 | SBL Memo | 325.00 | 0.20 | 65.00 | Billable |
| | Memo from and to Aaron Ettinger regarding lease, Plan | | | | |
| 7/20/2007 41214 | SBL Memo | 325.00 | 0.25 | 81.25 | Billable |
| | Memo from and to Aaron Ettinger regarding Plan, relocation, bond | | | | |
| 7/20/2007 41215 | SBL Revise | 325.00 | 0.70 | 227.50 | Billable |
| | Revise Disclosure Statement regarding relocation and debt | | | | |
| 7/20/2007 41216 | SBL Revise | 325.00 | 0.50 | 162.50 | Billable |
| | Revise Plan | | | | |
| 7/20/2007 41217 | SBL Letter | 325.00 | 0.40 | 130.00 | Billable |
| | Letter with amended claim to Bank of Walnut Bank | | | | |
| 7/23/2007 41293 | SBL Call | 325.00 | 0.20 | 65.00 | Billable |
| | Call with U. S. Trustee's office regarding status, Plan | | | | |
| 7/31/2007 41368 | SBL Memo | 325.00 | 0.10 | 32.50 | Billable |
| | Memo from and to Stevan Adelman regarding appointment | | | | |
| 7/31/2007 41371 | SBL Memo | 325.00 | 0.10 | 32.50 | Billable |
| | Memo from and to Aaron Ettinger regarding lease, Plan | | | | |
| 8/2/2007 41433 | SBL Letter | 325.00 | 0.30 | 97.50 | Billable |
| | Letter to AMICO regarding objection to claim | | | | |
| 8/7/2007 41465 | SBL Letter | 325.00 | 0.30 | 97.50 | Billable |
| | Letter to American Motorists Insurance Co. regarding claim | | | | |
| 8/15/2007 41543 | SBL Memo | 325.00 | 0.10 | 32.50 | Billable |
| | Memo from and to Aaron Ettinger regarding claims | | | | |
| 8/28/2007 41963 | SBL Memo | 325.00 | 0.15 | 48.75 | Billable |
| | Memo to and from Aaron Ettinger regarding Plan | | | | |
| 9/13/2007 42114 | SBL Memo | 325.00 | 0.10 | 32.50 | Billable |
| | Memo from and to Aaron Ettinger regarding Plan | | | | |

Telepath General:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/14/2007 42125 | SBL Call | 325.00 | 0.25 | 81.25 | Billable |
| | Call with Les Ettinger regarding Plan, rent | | | | |
| 9/14/2007 42126 | SBL Memo | 325.00 | 0.15 | 48.75 | Billable |
| | Memo from and to Jena Siress regarding projections | | | | |
| 9/14/2007 42128 | SBL Review | 325.00 | 0.40 | 130.00 | Billable |
| | Review lease for Plan | | | | |
| 9/17/2007 42139 | SBL Call | 325.00 | 0.50 | 162.50 | Billable |
| | Call with Les Ettinger regarding lease | | | | |
| 9/26/2007 42244 | CEL Call | 350.00 | 0.20 | 70.00 | Billable |
| | Calls with Peter Munoz regarding claim of bank | | | | |
| 9/26/2007 42245 | SBL Prepare | 325.00 | 0.20 | 65.00 | Billable |
| | Prepare stipulation regarding claim of American Motorist | | | | |
| 9/26/2007 42246 | SBL Revise | 325.00 | 1.75 | 568.75 | Billable |
| | Revise Plan and Disclosure Statement | | | | |
| 9/27/2007 42239 | SBL Review | 325.00 | 0.70 | 227.50 | Billable |
| | Review breach of lease clauses | | | | |
| 9/27/2007 42240 | SBL Revise | 325.00 | 0.40 | 130.00 | Billable |
| | Begin Plan revisions | | | | |
| 9/27/2007 42242 | SBL Memo | 325.00 | 0.20 | 65.00 | Billable |
| | Memo from and to Aaron Ettinger and Jena Siress regarding Plan | | | | |
| 9/27/2007 42243 | SBL Review | 325.00 | 0.40 | 130.00 | Billable |
| | Review claims exhibit regarding Plan | | | | |
| 9/28/2007 42261 | SBL Call | 325.00 | 0.10 | 32.50 | Billable |
| | Call with attorney for Motorola regarding claim | | | | |
| 9/28/2007 42265 | SBL Call | 325.00 | 0.10 | 32.50 | Billable |
| | Calls attorney for Motorola regarding claim | | | | |

Telepath General:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 10/1/2007 | SBL | 325.00 | 0.80 | 260.00 | Billable |
| 42274 | Review | | | | |
| | Review projections for Plan | | | | |
| 10/1/2007 | SBL | 325.00 | 0.10 | 32.50 | Billable |
| 42275 | Memo | | | | |
| | Memos to Jena Siress regarding projections | | | | |
| 10/1/2007 | SBL | 325.00 | 0.20 | 65.00 | Billable |
| 42276 | Revise | | | | |
| | Revise stipulation and order regarding American Motorists | | | | |
| 10/2/2007 | SBL | 325.00 | 0.90 | 292.50 | Billable |
| 42282 | Telephone | | | | |
| | Telephone conference with Jena Siress regarding projections | | | | |
| 10/2/2007 | SBL | 325.00 | 1.40 | 455.00 | Billable |
| 42286 | Revise | | | | |
| | Revise Disclosure Statement regarding post-petition financing, new projections, salary | | | | |
| 10/3/2007 | SBL | 325.00 | 0.50 | 162.50 | Billable |
| 42291 | Call | | | | |
| | Call with Aaron Ettinger and Anthony regarding Plan payments | | | | |
| 10/3/2007 | SBL | 325.00 | 0.30 | 97.50 | Billable |
| 42292 | Call | | | | |
| | Call with Aaron Ettinger | | | | |
| 10/3/2007 | SBL | 325.00 | 0.40 | 130.00 | Billable |
| 42293 | Revise | | | | |
| | Revise projections regarding payment | | | | |
| 10/3/2007 | SBL | 325.00 | 0.80 | 260.00 | Billable |
| 42294 | Revise | | | | |
| | Revise Disclosure Statement | | | | |
| 10/3/2007 | SBL | 325.00 | 0.30 | 97.50 | Billable |
| 42297 | Draft | | | | |
| | Draft notice of hearing on Disclosure Statement | | | | |
| 10/3/2007 | SBL | 325.00 | 0.60 | 195.00 | Billable |
| 42298 | Draft | | | | |
| | Begin draft of Plan | | | | |
| 10/4/2007 | SBL | 325.00 | 0.50 | 162.50 | Billable |
| 42304 | Call | | | | |
| | Call with Les Ettinger regarding lease, stock, Plan | | | | |
| 10/4/2007 | SBL | 325.00 | 0.30 | 97.50 | Billable |
| 42305 | Review | | | | |
| | Review lease of building | | | | |

Telepath General:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/4/2007 42306 | SBL Call | 325.00 | 0.30 | 97.50 | Billable |
| | Calls with Jena Siress regarding projections | | | | |
| 10/4/2007 42310 | SBL ANZ | 325.00 | 1.70 | 552.50 | Billable |
| | Analyze Plan changes regarding stock | | | | |
| 10/5/2007 42316 | SBL Letter | 325.00 | 0.30 | 97.50 | Billable |
| | Letter to GE Capital regarding claim | | | | |
| 10/8/2007 42320 | SBL Memo | 325.00 | 0.20 | 65.00 | Billable |
| | Memo from and to Aaron Ettinger regarding payoff, lease | | | | |
| 10/8/2007 42321 | SBL Memo | 325.00 | 0.10 | 32.50 | Billable |
| | Memo from and to Les Ettinger regarding lease | | | | |
| 10/8/2007 42322 | SBL Revise | 325.00 | 1.20 | 390.00 | Billable |
| | Revise Disclosure Statement | | | | |
| 10/8/2007 42323 | SBL Review | 325.00 | 0.60 | 195.00 | Billable |
| | Review and revise projections | | | | |
| 10/8/2007 42324 | SBL Memo | 325.00 | 0.20 | 65.00 | Billable |
| | Memo from and to Jena Siress regarding projections | | | | |
| 10/8/2007 42325 | SBL Draft | 325.00 | 0.90 | 292.50 | Billable |
| | Draft Plan | | | | |
| 10/11/2007 42342 | SBL Review | 325.00 | 0.30 | 97.50 | Billable |
| | Review status of UCC filings | | | | |
| 10/11/2007 42344 | SBL Call | 325.00 | 0.70 | 227.50 | Billable |
| | Call with Aaron Ettinger regarding Plan changes | | | | |
| 10/11/2007 42345 | SBL ANZ | 325.00 | 0.85 | 276.25 | Billable |
| | Analyze possible Plan provisions regarding UCC's | | | | |
| 10/12/2007 42368 | SBL Memo | 325.00 | 0.20 | 65.00 | Billable |
| | Memo from and to Les Ettinger regarding claim | | | | |

Telepath General:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/12/2007 42369 | SBL Memo | 325.00 | 0.15 | 48.75 | Billable |
| | Memo from and to Aaron Ettinger regarding claim | | | | |
| 10/12/2007 42370 | SBL ANZ | 325.00 | 0.30 | 97.50 | Billable |
| | Analyze Plan construction regarding liquidation analysis | | | | |
| 10/12/2007 42371 | SBL Call | 325.00 | 0.40 | 130.00 | Billable |
| | Call with Charles E. Logan and Aaron Ettinger regarding Plan | | | | |
| 10/15/2007 42393 | SBL ANZ | 325.00 | 0.25 | 81.25 | Billable |
| | Analyze new Plan options | | | | |
| 10/16/2007 42403 | SBL ANZ | 325.00 | 0.30 | 97.50 | Billable |
| | Analyze Jena Siress's response regarding Plan | | | | |
| 11/6/2007 42688 | SBL Review | 325.00 | 0.50 | 162.50 | Billable |
| | Review UCC-1's for Motorola regarding post-petition amendment | | | | |
| 11/13/2007 42778 | SBL Review | 325.00 | 0.15 | 48.75 | Billable |
| | Review progress with Motorola attorney | | | | |
| 11/20/2007 42843 | SBL Memo | 325.00 | 0.20 | 65.00 | Billable |
| | Memo to client regarding Monthly Operating Reports, Plan | | | | |
| 11/20/2007 42847 | SBL Call | 325.00 | 0.25 | 81.25 | Billable |
| | Call with Jena Siress regarding Plan | | | | |
| 11/20/2007 42848 | SBL Call | 325.00 | 0.20 | 65.00 | Billable |
| | Call with Aaron Ettinger and Jojo regarding Monthly Operating Report | | | | |
| 11/20/2007 42849 | SBL Call | 325.00 | 0.10 | 32.50 | Billable |
| | Call with Jena Siress regarding Monthly Operating Report | | | | |
| 11/26/2007 42863 | SBL Review | 325.00 | 0.25 | 81.25 | Billable |
| | Review Plan, Monthly Operating Report, accountant issues with Charles E. Logan | | | | |
| 11/26/2007 42865 | SBL Review | 325.00 | 0.80 | 260.00 | Billable |
| | Review Plan alternations | | | | |

Telepath General:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 11/29/2007 42895 | SBL Memo | 325.00 | 0.20 | 65.00 | Billable |
| | Memo from and to Jena Siress regarding Monthly Operating Report conflict | | | | |
| 11/29/2007 42896 | SBL Memo | 325.00 | 0.15 | 48.75 | Billable |
| | Memo from and to Les Ettinger regarding Plan | | | | |
| 12/21/2007 43056 | SBL Call | 325.00 | 0.20 | 65.00 | Billable |
| | Call with Aaron Ettinger regarding Plan, unsecured debt | | | | |
| 12/30/2007 43120 | SBL Revise | 325.00 | 0.70 | 227.50 | Billable |
| | Revise claims list for Disclosure Statement | | | | |
| 12/30/2007 43121 | SBL Letter | 325.00 | 0.50 | 162.50 | Billable |
| | Letters to GE Capital, review claim file regarding security of GE Capital | | | | |
| 12/30/2007 43122 | SBL Draft | 325.00 | 0.30 | 97.50 | Billable |
| | Draft Stipulation regarding claim of GE Capital | | | | |
| 12/30/2007 43123 | SBL Revise | 325.00 | 1.80 | 585.00 | Billable |
| | Revise Plan and Disclosure Statement, begin liquidation analysis | | | | |
| 1/11/2008 43166 | SBL Call | 325.00 | 0.60 | 195.00 | Billable |
| | Call with Jena Siress regarding Plan, budget, sales, tax impact of Plan | | | | |
| 1/11/2008 43173 | SBL Review | 325.00 | 0.80 | 260.00 | Billable |
| | Review Ettinger claim and treatment | | | | |
| 1/14/2008 43176 | SBL Call | 325.00 | 0.35 | 113.75 | Billable |
| | Call with Scott Goodsell regarding Plan, security claim | | | | |
| 1/14/2008 43207 | SBL Review | 325.00 | 0.60 | 195.00 | Billable |
| | Review Plan classes regarding modification | | | | |
| 1/15/2008 43210 | SBL Call | 325.00 | 0.50 | 162.50 | Billable |
| | Call with Scott Goodsell regarding Ettinger claim | | | | |
| 1/16/2008 43213 | SBL Review | 325.00 | 0.30 | 97.50 | Billable |
| | Review with Charles E. Logan regarding Plan | | | | |

Telepath General:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/17/2008 43218 | SBL Revise<br>Begin revision to Disclosure Statement | 325.00 | 2.20 | 715.00 | Billable |
| 1/17/2008 43219 | SBL Call<br>Call with Jena Siress regarding sales, projections | 325.00 | 0.20 | 65.00 | Billable |
| 1/17/2008 43220 | SBL ANZ<br>Analyze proposed treatment of Les Ettinger's claim | 325.00 | 0.80 | 260.00 | Billable |
| 1/17/2008 43221 | SBL Letter<br>Letter to Aaron Ettinger regarding unsecured claims | 325.00 | 0.40 | 130.00 | Billable |
| 1/22/2008 43241 | SBL Memo<br>Memo from and to Aaron Ettinger regarding Plan | 325.00 | 0.20 | 65.00 | Billable |
| 1/30/2008 43295 | SBL Call<br>Call with Jena Siress regarding Plan | 325.00 | 0.20 | 65.00 | Billable |
| 2/8/2008 43351 | SBL Meeting<br>Meet with Jena Siress regarding Plan | 375.00 | 0.50 | 187.50 | Billable |
| 2/8/2008 43352 | SBL Meeting<br>Meet with Jena Siress and Aaron Ettinger regarding Plan | 375.00 | 2.50 | 937.50 | Billable |
| 2/19/2008 43433 | SBL Memo<br>Memo to Aaron Ettinger regarding treatment of claim | 375.00 | 0.10 | 37.50 | Billable |
| 2/21/2008 43461 | SBL Review<br>Review and revise budgets | 375.00 | 0.60 | 225.00 | Billable |
| 2/21/2008 43462 | SBL Memo<br>Memo to Jena Siress regarding revisions | 375.00 | 0.10 | 37.50 | Billable |
| 2/21/2008 43465 | SBL Memo<br>Memo to Scott Goodsell regarding Plan | 375.00 | 0.50 | 187.50 | Billable |
| 2/21/2008 43466 | SBL Draft<br>Work on draft of Disclosure Statement | 375.00 | 0.75 | 281.25 | Billable |

Telepath General:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/22/2008 43470 | SBL Memo | 375.00 | 0.15 | 56.25 | Billable |
| | Memo from Scott Goodwell regarding Plan | | | | |
| 2/22/2008 43471 | SBL Memo | 375.00 | 0.30 | 112.50 | Billable |
| | Memo to Aaron Ettinger | | | | |
| 2/25/2008 43481 | SBL Memo | 375.00 | 0.05 | 18.75 | Billable |
| | Memo to Aaron Ettinger regarding Plan | | | | |
| 2/26/2008 43489 | SBL Memo | 375.00 | 0.10 | 37.50 | Billable |
| | Memo from Aaron Ettinger regarding Plan | | | | |
| 2/26/2008 43490 | SBL Letter | 375.00 | 0.75 | 281.25 | Billable |
| | Letter to Aaron Ettinger regarding treatment of claims | | | | |
| 3/3/2008 43528 | SBL Memo | 375.00 | 0.20 | 75.00 | Billable |
| | Memo from and to Aaron Ettinger regarding Susan B. Luce - review release | | | | |
| 3/17/2008 43673 | SBL Memo | 375.00 | 0.10 | 37.50 | Billable |
| | Memo from and to Henry Rendler and Jena Siress regarding payments on claims | | | | |
| 4/14/2008 43988 | SBL Conference | 375.00 | 0.20 | 75.00 | Billable |
| | Conference with Charles E. Logan regarding Plan | | | | |
| 4/22/2008 44056 | SBL Meeting | 375.00 | 1.50 | 562.50 | Billable |
| | Meet with client regarding Plan | | | | |
| 5/2/2008 44120 | SBL Draft | 375.00 | 0.85 | 318.75 | Billable |
| | Draft Compromise of Controversy Motion | | | | |
| 5/2/2008 44121 | SBL Draft | 375.00 | 0.25 | 93.75 | Billable |
| | Draft Declaration with Exhibits | | | | |
| 5/2/2008 44122 | SBL Memo | 375.00 | 0.20 | 75.00 | Billable |
| | Memo from and to Stevan Adelman regarding terms of Settlement, attorney | | | | |

Telepath General:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/2/2008 SBL 44123 Draft | Draft Notice regarding Compromise | 375.00 | 0.35 | 131.25 | Billable |
| 5/9/2008 SBL 44180 Revise | Revise Disclosure Statement | 375.00 | 2.70 | 1,012.50 | Billable |
| 5/19/2008 SBL 44275 Conference | Conference with Charles E. Logan regarding feasibility | 375.00 | 0.20 | 75.00 | Billable |
| 5/21/2008 SBL 44299 Review | Review contracts with Apple and FNSL | 375.00 | 0.60 | 225.00 | Billable |
| 5/21/2008 SBL 44315 Call | Call with Aaron Ettinger regarding contracts | 375.00 | 0.10 | 37.50 | Billable |
| 5/21/2008 SBL 44316 Memo | Memo from and to Jena Siress and Aaron Ettinger regarding lease | 375.00 | 0.10 | 37.50 | Billable |
| 5/28/2008 SBL 44329 Draft | Work on draft Disclosure Statement | 375.00 | 2.10 | 787.50 | Billable |
| 6/27/2008 SBL 44592 Prepare | Prepare for meeting - review Plan, payments | 375.00 | 0.30 | 112.50 | Billable |
| 6/27/2008 SBL 44593 Meeting | Meeting with Jena and Aaron regarding Disclosure Statement and Plan | 375.00 | 2.00 | 750.00 | Billable |
| 6/27/2008 SBL 44594 Revise | Revisions to Plan | 375.00 | 0.80 | 300.00 | Billable |
| 7/1/2008 SBL 44648 Draft | Draft documents for Order on Compromise | 375.00 | 0.50 | 187.50 | Billable |
| 7/1/2008 SBL 44649 Review | Review budgets from Jena | 375.00 | 0.40 | 150.00 | Billable |
| 7/7/2008 SBL 44691 Prepare | Prepare documents for Compromise | 375.00 | 0.60 | 225.00 | Billable |

Telepath General:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|--------------|----------------|----------------|-------|
| 7/7/2008 | SBL | 375.00 | 0.80 | 300.00 | Billable |
| 44699 | Revise | | | | |
| | Revise Disclosure Statement | | | | |
| 7/14/2008 | SBL | 375.00 | 0.20 | 75.00 | Billable |
| 44749 | Memo | | | | |
| | Memo to and from Stevan Adelman regarding Order | | | | |
| 7/14/2008 | SBL | 375.00 | 0.50 | 187.50 | Billable |
| 44750 | Revise | | | | |
| | Revise Fee Application for Siress, with letter to client | | | | |
| 7/15/2008 | SBL | 375.00 | 0.30 | 112.50 | Billable |
| 44763 | Review | | | | |
| | Review and revise Siress Fee Applications | | | | |
| 7/24/2008 | SBL | 375.00 | 0.45 | 168.75 | Billable |
| 44853 | Review | | | | |
| | Review revised projections | | | | |
| 7/28/2008 | SBL | 375.00 | 0.15 | 56.25 | Billable |
| 44878 | Call | | | | |
| | Call with Jena Siress regarding Fee Application | | | | |
| 8/1/2008 | SBL | 375.00 | 3.10 | 1,162.50 | Billable |
| 44898 | Revise | | | | |
| | Revise Disclosure Statement | | | | |
| 8/1/2008 | SBL | 375.00 | 0.50 | 187.50 | Billable |
| 44899 | Review | | | | |
| | Review letter to SBEregarding audit | | | | |
| 8/4/2008 | SBL | 375.00 | 0.10 | 37.50 | Billable |
| 44911 | Memo | | | | |
| | Memo from and to Aaron Ettinger regarding executory contracts | | | | |
| 8/4/2008 | SBL | 375.00 | 0.25 | 93.75 | Billable |
| 44912 | Memo | | | | |
| | Memo from and to Stevan Adelman and E. Burkhardt regarding Compromise | | | | |
| 8/5/2008 | SBL | 375.00 | 0.05 | 18.75 | Billable |
| 44937 | Memo | | | | |
| | Memo from E. Burkhardt regarding Order | | | | |
| 8/5/2008 | SBL | 375.00 | 0.20 | 75.00 | Billable |
| 44938 | Call | | | | |
| | Call with E. Burkhardt regarding Amendment | | | | |
| 8/5/2008 | SBL | 375.00 | 0.20 | 75.00 | Billable |
| 44939 | Memo | | | | |
| | Memo to and from Stevan Adelman regarding Amendment | | | | |

Telepath General:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/25/2008 | SBL 45146 Prepare Prepare Amended Notice, Compromise regarding Microvoice | 375.00 | 0.50 | 187.50 | Billable |
| 9/2/2008 | SBL 45191 Revise Revise Notice, Motion, Order regarding Compromise change | 375.00 | 0.25 | 93.75 | Billable |
| 9/5/2008 | SBL 45214 Memo Memos to Jena Siress regarding Plan modification | 375.00 | 0.20 | 75.00 | Billable |
| 9/5/2008 | SBL 45215 Revise Revise Disclosure Statement | 375.00 | 1.75 | 656.25 | Billable |
| 9/11/2008 | SBL 45256 Revise Revise liquidation analysis with new account receivable | 375.00 | 0.50 | 187.50 | Billable |
| TOTAL | Billable Fees No Charge | | 144.90 0.20 | $65.00 | $48,377.50 |

Total of billable expense slips                                        $0.00

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|

Fees Bill Arrangement: Slips
By billing value on each slip.

| | | |
|---|---|---|
| Total of billable time slips Total of Fees (Time Charges) | $48,377.50 | $48,377.50 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $48,377.50 |

Accounts Receivables

| Date|ID | Type | Description | | |
|---|---|---|---|---|
| 7/21/2003 263 | PAY | Payment - thank you | ($5,000.00) | |
| 10/15/2003 262 | PAY | Payment of retainer- thank you | ($25,000.00) | |
| 3/5/2004 1590 | PAY | Payment for Adversary Proceedings- thank you | ($1,000.00) | |

Telepath General:TelePath Corporation (continued)

|  |  | Amount | Total |
|---|---|---|---|
| 9/14/2005 PAY 1872 | Payment - thank you. Check No. 37077 | ($191.70) |  |
| 6/30/2006 PAY 2018 | Payment - thank you | ($6,000.00) |  |
| 9/15/2006 PAY 2053 | Payment - thank you. Check No. 38048 | ($2,674.66) |  |
| 5/15/2008 REV 2225 | Payment transferred and applied to Costs | $6,000.00 |  |
| 5/15/2008 REV 2226 | Payment transferred and applied to Costs | $2,674.66 |  |
| Total Accounts Receivable |  |  | ($31,191.70) |

New Balance
Current                                                                          $48,377.50
Unapplied                                                                    ($31,191.70)

Total New Balance                                                                  $17,185.80