**Time Constructed from Docket Analysis**

| Exhibit | Category | Est Time | Value |
|---|---|---:|---:|
| D1 | Petiton, Statement Schedules | 10.0 | 3,500.00 |
| D2 | Notices | 0.9 | 315.00 |
| D3 | Related Case Motion | 1.6 | 560.00 |
| D4 | Responsible Individual | 0.5 | 175.00 |
| D5 | Attorney Application (Logan) | 1.6 | 560.00 |
| D6 | Attorney Application (Miller Morton) | 2.0 | 700.00 |
| D7 | Cash Collateral | 24.8 | 8,680.00 |
| D8 | MOR | 27.3 | 9,555.00 |
| D9 | Accountant | 23.1 | 8,085.00 |
| D10 | Claims Objection | 2.4 | 840.00 |
| D11 | Status Conference | 20.8 | 7,280.00 |
| D12 | Preference Actions, (AP & Compromise) | 23.8 | 6,830.00 |
| D13 | Ajlouny Parties (Stay Motion, Claim Objection, Settlement) | 118.6 | 39,155.00 |
| D14 | Trustee Meetings | 6.0 | 1,800.00 |
| D15 | Executory Contracts | <u>10.7</u> | <u>3,545.00</u> |
|  |  | **274.1** | **91,580.00** |

SUMMARY
EXHIBIT D, Page1

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 10/20/2003 | 1 | Petition, Statement & Schedules | 10.0 (compared with Timeslot Fee App) | Chapter 11 Voluntary Petition, Fee Amount $830, Filed by Telepath Corp. . Chapter 11 Plan due by 2/17/2004. Disclosure Statement due by 2/17/2004. Order Meeting of Creditors due by 11/4/2003. Incomplete Filings: Summary of Schedules, Schedules A-H, Statement of Financial Affairs due by 11/4/2003. (be, ) Modified on 10/20/2003 (be, ). (Entered: 10/20/2003) |
| 10/20/2003 | 2 | Petition, Statement & Schedules | | Creditor Matrix Filed by Debtor Telepath Corp. (pp, ) (Entered: 10/21/2003) |
| 10/20/2003 | 3 | Petition, Statement & Schedules | | Statement of Authority to Sign and File Petition (RE: related document(s) 1 Voluntary Petition (Chapter 11), Voluntary Petition (Chapter 11)). Filed by Debtor Telepath Corp. (pp, ) (Entered: 10/21/2003) |
| 10/21/2003 | 11 | Petition, Statement & Schedules | | Motion to Extend Time To File Schedules Filed by Debtor Telepath Corp. (sk, ) (Entered: 10/27/2003) |
| 10/21/2003 | 12 | Petition, Statement & Schedules | | Order Granting Motion to Extend Time (Related Doc # 11 ) (sk, ) (Entered: 10/27/2003) |
| 10/21/2003 | 13 | Petition, Statement & Schedules | | Certificate of Service (RE: related document(s) 11 Motion to Extend Time). Filed by Debtor Telepath Corp. (sk, ) (Entered: 10/27/2003) |
| 10/23/2003 | 18 | Petition, Schedules & Statement | | Certificate of Service (RE: related document(s) 12 Order on Motion to Extend Time). Filed by Debtor Telepath Corp. (sk, ) (Entered: 10/28/2003) |

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 11/01/2003 | 46 | Petition, Schedules & Statement | | Certificate of Service (RE: related document(s) 45 Amended Schedules (No Fee)). Filed by Debtor Telepath Corp. (se, ) (Entered: 12/04/2003) |
| 11/07/2003 | 26 | Petition, Schedule, Statement | | List of 20 Largest Unsecured Creditors , Creditor Matrix , Disclosure of Compensation of Attorney for Debtor in the Amount of $ 25,000.00 , List of Equity Security Holders , Schedule A , Schedule B , Schedule D , Schedule E , Schedule F , Schedule G , Schedule H , Statement of Financial Affairs , Summary of Schedules Filed by Debtor Telepath Corp. (sk, ) (Entered: 11/10/2003) |
| 11/26/2003 | 45 | Petition, Schedule & Statement | .5 | Amended Schedules D, E and Statement of Financial Affairs, and Creditor Matrix Filed by Debtor Telepath Corp. (se, ) (Entered: 12/04/2003) |

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 11/10/2003 | 32 | Notice | .2 | Notice Of Pendency of Bankruptcy Filed by Debtor Telepath Corp. w/cos (sk, ) (Entered: 11/12/2003) |
| 11/20/2003 | 41 | Notice | .2 | Notice of Time Change For Meeting Of Creditors (RE: related document(s) Meeting (AutoAssign Chapter 11)). Filed by Debtor Telepath Corp. (lb, ) (Entered: 12/01/2003) |
| 11/20/2003 | 42 | Notice | .1 | Certificate of Service (RE: related document(s) 41 Notice). Filed by Debtor Telepath Corp. (lb, ) (Entered: 12/01/2003) |
| 12/18/2003 | 51 | Notice | .2 | Notice of Bankruptcy ( Micro Electronics c/o Susan Davidson). Filed by Debtor Telepath Corp. (aw, ) (Entered: 12/19/2003) |
| 01/13/2004 | 62 | Notice | .2 | Notice of Bankruptcy . Filed by Debtor Telepath Corp. (aw, )(UPS and OSI Collection Services, Inc.) (Entered: 01/15/2004) |

.9

| Filing Date | | Category | Time | Docket Text |
|---|---|---|---|---|
| 10/21/2003 | 14 | Related Case | .5 | Ex Parte Motion For Reassignment of Related Cases (Timeslot Trunking, 03-56625-ASW-11; Aaron Ettinger, 03-56723-JRG13 Filed by Debtor Telepath Corp. (sk, ) (Entered: 10/27/2003) |
| 10/21/2003 | 15 | Related Case | .3 | Declaration of Charles E. Logan in Support of (RE: related document(s) 14 Motion Miscellaneous Relief). Filed by Debtor Telepath Corp. (sk, ) (Entered: 10/27/2003) |
| 10/21/2003 | 16 | Related Case | .2 | Notice Of Related Cases Filed by Debtor Telepath Corp. (sk, ) (Entered: 10/27/2003) |
| 10/21/2003 | 17 | Related Case | .1 | Certificate of Service (RE: related document(s) 16 Notice). Filed by Debtor Telepath Corp. (sk, ) (Entered: 10/27/2003) |
| 10/22/2003 | 20 | Related Case | .3 | Order Granting Motion for Miscellaneous Relief(Related Doc # 14 ) (sk, ) (Entered: 10/29/2003) |
| 10/22/2003 | 22 | Related Case | .1 | Certificate of Service (RE: related document(s) 14 Motion Miscellaneous Relief, 15 Declaration). Filed by Debtor Telepath Corp. (sk, ) (Entered: 10/29/2003) |
| 10/23/2003 | 19 | Related Case | .1 | Certificate of Service Re: Order Approving Ex Parte Application For Reassignment of Related Cases Filed by Debtor Telepath Corp. (sk, ) (Entered: 10/28/2003) |



1.6

Related Case. Page 1 of 1 Pages

| Filing Date | | Category | Time | Docket Text |
|---|---|---|---|---|
| 10/20/2003 | 4 | Responsible Individual | .3 | Application to Designate Aaron Ettinger as Responsible Individual Filed by Debtor Telepath Corp. (pp, ) (Entered: 10/21/2003) |
| 11/03/2003 | 2 4 | Responsible Individual | .2 | Order Granting Application to Designate Responsible Individual Aaron Ettinger (Related Doc # 4 ) (sk, ) (Entered: 11/06/2003) |

Responsible Individual.Page 1 of 1 Pages
Case: 03-56788   Doc# 419-2   Filed 08/03/49   Entered: 08/03/09 01:27:52   Page 6 of 16

EXHIBIT D 49 Page 1

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 10/20/2003 | 5 | Attorney Appl | .5 | Application to Employ Charles E. Logan as Debtor's Counsel Filed by Debtor Telepath Corp. (pp, ) (Entered: 10/21/2003) |
| 10/20/2003 | 6 | Attorney Appl | .5 | Declaration of Charles E. Logan in Support of (RE: related document(s) 5 Application to Employ). Filed by Debtor Telepath Corp. (pp, ) (Entered: 10/21/2003) |
| 11/03/2003 | 25 | Attorney | .3 | Order Granting Application to Employ Charles E. Logan For Telepath Corp. (Related Doc # 5 ) (sk, ) (Entered: 11/06/2003) |
| 12/08/2003 | 49 | Attorney | .2 | Supplemental Declaration of Charles Logan in support of (RE: related document(s) 5 Application to Employ). Filed by Debtor Telepath Corp. (aw, ) (Entered: 12/09/2003) |
| 12/08/2003 | 50 | Attorney | .1 | Certificate of Service (RE: related document(s) 49 Declaration). Filed by Debtor Telepath Corp. (aw, ) (Entered: 12/09/2003) |
| 07/13/2007 | 308 | Attorney | 1.5 | Application to Employ Miller Morton Caillat & Nevis, LLP as Special Counsel for Debtor Filed by Debtor Telepath Corp. (Attachments: # 1 Declaration of Stevan C. Adelman in Support of Debtor's Application for Appointment of Special Counsel# 2 Exhibit 1 to Declaration of Stevan C. Adelman# 3 Certificate of Service re Application of Debtor in Possession for Appointment of Special Counsel and Declaration of Stevan C. Adelman in Support of Debtor's Application for Appointment of Special Counsel) (Luce, Susan) (Entered: 07/13/2007) |
| 07/22/2007 | 323 | Attorney | .5 | Order Granting Application to Employ Miller Morton Caillat and Nevis (Related Doc # 308 ) (be, ) (Entered: 07/24/2007) |

Law Offices of Charles E. Logan
Telepath Chapter 11
Fee Analysis

7 Cash Collateral

| Doc #/ Date | Est Time | Value |
|---:|---:|---:|
| 28 | 1.0 | 350.00 |
| 29 | 0.3 | 105.00 |
| 30 | 0.5 | 175.00 |
| 31 | 0.1 | 35.00 |
| 35 | 1.0 | 350.00 |
| 11/20/2003 | 1.0 | 350.00 |
| 39 | 0.5 | 175.00 |
| 43 | 0.3 | 105.00 |
| 44 | 0.1 | 35.00 |
| 99 | 1.0 | 350.00 |
| 144 | 0.5 | 175.00 |
| 151 | 0.1 | 35.00 |
| 156 | 2.0 | 700.00 |
| 157 | 0.3 | 105.00 |
| 4/7/2005 | 1.0 | 350.00 |
| 163 | 0.3 | 105.00 |
| 164 | 2.0 | 700.00 |
| 165 | 0.8 | 280.00 |
| 166 | 1.0 | 350.00 |
| 5/6/2005 | 1.0 | 350.00 |
| 169 | 0.5 | 175.00 |
| 167 | 0.3 | 105.00 |
| 168 | 0.3 | 105.00 |
| 182 | 1.0 | 350.00 |
| 183 | 0.5 | 175.00 |
| 185 | 3.0 | 1,050.00 |
| 186 | 0.2 | 70.00 |
| 190 | 1.5 | 525.00 |
| 193 | 0.2 | 70.00 |
| 198 | 0.3 | 105.00 |
| 199 | 0.1 | 35.00 |
| 201 | 0.5 | 175.00 |
| 202 | 0.1 | 35.00 |
| 200 | _1.5_ | _525.00_ |
| | **24.8** | **8,680.00** |

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 11/06/2003 | 28 | Cash Collateral Motion | 1.0 | Motion to Use Cash Collateral and Approval of Stipulation Filed by Debtor Telepath Corp. (sk, ) (Entered: 11/12/2003) |
| 11/06/2003 | 29 | Cash Collateral Motion | .3 | Notice of Hearing (RE: related document(s) 28 Motion to Use Cash Collateral filed by Debtor Telepath Corp.). Hearing scheduled for 11/20/2003 at 01:00 PM at San Jose Courtroom 3099. Filed by Debtor Telepath Corp. (sk, ) (Entered: 11/12/2003) |
| 11/06/2003 | 30 | Cash Collateral Motion | .5 | Declaration of Aaron Ettinger in Support of (RE: related document(s) 28 Motion to Use Cash Collateral). Filed by Debtor Telepath Corp. (sk, ) (Entered: 11/12/2003) |
| 11/06/2003 | 31 | Cash Collateral Motion | .1 | Certificate of Service (RE: related document(s) 29 Notice of Hearing). Filed by Debtor Telepath Corp. (sk, ) (Entered: 11/12/2003) |
| 11/06/2003 | 35 | Cash Collateral Motion | 1.0 | Stipulation Of Use of Cash Collateral, Granting Lien Filed by Creditor Bank Of Walnut Creek . (sk, ) (Entered: 11/14/2003) |
| 11/20/2003 | | Cash Collateral; | 1.0 | Hearing Held (RE: related document(s) 28 Motion to Use Cash Collateral and Approval of Stipulation Filed by Debtor Telepath Corp. (sk, )). (tb, )Stipulation approved. (Entered: 11/20/2003) |
| 11/21/2003 | 39 | Cash Collateral | .5 | Order Granting Motion To Use Cash Collateral (Related Doc # 28 ) (pp, ) (Entered: 11/26/2003) |

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 11/25/2003 | 43 | Cash Collateral | .3 | Notice of Entry of Order Regarding: (RE: related document(s) 39 Order on Motion to Use Cash Collateral). Filed by Debtor Telepath Corp. (lb, ) (Entered: 12/01/2003) |
| 11/25/2003 | 44 | Cash Collateral | .1 | Certificate of Service (RE: related document(s) 43 Notice of Entry of Order). Filed by Debtor Telepath Corp. (lb, ) (Entered: 12/01/2003) |
| 07/08/2004 | 99 | Cash Collateral Motion | 1.0 | Post-Petition Stipulation, Filed by Creditors Motorola, Inc. , Bank Of Walnut Creek , Debtor Telepath Corp. . (jd, ) (Entered: 07/09/2004) |
| 12/09/2004 | 144 | Cash Collateral Motion | .5 | Order (RE: related document(s) 35 Stipulation for Miscellaneous Relief filed by Creditor Bank Of Walnut Creek). (jd, ) (Entered: 12/10/2004) |
| 01/20/2005 | 151 | Cash Collateral Motion | .1 (Review) | Order (RE: related document(s) 35 Stipulation Of Use of Cash Collateral, Granting Lien filed by Creditor Bank Of Walnut Creek). (jd, ) (Entered: 01/21/2005) |
| 03/18/2005 | 156 | Cash Collateral Motion | 1.5 / .5 | Application for Administrative Expenses *Granting under 11 U.S.C. Section 503* Filed by Debtor Telepath Corp. (Attachments: # 1 Declaration of Aaron Ettinger# 2 Certificate of Service) (Logan, Charles) (Entered: 03/18/2005) |

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 03/18/2005 | 157 | Cash Collateral Motion | .3 | Notice of Hearing (RE: related document(s) 156 Application for Administrative Expenses *Granting under 11 U.S.C. Section 503* Filed by Debtor Telepath Corp. (Attachments: # 1 Declaration of Aaron Ettinger# 2 Certificate of Service) (Logan, Charles)). Hearing scheduled for 4/7/2005 at 02:15 PM at San Jose Courtroom 3099 - Weissbrodt. Filed by Debtor Telepath Corp. (Attachments: # 1 Certificate of Service) (Logan, Charles) (Entered: 03/18/2005) |
| 04/07/2005 | | Cash Collateral Motion | 1.0 | Hearing Held (RE: related document(s) 156 Application for Administrative Expenses *Granting under 11 U.S.C. Section 503* Filed by Debtor Telepath Corp. (Attachments: # 1 Declaration of Aaron Ettinger# 2 Certificate of Service) (Logan, Charles)). (tb, )APPROVED. (Entered: 04/07/2005) |
| 04/26/2005 | 163 | Cash Collateral Motion | .3 | Notice of Entry of Order Regarding: (RE: related document(s) 161 Order Granting Application For Administrative Expenses (Related Doc # 156 ) (jd, )). Filed by Debtor Telepath Corp. (Attachments: # 1 Order# 2 Certificate of Service) (Logan, Charles) (Entered: 04/26/2005) |
| 05/05/2005 | 164 | Cash Collateral Motion | 1.5 .5 | Motion to Use Cash Collateral *and Post-Petition Financing* Filed by Debtor Telepath Corp. (Attachments: # 1 Stipulation# 2 Declaration of Aaron Ettinger# 3 Exhibits 1-3 to Declaration of Aaron Ettinger) (Logan, Charles) (Entered: 05/05/2005) |

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 05/06/2005 | 165 | Cash Collateral Motion | .8 | Declaration of Charles E. Logan in Support of (RE: related document(s) 164 Motion to Use Cash Collateral). Filed by Debtor Telepath Corp. (Attachments: # 1 Exhibit 1) (Logan, Charles)ERROR: PDF DOCUMENT IS INCOMPLETE ONLY FIRST PAGE. PDF DOCUMENT NOT SIGNED. REFER TO DOCUMENT #166 FOR CORRECTION Modified on 5/11/2005 (jd, ). (Entered: 05/06/2005) |
| 05/06/2005 | 166 | Cash Collateral Motion | 1.0 | Declaration of Charles Logan in Support of (RE: related document(s) 165 Declaration). Filed by Debtor Telepath Corp. (Attachments: # 1 Exhibit 1) (Logan, Charles) (Entered: 05/06/2005) |
| 05/06/2005 | | Cash Collateral Motion | 1.0 | Hearing Held (RE: related document(s) 164 Motion to Use Cash Collateral *and Post-Petition Financing* Filed by Debtor Telepath Corp. (Attachments: # 1 Stipulation# 2 Declaration of Aaron Ettinger# 3 Exhibits 1-3 to Declaration of Aaron Ettinger) (Logan, Charles)). (tb, )The Court authorizes use of cash collateral in amount of $75,000.00 and continues the hearing to 6/2/05 at 11:15. (Entered: 05/06/2005) |
| 05/06/2005 | 169 | Cash Collateral | .5 | Order Granting Motion To Use Cash Collateral (Related Doc # 164 ) (jd, )(no service list attorney to notice parties) (Entered: 05/11/2005) |

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 05/09/2005 | 167 | Cash Collateral Motion | .3 | Notice of Entry of Order Regarding: 169 ORDER *Cash Collateral and Post-Petition Financing* Filed by Debtor Telepath Corp. (Attachments: # 1 Order# 2 Certificate of Service) (Logan, Charles) ERROR: 1. THIS NOTICE MUST NOT BE DOCKETED BEFORE THE ORDER IT WAS REFERENCING IS DOCKETED, YOU MUST WAITE UNTIL THE DOCUMENT IS ON THE DOCKET. SECOND ERROR: NOTICE WAS NOT LINKED TO THE ORDER. COURT ADDED LINKAGE. Modified on 5/11/2005 (jd, ). (Entered: 05/09/2005) |
| 05/09/2005 | 168 | Cash Collateral Motion | .3 | Notice of Hearing *(Final)* (RE: related document(s) 164 Motion to Use Cash Collateral *and Post-Petition Financing* Filed by Debtor Telepath Corp. (Attachments: # 1 Stipulation# 2 Declaration of Aaron Ettinger# 3 Exhibits 1-3 to Declaration of Aaron Ettinger) (Logan, Charles)). Hearing scheduled for 6/2/2005 at 11:15 AM at San Jose Courtroom 3099 - Weissbrodt. Filed by Debtor Telepath Corp. (Attachments: # 1 Certificate of Service) (Logan, Charles) (Entered: 05/09/2005) |

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 05/27/2005 | 182 | Cash Collateral Motion | 1.0 (Review) | Ex Parte Motion to Continue Hearing On *Motion for Approval of Cash Collateral Stipulation and Post-Petition Financing* (RE: related document(s) 164 Motion to Use Cash Collateral and Post-Petition Financing Filed by Debtor Telepath Corp. (Attachments: # 1 Stipulation# 2 Declaration of Aaron Ettinger# 3 Exhibits 1-3 to Declaration of Aaron Ettinger) ). Filed by Creditors Peter Ajlouny, Andy Ajluni (Oto, Mark) ** ERROR: INCORRECT LINKAGE. COURT TO CORRECT LINKAGE AND MODIFY DOCKET TEXT TO SHOW CORRECT LINKAGE. NO ACTION IS REQUIRED BY THE ATTORNEY**Modified on 6/3/2005 (aw, ). (Entered: 05/27/2005) |
| 05/27/2005 | 183 | Cash Collateral Motion | .5 | Declaration of Julia P. Gibbs in Support of *Exparte Application for Continuance of Final Hearing on Motion for Approval of Cash Collateral Stipulation and Post-Petition Financing, with Proof of Service* (RE: related document(s) 182 Motion to Continue/Reschedule Hearing, ). Filed by Creditors Peter Ajlouny, Andy Ajluni (Attachments: # 1 Exhibit) (Oto, Mark) (Entered: 05/27/2005) |
| 06/01/2005 | 185 | Cash Collateral Motion | 3.0 | Brief/Memorandum in Opposition to (RE: related document(s) 182 Motion to Continue/Reschedule Hearing, ). Filed by Debtor Telepath Corp. (Attachments: # 1 Declaration) (Logan, Charles) (Entered: 06/01/2005) |
| 06/01/2005 | 186 | Cash Collateral Motion | .2 (Review) | Order Not Signed Regarding Exparte Application For Continuance of Final Hearing On Motion For Approval of Cash Collateral Stipulation and Post-Petition Financing (Related Doc # 182 ) (cvc, ) (Entered: 06/02/2005) |

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 06/02/2005 | 190 | Cash Collateral Motion | 1.5 | Hearing Held (RE: related document(s) 164 Motion to Use Cash Collateral *and Post-Petition Financing* Filed by Debtor Telepath Corp. (Attachments: # 1 Stipulation# 2 Declaration of Aaron Ettinger# 3 Exhibits 1-3 to Declaration of Aaron Ettinger) (Logan, Charles)). (tb, )The Court authorizes use of cash collateral in the amount of $200,000.00 and holds aside the question re the debtor issuing stock; the Court gives the debtor a replacement lien prospectively. Modified on 6/22/2005 (tb, ). (Entered: 06/10/2005) |
| 06/21/2005 | 193 | Cash Collateral Motion | .2 (review) | Statement of Convetible Debt Provision Filed by Creditor Les Ettinger (Attachments: # 1 Certificate of Service) (Goodsell, Scott) (Entered: 06/21/2005) |
| 07/11/2005 | 198 | Cash Collateral Motion | .3 (review) | Declaration of Julia P. Gibbs *Regarding Proposed Order Relating to Debtor's Motion for Approval of Cash Collateral Stipulation and Post-Petition Borrowing* Filed by CREDITORS PETER AND ANDY AJLOUNY. (Attachments: # 1 Certificate of Service) (Oto, Mark) ERROR: WRONG PARTY FILER SELECTED. SECOND ERROR: ATTORNEY WAS ADDED AS A PARTY INSTEAD OF AS AN ATTORNEY. THIRD ERROR: ATTORNEY FOR CREDITORS WAS NOT ASSOCIATED WITH THE CREDITORS SHE REPRESENTS. COURT CORRECTED. Modified on 7/13/2005 (jd, ). (Entered: 07/11/2005) |
| 07/11/2005 | 199 | Cash Collateral Motion | .1 | Certificate of Service *of Proposed Order Relating to Debtor's Motion for Approval of Cash Collateral Stipulation and Post-Petition Borrowing* (Oto, Mark) (Entered: 07/11/2005) |

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 07/14/2005 | 201 | Cash Collateral Motion | .5 | Order granting (RE: related document(s) 164 Motion to Use Cash Collateral filed by Debtor Telepath Corp.). (jd, ) (Entered: 07/15/2005) |
| 07/14/2005 | 202 | Cash Collateral Motion | 1 (review) | Order not signed (RE: related document(s) 164 Motion to Use Cash Collateral filed by Debtor Telepath Corp.). (jd, ) (Entered: 07/15/2005) |
| 07/15/2005 | 200 | Cash Collateral Motion | 1.5 (Review & Research) | Brief/Memorandum in Opposition to *Debtor's Motion for Approval of Cash Collateral Stipulation and Post-Petition Borrowing (Specifically Relating to Stock Rights Aspect of Motion)* (RE: related document(s) 164 Motion to Use Cash Collateral). Filed by Creditors Peter Ajlouny, Andy Ajluni (Attachments: # 1 Exhibit # 2 Certificate of Service) (Oto, Mark) (Entered: 07/15/2005) |