**Ajlouny Parties Litigation Aggregate Fees**

|  | Hrs. | Value |
|---|---|---|
| 1 Logan Law Office Actual Time Records | | |
|     Objection to Claim | 11.0 | 3,720.00 |
|     Relief From Stay | 5.6 | 1,680.00 |
| | | |
| 2 Docket Analysis for Time Not In Actual Time Records | | |
| | 14.0 | 4,900.00 |
| | | |
| 3 Communication with Rendler Not in Actual Time Records | | |
| | 15.5 | 3,480.00 |
| | | |
| 4 Settlement Agreement | | |
| | 42.5 | 14,875.00 |
| | | |
| 5 Discovery | 30.0 | 10,500.00 |
| | | |
| **TOTALS:** | **118.6** | **39,155.0** |

| Nickname | Telepath-Ajlouny Claims | 2730-8 |
| Full Name | TelePath Corporation |
| Address | Attention: Aaron Ettinger |
| | 49111 Milmont Drive |
| | Fremont CA 94538-7347 |

| Home | | Work | |
| Cell | | FAX | |
| In Ref To | Objection to claim |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | |
| Last charge | 5/23/2006 |
| Last payment | | Amount | $0.00 |

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/1/2004 | CEL | 300.00 | 0.20 | 60.00 | Billable |
| 38403 | Telephone | | | | |
| | Telephone conference with Henry Rendler Re: Aaron Ettinger and his Chapter 13 plan and its effect and relationship to telepath Chapter 11. | | | | |
| 3/1/2004 | CEL | 300.00 | 0.20 | 60.00 | Billable |
| 38404 | Telephone | | | | |
| | Telephone conference with Henry Rendler Re: Ajluni 's proof of claim in the telepath case | | | | |
| 3/3/2004 | CEL | 300.00 | 0.30 | 90.00 | Billable |
| 38405 | Telephone | | | | |
| | Telephone call from Henry Rendler discussion regarding the status of telepath and hearings to go forward all in an objection to AJLUNI CLAIM and their pending request for relief from stay. | | | | |
| 3/16/2004 | CEL | 300.00 | 0.50 | 150.00 | Billable |
| 38406 | Telephone | | | | |
| | Telephone call from Henry Rendler discussion of the pending motion for relief from stay in the Aaron Ettinger Chapter 13 case discussion of its effect on the Chapter 11 of telepath and timeslot. | | | | |
| 3/25/2004 | CEL | 300.00 | 0.50 | 150.00 | Billable |
| 38407 | Telephone | | | | |
| | Telephone call from Henry Rendler Re:AJLUNI CLAIM and the outstanding issues regarding the creditor's right to recover from all three estates. | | | | |
| 4/2/2004 | CEL | 300.00 | 0.20 | 60.00 | Billable |
| 38408 | Conference | | | | |
| | Conference with Henry Rendler Re: telepath outstanding discovery issues. | | | | |
| 4/9/2004 | CEL | 300.00 | 0.40 | 120.00 | Billable |
| 38409 | Conference | | | | |
| | Telephone Conference with Henry Rendler Re: telepath B. issues regarding the timing of the filing of the Chapter 11 plan with the outstanding disputes with the AJLUNI CLAIM. | | | | |

Telepath-Ajlouny Claims:TelePath Corporation (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/15/2004 CEL | | 300.00 | 0.20 | 60.00 | Billable |
| | 38416 Telephone<br>Telephone conference with Henry Rendler Re: briefing schedule on relief<br>from stay and objection to claim of AJLUNI | | | | |
| 5/25/2004 CEL | | 300.00 | 0.10 | 30.00 | Billable |
| | 38417 Telephone<br>Telephone conference with Henry Rendler Re: the rejection of the<br>executory contract and its effect on the<br>AJLUNI CLAIM in general and the telepath Chapter 11 case | | | | |
| 7/12/2004 CEL | | 350.00 | 0.60 | 210.00 | Billable |
| | 38418 Call<br>Call to Henry Rendler Re: the two pending cases and the status as a<br>result of the rejection of the executory contract in timeslot trunking<br>discussion with Mark Oto Re: possibility of settling case. | | | | |
| 2/2/2006 CEL | | 350.00 | 0.80 | 280.00 | Billable |
| | 38420 Telephone<br>Telephone conference with Henry Rendler Re: Roger Dickerson's failure<br>to sign the agreement its effect on the possible settlement discussion of<br>merits of going forward with out that signature. | | | | |
| 2/7/2006 CEL | | 350.00 | 0.50 | 175.00 | Billable |
| | 38421 Call<br>Call to Henry Rendler Re: waiver of Dickerson's signature as a FCC<br>licensee and security for the settlement of disputes with AJLUNI agreed<br>to discuss with clients | | | | |
| 2/8/2006 CEL | | 350.00 | 0.40 | 140.00 | Billable |
| | 38422 Call<br>Call to Henry Rendler Re: AJLUNI settlement and the e-mail from<br>attorney Judy Gibbs regarding waiver by her client. | | | | |
| 2/9/2006 CEL | | 350.00 | 0.20 | 70.00 | Billable |
| | 38423 Telephone<br>Telephone conference with Henry Rendler Re: his discussion with Judy<br>gives an agreement no waiver of signature from Dickerson. | | | | |
| 2/27/2006 CEL | | 350.00 | 0.80 | 280.00 | Billable |
| | 38424 Telephone<br>Telephone call to Henry Rendler Re: completion of settlement of AJLUNI<br>CLAIM. Discussion regarding the outstanding issues for status<br>conference and whether court would allow us to go forward at that time | | | | |
| 3/3/2006 CEL | | 350.00 | 0.50 | 175.00 | Billable |
| | 38425 Telephone<br>Telephone conference with Henry Rendler Re: fact that AJLUNI has not<br>signed the same agreement as the rest of the parties despite sending<br>several copies to attorney Julia Gibbs. Discussion regarding possibility of<br>bringing all motion to compel enforcement of terms a settlement. | | | | |

Telepath-Ajlouny Claims:TelePath Corporation (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 3/8/2006 | CEL | 350.00 | 0.10 | 35.00 | Billable |
| | 38426 Telephone | | | | |
| | Telephone call to Henry Rendler not available left message. | | | | |
| 3/8/2006 | CEL | 350.00 | 0.40 | 140.00 | Billable |
| | 38427 Telephone | | | | |
| 3/27/2006 | CEL | 350.00 | 0.50 | 175.00 | Billable |
| | 38428 Telephone | | | | |
| | Telephone call from Henry Rendler Re: signed off by Julia Gibbs and her client discussion of its effect and issues outstanding reviewed letter regarding chronology of events | | | | |
| 3/27/2006 | CEL | 350.00 | 0.70 | 245.00 | Billable |
| | 38429 Telephone | | | | |
| | Telephone conference call with Mark Oto and Henry Rendler Re:AJLUNI objections and to have matter continue to April 10, 2006 | | | | |
| 3/27/2006 | CEL | 350.00 | 0.20 | 70.00 | Billable |
| | 38430 Telephone | | | | |
| | Telephone call from Henry when the discussion of information needed to be in fax to Gibbs resettled and the documents to be provided | | | | |
| 3/31/2006 | CEL | 350.00 | 0.60 | 210.00 | Billable |
| | 38431 Telephone | | | | |
| | Telephone call from Henry Rendler Re: conference call supposedly with Gibbs no response issues regarding filing pleadings, telephone call to client regarding issues still outstanding with Gibbs and methods of resolving | | | | |
| 3/31/2006 | CEL | 350.00 | 0.10 | 35.00 | Billable |
| | 38432 Telephone | | | | |
| | Telephone call from Henry Rendler Re: conference call  still not able to reach Gibbs and fail to meet and confer | | | | |
| 5/2/2006 | CEL | 350.00 | 0.60 | 210.00 | Billable |
| | 38433 Telephone | | | | |
| | Telephone call from Henry discussion of new problems with AJLUNI concern regarding names destroy check indicated default telephone call to clients regarding this issue | | | | |
| 5/2/2006 | CEL | 350.00 | 0.60 | 210.00 | Billable |
| | 38434 Telephone | | | | |
| | Telephone call from Henry discussion of new problems with AJLUNI concern regarding names destroy check indicated default telephone call to clients regarding this issue | | | | |
| 5/23/2006 | CEL | 350.00 | 0.80 | 280.00 | Billable |
| | 38435 APR | | | | |
| | Appear at bankruptcy court regarding telepath finalization of settlement agreement with court agreement | | | | |

Telepath-Ajlouny Claims:TelePath Corporation (continued)

|                |                                  |          | Amount     | Total      |
|----------------|----------------------------------|----------|------------|------------|
| **TOTAL**      | Billable Fees                    | 11.00    |            | $3,720.00  |
| Total of billable expense slips  |        |          |            | $0.00      |

### Calculation of Fees and Costs

|                                                              | Amount      | Total      |
|--------------------------------------------------------------|-------------|------------|
| Fees Bill Arrangement: Slips                                 |             |            |
| By billing value on each slip.                               |             |            |
| Total of billable time slips                                 | $3,720.00   |            |
| Total of Fees (Time Charges)                                 |             | $3,720.00  |
| Total of Costs (Expense Charges)                             |             | $0.00      |
| Total new charges                                            |             | $3,720.00  |
| New Balance                                                  |             |            |
| Current                                                      | $3,720.00   |            |
| Total New Balance                                            |             | $3,720.00  |

| Nickname | Telepath-Relief from Stay \| 2730-3 |
| Full Name | TelePath Corporation |
| Address | Attention: Aaron Ettinger |
| | 49111 Milmont Drive |
| | Fremont CA 94538-7347 |

| Home | | Work |
| Cell | | FAX |
| In Ref To | Chapter 11 | |
| | Relief from Stay | |
| Fees Arrg. | By billing value on each slip | |
| Expense Arrg. | By billing value on each slip | |
| Tax Profile | Exempt | |
| Last bill | | |
| Last charge | 4/14/2004 | |
| Last payment | | Amount | $0.00 |

| Date | Timekeeper | Rate | Hours | Amount | Total |
| ID | Task | Markup % | DNB Time | DNB Amt | |
|---|---|---|---|---|---|
| 4/12/2004 CEL | | 300.00 | 0.20 | 60.00 | Billable |
| | 38410 Telephone | | | | |
| | Telephone conference with Henry Rendler Re: pending motion for relief from the automatic stay in the telepath bankruptcy by AJLUNI . | | | | |
| 4/12/2004 CEL | | 300.00 | 0.20 | 60.00 | Billable |
| | 38411 Telephone | | | | |
| | Telephone conference with Henry Rendler Re: pending motion for relief from the automatic stay in the telepath bankruptcy by AJLUNI . | | | | |
| 4/13/2004 CEL | | 300.00 | 0.40 | 120.00 | Billable |
| | 38412 Telephone | | | | |
| | Telephone conference with Henry Rendler Re:motion for relief from the automatic stay hearing scheduled for April 14 in the telepath bankruptcy by AJLUNI . | | | | |
| 4/13/2004 CEL | | 300.00 | 0.10 | 30.00 | Billable |
| | 38413 Telephone | | | | |
| | Telephone  call from Henry Rendler Re: additional questions regarding hearing on relief from stay. | | | | |
| 4/13/2004 CEL | | 300.00 | 1.90 | 570.00 | Billable |
| | 38414 Receipt | | | | |
| | Receipt and review of final information from attorney Mark Oto Re: reefer state hearing review caselaw prepared for hearing | | | | |
| 4/14/2004 CEL | | 300.00 | 2.80 | 840.00 | Billable |
| | 38415 APR | | | | |
| | Appear at a hearing on relief from stay by AJLUNI | | | | |

| TOTAL | Billable Fees | | 5.60 | | $1,680.00 |

Total of billable expense slips                                                                $0.00

Telepath-Relief from Stay:TelePath Corporation (continued)

| Calculation of Fees and Costs | | |
|---|---|---|
| | Amount | Total |
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips<br>Total of Fees (Time Charges) | $1,680.00 | $1,680.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $1,680.00 |
| New Balance<br>Current | $1,680.00 | |
| Total New Balance | | $1,680.00 |

**Stay Relief, Claims Objection Settlement Ajlouny Parites Docket Analysis**

| # | Time | Value |
|---|------|-------|
| 68 | 1.8 | 630.00 |
| 77 | 1.0 | 350.00 |
| 78 | 0.4 | 140.00 |
| 79 | 0.4 | 140.00 |
| 80 | 0.1 | 35.00 |
| 120 | 0.5 | 175.00 |
| 121 | 0.3 | 105.00 |
| 122 | 0.1 | 35.00 |
| 131 | 0.1 | 35.00 |
| 132 | 0.5 | 175.00 |
| 1/4/2005 | 0.2 | 70.00 |
| 1/27/2005 | 0.2 | 70.00 |
| 4/7/2005 | 0.2 | 70.00 |
| 6/23/2005 | 1.5 | 525.00 |
| 7/23/1900 | 1.8 | 630.00 |
| 206 | 0.3 | 105.00 |
| 8/30/2005 | 1.5 | 525.00 |
| 209 | 1.0 | 350.00 |
| 210 | 0.5 | 175.00 |
| 218 | 1.0 | 350.00 |
| 238 | 0.1 | 35.00 |
| 244 | <u>0.5</u> | <u>175.00</u> |
| Total | **14.0** | **4,900.00** |

| Filing Date | | Category | Time | Docket Text |
|---|---|---|---|---|
| 02/26/2004 | 68 | Stay Relief | *Review 1.8 hr* | Motion for Adequate Protection , Motion for Relief from Stay RS #04 0238, Fee Amount $150,. Filed by Creditors Peter Ajlouny , Andy Ajluni (jd, ) Modified on 3/3/2004 TO CORRECT THE RELEIF STAY NUMBER(jd, ). (Entered: 02/27/2004) |
| 02/26/2004 | 68 | Stay Relief | *l l* | Notice of Hearing (RE: related document(s) 68 Motion for Adequate Protection, Motion for Relief From Stay filed by Creditor Peter Ajlouny, Creditor Andy Ajluni). Hearing scheduled for 3/24/2004 at 10:15 AM at San Jose Courtroom 3099. Filed by Creditors Peter Ajlouny , Andy Ajluni (jd, ) (Entered: 02/27/2004) |
| 02/26/2004 | 68 | Stay Relief | *l l* | Certificate of Service (RE: related document(s) 68 Motion for Adequate Protection, Motion for Relief From Stay, 68 Notice of Hearing, ). Filed by Creditors Peter Ajlouny , Andy Ajluni (jd, ) (Entered: 02/27/2004) |
| 02/26/2004 | 69 | Stay Relief | *l l* | Declaration of Peter Ajlouny in Support of (RE: related document(s) 68 Motion for Adequate Protection, Motion for Relief From Stay). Filed by Creditors Peter Ajlouny , Andy Ajluni (jd, ) (Entered: 02/27/2004) |
| 02/26/2004 | 70 | Stay Relief | *l l* | Relief From Stay Cover Sheet (RE: related document(s) 68 Motion for Adequate Protection, Motion for Relief From Stay). Filed by Creditors Peter Ajlouny , Andy Ajluni (jd, ) (Entered: 02/27/2004) |

Stay Relief, Claims Objection, Settlement, Ajlouny Parties. Page 1 of 6 Pages

Case: 03-56788    Doc# 419-4    Filed: 08/03/09    Entered: 08/03/09 01:27:52    Page 9
of 31

| Filing Date | | Category | Time | Docket Text |
|---|---|---|---|---|
| 03/24/2004 | | Stay Relief | *incl. in time sheet* | Hearing Continued (RE: related document(s) 68 Motion for Adequate Protection , Motion for Relief from Stay RS #04 0238, Fee Amount $150,. Filed by Creditors Peter Ajlouny , Andy Ajluni (jd, ) Modified on 3/3/2004 TO CORRECT THE RELEIF STAY NUMBER(jd, ).). Hearing to be held on 4/14/2004 at 10:15 AM San Jose Courtroom 3099 for 68 , (tb, ) (Entered: 03/24/2004) |
| 04/13/2004 | 77 | Stay Relief | *1. @ hr* | Objection (RE: related document(s) 68 Motion for Adequate Protection, Motion for Relief From Stay). Filed by Debtor Telepath Corp. (jd, ) (Entered: 04/15/2004) |
| 04/13/2004 | 78 | Claims Objection | *fee, 4* | Objection to Claim #54 Peter Ajlouny $100,000.00 Filed by Debtor Telepath Corp. . (jd, ) (Entered: 04/15/2004) |
| 04/13/2004 | 79 | Claims Objection | *4* | Objection to Claim #unknown no claim filed for Andy Ajluni Filed by Debtor Telepath Corp. . (jd, ) (Entered: 04/15/2004) |
| 04/14/2004 | 80 | Claims Objection | *.1* | Certificate of Service (RE: related document(s) 77 Objection). Filed by Debtor Telepath Corp. (jd, ) (Entered: 04/15/2004) |
| 04/14/2004 | | Stay Relief | *incl in time sheets* | Hearing Held (RE: related document(s) 68 Motion for Adequate Protection , Motion for Relief from Stay RS #04 0238, Fee Amount $150,. Filed by Creditors Peter Ajlouny , Andy Ajluni (jd, ) Modified on 3/3/2004 TO CORRECT THE RELEIF STAY NUMBER(jd, ).). (tb, )Parties to submit scheduling order with last pleading to be submitted one week prior to the new hearing date which is to be decided between the parties. (Entered: 04/14/2004) |

Case: 03-56788   Doc# 419-4   Filed: 08/03/09   Entered: 08/03/09 01:27:52   Page 10 of 31

| Filing Date | | Category | Time | Docket Text |
|---|---|---|---|---|
| 09/22/2004 | 120 | Claims Objection | 5 | Objection to Claim of Peter Ajlouny for $200,000.00 and Andy Ajluni for $100,000.00 Filed by Debtor Telepath Corp. . (jd, ) (Entered: 09/23/2004) |
| 09/22/2004 | 121 | Claims Objection | 3 | Notice of Hearing (RE: related document(s) 120 Objection to Claim of Peter Ajlouny for $200,000.00 and Andy Ajluni for $100,000.00 Filed by Debtor Telepath Corp. . (jd, )). Hearing scheduled for 10/21/2004 at 02:15 PM at San Jose Courtroom 3099. Filed by Debtor Telepath Corp. (jd, ) (Entered: 09/23/2004) |
| 09/22/2004 | 122 | Claims Objection | 1 | Certificate of Service (RE: related document(s) 120 Objection to Claim, 121 Notice of Hearing, ). Filed by Debtor Telepath Corp. (jd, ) (Entered: 09/23/2004) |
| 10/14/2004 | 131 | Claims Objection | Review 1 | Notice of and Objection (RE: related document(s) 120 Objection to Claim, 78 Objection to Claim, 79 Objection to Claim). Filed by Creditors Peter Ajlouny , Andy Ajluni (jd, )w/ cert. of service (Entered: 10/15/2004) |
| 10/14/2004 | 132 | Claims Objection | Review 5 | Declaration of Peter Ajlouny in Opposition of (RE: related document(s) 120 Objection to Claim, 78 Objection to Claim, 79 Objection to Claim). Filed by Creditors Peter Ajlouny , Andy Ajluni (jd, ) (Entered: 10/15/2004) |
| 10/21/2004 | | Claims Objection | | Hearing Continued (holding date only) (RE: related document(s) 120 Objection to Claim of Peter Ajlouny for $200,000.00 and Andy Ajluni for $100,000.00 Filed by Debtor Telepath Corp. . (jd, )). Hearing to be held on 1/13/2005 at 2:15 PM San Jose Courtroom 3099 for 120 ,joint statement by 1/3/05 (tb, ) (Entered: 10/26/2004) |

| Filing Date | | Category | Time | Docket Text |
|---|---|---|---|---|
| 01/04/2005 | | Claims Objection | .2 | Hearing Continued priot to hearing (per the Court) (RE: related document(s) 120 Objection to Claim of Peter Ajlouny for $200,000.00 and Andy Ajluni for $100,000.00 Filed by Debtor Telepath Corp. . (jd, )). Hearing to be held on 1/27/2005 at 2:15 PM San Jose Courtroom 3099 - Weissbrodt for 120 , (tb, ) (Entered: 01/04/2005) |
| 01/27/2005 | | Claims Objection | .2 | Hearing Continued (RE: related document(s) 120 Objection to Claim of Peter Ajlouny for $200,000.00 and Andy Ajluni for $100,000.00 Filed by Debtor Telepath Corp. . (jd, )). Hearing to be held on 4/7/2005 at 1:45 PM San Jose Courtroom 3099 - Weissbrodt for 120 , (tb, ) (Entered: 01/27/2005) |
| 04/07/2005 | | Claims Objection | .2 | Hearing Continued (RE: related document(s) 120 Objection to Claim of Peter Ajlouny for $200,000.00 and Andy Ajluni for $100,000.00 Filed by Debtor Telepath Corp. . (jd, )). Hearing to be held on 6/23/2005 at 1:45 PM San Jose Courtroom 3099 - Weissbrodt for 120 , (tb, ) (Entered: 04/07/2005) |
| 06/23/2005 | | Claims Objection | 1.5 | Hearing Continued (RE: related document(s) 120 Objection to Claim of Peter Ajlouny for $200,000.00 and Andy Ajluni for $100,000.00 Filed by Debtor Telepath Corp. . (jd, )). Hearing to be held on 8/30/2005 at 1:45 PM San Jose Courtroom 3099 - Weissbrodt for 120 , (tb, ) (Entered: 06/29/2005) |
| 08/10/2005 | 205 | Ajlouny Parties Settlement | [ $ .4 | Application to Compromise Controversy with Peter Ajlouny and Andy Ajluni Filed by Debtor Telepath Corp. (Attachments: # 1 Certificate of Service) (Logan, Charles) (Entered: 08/10/2005) |

Stay Relief, Claims Objection, Settlement, Ajlouny Parties. Page 4 of 6 Pages

Case: 03-56788    Doc# 419-4    Filed: 08/03/09    Entered: 08/03/09 01:27:52    Page 12 of 31

| Filing Date | | Category | Time | Docket Text |
|---|---|---|---|---|
| 08/10/2005 | 206 | Ajlouny Parties Settlement | | Notice of Hearing (RE: related document(s) 205 Application to Compromise Controversy with Peter Ajlouny and Andy Ajluni Filed by Debtor Telepath Corp. (Attachments: # 1 Certificate of Service) (Logan, Charles)). Hearing scheduled for 8/30/2005 at 02:15 PM at San Jose Courtroom 3099 - Weissbrodt. Filed by Debtor Telepath Corp. (Attachments: # 1 Certificate of Service) (Logan, Charles) (Entered: 08/10/2005) |
| 08/30/2005 | | Ajlouny Parties Settlement | | Hearing Continued (RE: related document(s) 205 Application to Compromise Controversy with Peter Ajlouny and Andy Ajluni Filed by Debtor Telepath Corp. (Attachments: # 1 Certificate of Service) (Logan, Charles)). Hearing to be held on 9/30/2005 at 1:45 PM San Jose Courtroom 3099 - Weissbrodt for 205 , (tb, ) (Entered: 08/30/2005) |
| 08/30/2005 | | Ajlouny Parties Settlement | | Hearing Continued (RE: related document(s) 120 Objection to Claim of Peter Ajlouny for $200,000.00 and Andy Ajluni for $100,000.00 Filed by Debtor Telepath Corp. . (jd, )). Hearing to be held on 9/20/2005 at 1:45 PM San Jose Courtroom 3099 - Weissbrodt for 120 , (tb, ) (Entered: 08/30/2005) |
| 09/12/2005 | 209 | Ajlouny Parties Settlement | | Declaration of Aaron Ettinger in Support of (RE: related document(s) 205 Application to Compromise Controversy). Filed by Debtor Telepath Corp. (Attachments: # 1 Certificate of Service) (Logan, Charles) (Entered: 09/12/2005) |
| 09/15/2005 | 210 | Ajlouny Parties Settlement | | Declaration of Charles E. Logan in Support of (RE: related document(s) 205 Application to Compromise Controversy). Filed by Debtor Telepath Corp. (Attachments: # 1 Exhibit 1# 2 Certificate of Service) (Logan, Charles) (Entered: 09/15/2005) |

Stay Relief, Claims Objection, Settlement, Ajlouny Parties. Page 5 of 6 Pages

Case: 03-56788   Doc# 419-4   Filed: 08/03/09   Page 13 of 31   08/03/09 01:27:52   Page 13

| Filing Date | | Category | Time | Docket Text |
|---|---|---|---|---|
| 10/25/2005 | 218 | Ajlouny Parties Settlement | $1 \cdot 0$ | Hearing Held (RE: related document(s) 205 Application to Compromise Controversy with Peter Ajlouny and Andy Ajluni Filed by Debtor Telepath Corp. (Attachments: # 1 Certificate of Service) (Logan, Charles)). (tb, )APPROVED, under submission when the court receives the order. (Parties will also submit an order approving post petition financing (document #164) last heard on 6/2/05). (Entered: 11/02/2005) |
| 05/09/2006 | 238 | Ajlouny Parties Settlement | $1 \cdot 1$ | Document: *Settlement Agreement*. Filed by Creditors Peter Ajlouny, Andy Ajluni (Attachments: # 1 Settlement Agreement# 2 Exhibit A to Settlement Agreement# 3 Exhibit B to Settlement Agreement# 4 Exhibit C to Settlement Agreement# 5 Exhibit D to Settlement Agreement# 6 Exhibit E to Settlement Agreement) (Oto, Mark) (Entered: 05/09/2006) |
| 05/12/2006 | 244 | Ajlouny Parties Settlement | $\cdot S$ | Order Granting Application to Compromise Controversy with (Related Doc # 205 ) (be, ) (Entered: 05/16/2006) |
| 05/12/2006 | 245 | Ajlouny Parties Settlement | | Order (RE: related document(s) 205 Application to Compromise Controversy filed by Debtor Telepath Corp.). **REDOCKETED TO SERVE ADDITIONAL PARTIES** (be, ) (Entered: 05/17/2006) |
| 05/18/2006 | 247 | Ajlouny Parties Settlement | | BNC Certificate of Mailing (RE: related document(s) 244 Order on Application to Compromise Controversy). Service Date 05/18/2006. (Admin.) (Entered: 05/18/2006) |

**Logan Communications With Rendler re Telepath**
**From Henry Rendler's Fee Application**
**In Chapter 13 of Aaron Ettinger**

| Date | Description | Rendler Time | Value to LLO (@CEL's Billing Rate) | |
|---|---|---|---|---|
| 10/10/2003 | Telephone Call from Logan re Telepath, Ettinger, Timeslot Trunking, LLC | 0.3 | 90 | |
| 10/13/2003 | Telephone Call to Logan re Timeslot Trunking, LLC, Telepath cases | 0.3 | 90 | |
| 10/20/2003 | Telephone Call from Logan re Notice of Related cases | 0.1 | 30 | |
| 10/20/2003 | Telephone Call to Logan re related cases (2) | 0.2 | 60 | |
| 10/20/2003 | Letter to Logan with enclosures | 0.2 | 60 | |
| 10/21/2003 | Telephone Call from Logan re Timeslot Trunking, LLC & Telepath cases | 0.2 | 60 | |
| 10/21/2003 | Letter to Logan re related cases | 0.1 | 30 | |
| 1/13/2004 | Telephone Call from Logan re Ajlouny Claim, Lawsuit, Chapter 13 objection | 0.1 | 30 | |
| 2/13/2004 | Telephone Call to Logan re Ettinger Ch. 13 plan, Telepath, Timeslot Trunking, LLC | 0.3 | 90 | |
| 3/1/2004 | Telephone Call from Logan re Ajluni Proof of claim | 0.1 | 30 | |
| 3/16/2004 | Telephone Call to Logan re Ettinger, Timeslot | 0.5 | 150 | |
| 3/25/2004 | Telephone Call to Logan re Ajluni Claim | 0.2 | 60 | |
| 4/3/2004 | Conference outside Charles Logan Office re Telepath, Timeslot Trunking, LLC | 0.2 | 60 | |
| 4/7/2004 | Letter to Logan re resolving Union Bank Obj | 0.2 | 60 | |
| 4/9/2004 | Telephone Call from Logan re Telepath Chapter 11 plan; options; chapter 13 | 0.4 | 120 | |
| 4/12/2004 | Telephone Call from Logan re Ajluni Stay Relief Motion | 0.1 | | Time Record |
| 4/13/2004 | Telephone Call to Logan re hearing on stay relief | 0.4 | 120 | |
| 4/13/2004 | Telephone Call to Logan re tomorrow's hearing | 0.1 | | Time Record |
| 4/14/2004 | Appearance in BK court re relief from stay | 2.5 | | Time Record |
| 4/15/2004 | Conference with Logan re Timeslot Trunking, LLC rejection motion | 0.1 | | Time Record |
| 5/25/2004 | Telephone Call from Logan re Ajluni Executory contract rejection claim | 0.1 | | Time Record |
| 6/13/2004 | Telephone Call from Logan re Union Bank Objection withdrawn per stipulation in chapter 13 | 0.1 | 30 | |
| 7/12/2004 | Telephone Call from Logan re Telepath, Timeslot Trunking, LLC cases | 0.1 | 35 | |
| 8/5/2004 | Telephone Call to Logan re response to Jo Jo Tran Automatic Stay violation | 0.1 | 35 | |
| 8/18/2004 | Telephone Call to Logan re Jo Jo Tran lawsuit options | 0.1 | 35 | |
| 10/25/2004 | Telephone Call to Logan re Telepath & Timeslot Trunking, LLC | 0.1 | 35 | |

Logan Communications With Rendler re Telepath
From Henry Rendler's Fee Application
In Chapter 13 of Aaron Ettinger

| Date | Description | Rendler Time | Value to LLO (@CEL's Billing Rate) | |
|------|-------------|--------------|-------------------------------------|---|
| 4/25/2005 | Telephone Call to Logan re Telepath issues of DIP, possible conversion | 0.2 | 70 | |
| 5/31/2005 | Telephone Call from Logan re Ajluni claim, discovery, bank records | 0.3 | 105 | |
| 6/3/2005 | Telephone Call to Logan re Ettinger Ch. 13 BDRP talks w/ Judy Gibbs | 0.1 | 35 | |
| 6/9/2005 | Telephone Call to Logan re Ajlouny settlement | 0.1 | 35 | |
| 6/21/2005 | Telephone Call from Logan re Ajlouny settlement | 0.2 | 70 | |
| 7/1/2005 | Telephone Call from Logan, Ettinger, Judy Gibbs re global settlement | 0.2 | 70 | |
| 7/6/2005 | Receipt of correspondence Logan;s response to Judy Gibbs Global Settlement | 0.1 | 35 | |
| 7/7/2005 | Receipt of Judy Gibb's Counter Offer to Logan re Ettinger/ Telephone Deal | 0.1 | 35 | |
| 7/7/2005 | Telephone Call to Logan re Ettinger/Telepath/Timeslot Trunking, LLC global settlement with Ajlouny | 0.1 | 35 | |
| 7/12/2005 | Telephone Call from Logan to strategize re Ajlouny, Timeslot Trunking, LLC & Telepath deals. | 0.8 | | Time Record |
| 8/24/2005 | Telephone Call from Logan, Judy Gibbs re Ettinger settlement | 0.1 | 35 | |
| 8/30/2005 | Review document Judy Gibbs settlement agreement | 0.3 | 105 | |
| 8/30/2005 | Appearance at BK Ct Telepath settlement w/ Ajlouny Parties hearing | 1 | 350 | |
| 9/19/2005 | Review Ettinger settlement documents from Logan` | 0.4 | 140 | |
| 9/19/2005 | Telephone Call to Logan re changes to settlement agreement | 0.1 | 35 | |
| 9/19/2005 | Telephone Call to Logan re Ettinger settlement | 0.2 | 70 | |
| 9/19/2005 | Telephone Call to Logan re Gibb's Ajlouny docs | 0.2 | 70 | |
| 9/19/2005 | Telephone Call from Logan re terms of Ajlouny deal | 0.2 | 70 | |
| 9/27/2005 | Prepare for consultation today's 2pm conference call with Gibbs, Logan, Goodsel re Ajlouny | 0.2 | 70 | |
| 9/27/2005 | Telephone Call to Logan reschedule of conference call | 0.1 | 35 | |
| 10/24/2005 | Receipt of correspondence from Judy Gibbs with documents for global Ajlouny settlement | 0.4 | 140 | |
| 10/31/2005 | Receipt of correspondence Mark Serlin letters w/exhibits re Ajlouny/ Union Bank | 0.2 | 70 | |
| 11/1/2005 | Telephone Call from Logan re Gibbs' final settlement documents | 0.1 | 35 | |
| 12/2/2005 | Telephone Call from Logan re Ajluni, Telepath settlement agreement | 0.1 | 35 | |

Logan Communications With Rendler re Telepath
From Henry Rendler's Fee Application
In Chapter 13 of Aaron Ettinger

| Date | Description | Rendler Time | Value to LLO (@CEL's Billing Rate) | |
|---|---|---|---|---|
| 12/20/2005 | Telephone Call from Logan re Ettinger, Ajluny, Telepath, Timeslot Trunking, LLC deal | 0.1 | 35 | |
| 12/20/2005 | Receipt of correspondence from Logan re global settlement | 0.4 | 140 | |
| 12/20/2005 | Letter to Attorney Kaydi at Logan's office re Ajuny settlement· | 0.1 | 35 | |
| 1/18/2006 | Telephone Call from Logan re status of Ettinger Ajlouny deal | 0.2 | 70 | |
| 1/23/2006 | Review documents letters to Serlin & Logan re security agreement | 0.2 | 70 | |
| 1/25/2006 | Telephone Call to Logan re Roger Dickinsons signoff; settlement status | 0.1 | 35 | |
| 1/30/2006 | Telephone Call to Logan re Ettinger plan status | 0.1 | 35 | |
| 2/2/2006 | Telephone Call to Logan re Roger Dickinson; Ajluni deal | 0.8 | | Time Record |
| 2/7/2006 | Telephone Call from Logan re Ajluni waiver of Dickinson FCC Licenses as security | 0.1 | | Time Record |
| 2/8/2006 | Telephone Call from Logan re Ajluni settlement email re Dickinson | 0.2 | | Time Record |
| 2/9/2006 | Telephone Call to Logan re Ajluni Objection | 0.2 | | Time Record |
| | TOTALS (hours, value) | 15.5 | 3,480.00 | |
| | | | | |
| NOTES: | | | | |
| 1 | The Value of Charles Logan's Time is Omitted Where Mr. Logan Had Time Record of Event | | | |
| 2 | Logan's Billing Rate Changed from $300 to $350 effective 7/1/2004 | | | |

**Law Offices of Charles Logan**
**Telepath Fee Application**
**Litigation Settlement Discover Analysis**

|  | Hours | Value ($) |
|---|---|---|
| **Settlement Agreement** | | |
| Draft Settlement Agreement (7 pages) | 5.0 | 1,750.00 |
| Promissory Note (1page), | 0.5 | 175.00 |
| Telepath Security Agreement (6 pages), | 1.0 | 350.00 |
| Timeslot Commercial Guaranty (6 pages ), | 2.0 | 700.00 |
| Timeslot Security Interest (11 pages) | 2.0 | 700.00 |
| Intercreditor Agreement 5 pages) | 1.0 | 350.00 |
|  |  | 0.00 |
| Circulate to 11 signers for comments, | | |
| Review & Revise | 6.0 | 2,100.00 |
|  |  | 0.00 |
| Negotiations /Communications | 25.0 | 8,750.00 |
| 7 Parties:Telepath, Timeslot, Aaron | | |
| Ettinger, Les Ettinger, Union Bank, | | |
| Ajluny, Ajlouny+ 4 Attys | | |
| Total | **42.50** | **14,875.00** |
| **Discovery** | | |
| Request for Production of Documents | | |
| Review | 1.0 | 350.00 |
| Review with client | 1.0 | 350.00 |
| Response (2,594 pages produced)+ | | |
| Communications with client | 2.0 | 700.00 |
| Review documents produced | 6.0 | 2,100.00 |
| Prepare, review & revise response | 20.0 | 7,000.00 |
| Total: | **30.00** | **10,500.00** |

Law Offices of

# CHARLES E. LOGAN

Attorneys at Law
95 South Market Street, Suite 660
San Jose, California 95113

Charles E. Logan
celogan@ix.netcom.com
Susan B. Luce
susanluce@ix.netcom.com

Telephone (408) 995-0256

Facsimile (408) 283-1440

December 19, 2005

| | |
|---|---|
| Telepath Corporation<br>Attn: Aaron Ettinger<br>49111 Milmont Drive<br>Fremont, CA 94538-7347 | **Via Email and US Mail** |
| Timeslot Trunking LLC<br>Attn: Aaron Ettinger<br>PO Box 32222<br>San Jose, CA 95152-2222 | **Via Email and US Mail** |
| Aaron Ettinger<br>2176 Petersburg Drive<br>Milpitas, CA 95035 | **Via Email and US Mail** |
| Henry Rendler<br>Attorney at Law<br>1550 The Alameda #308<br>San Jose, CA 95126 | **Via Email and US Mail** |
| Les Ettinger<br>PO Box 32222<br>San Jose, CA 95152-2222 | **Via Email and US Mail** |
| Scott Goodsell<br>Campeau, Goodsell & Smith<br>38 West Santa Clara Street<br>San Jose, CA 95113 | **Via Email and US Mail** |
| Peter Ajlouny and Andrew Ajluni<br>4211 Chaboya Road<br>San Jose, CA 95148 | **Via Email and US Mail** |
| Julia P. Gibbs<br>Law Offices of Julia P. Gibbs<br>991 Governor Drive, Suite 104<br>El Dorado Hills, CA 95762 | **Via Email and US Mail** |
| Mark Oto<br>Law Offices of Mark Oto<br>255 North Market Street, Suite 260<br>San Jose, Ca 95110 | **Via Email and US Mail** |
| Mark A. Serlin<br>Serlin & Whiteford LLP<br>813 F Street, 2nd Floor<br>Sacramento, CA 95814 | **Via Email and US Mail** |

Law Offices of
# CHARLES E. LOGAN
Attorneys at Law

December 19, 2005
Page 2

═══════════════════════════════════════════════════

    **Re:    Telepath Corporation, Case No. 03-56788-ASW11**
          **Timeslot Trunking LLC, Case No. 03-56625-ASW11**
          **Aaron Ettinger, Case No. 03-56723**
          **Settlement Agreement**

Dear Ladies and Gentlemen,

    As of today, December 19, 2005, we have yet to finalize the settlement agreement. I have attempted to contact Julia Gibbs without success to finalize the agreement. We have taken it upon ourselves to coordinate signatures from all parties involved.

    In light of the delay, we have changed all dates to January 31, 2006, to allow enough time to receive signatures back from each of you. Our offices will be obtaining the signature from Mr. Dickerson.

    Enclosed please find the Settlement Agreement which includes comments from each party. We have also enclosed all of the exhibits to the Settlement Agreement; (A) Promissory Note; (B) Commercial Security Agreement; (CC) Commercial Guarantee; (D) Security Agreement; and (E)Intercreditor Agreement. Please sign the indicated places for your signature on the Settlement Agreement and all exhibits. Please fax your signature pages to our offices, immediately and mail the originals to our office.

                    Very truly yours,

                    LAW OFFICES OF
                    CHARLES E. LOGAN

                    CHARLES E. LOGAN
                    Attorney at Law

CEL:kd

**TelePath Corporation**
**Our File No. 2730**
**Case No: 03 - 56788 ASW 11 San Jose**
**Filed: 10/20/2003**

| No. | Filed By | Pleadings | Date Filed/Rec'd. |
|-----|----------|-----------|-------------------|
| 1 | Oto | Request for Production of Documents    Proof of Service by Mail attached | 04/26/05 s |
| 2 | CEL | Debtor's Response to Creditors' Demand for Production of Documents | 05/31/05 s |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TelePath Corporation                    Discovery File | **Page 1 of 1** |

Updated: June 9, 2005

Law Offices of

# CHARLES E. LOGAN
Attorneys at Law
95 South Market Street, Suite 660
San Jose, California 95113

Charles E. Logan
Susan B. Luce

Telephone (408) 995-0256
Facsimile (408) 283-1440

July 31, 2009

Mark Oto
Law Offices of Mark Oto
255 North Market Street, Suite 260
San Jose, Ca 95110

### Re: Telepath Corporation and Timeslot Trunking
### Second Invoice for Production of Documents

Dear Mr. Oto,

The following is an invoice for costs:

| | |
|---|---|
| Costs: Telepath Corporation (1979 pages at $.20 per page) | $ 395.80 |
| Costs: Timeslot Trunking (615 pages at $.20 per page) | $ 123.00 |
| **Total Amount Due** | **$ 518.80** |

Please remit payment to our office. If you have any questions, please feel free to contact our office.

Very truly yours,

LAW OFFICES OF
CHARLES E. LOGAN

_____
CHARLES E. LOGAN
Attorney at Law

CEL:kd

Law Offices of Charles E. Logan
Telepath Chapter 11
Fee Analysis

14 **U.S. Trustee Meetings**

| | | |
|---|---|---|
| Respond to Regular Document Request | 2.5 | 750.00 |
| Meeting with Analysis | 2.5 | 750.00 |
| 341 Meeting | 1.0 | 300.00 |
| | **6.0** | 1,800.00 |

TelePath Corporation
Our File No. 2738
Case No: 03 - 56788 ASW 11 San Jose
Filed: 10/20/2003

| Exhibit | Pleadings |
|---------|-----------|
| 1 | Signed Certificate of Receipt of Region 17 United States Trustee Guidelines and designated monthly operating report. |
| 2 | Copy of Application and Order Authorizing the Responsible Individual. Region 17 United States Trustee Program Guidelines 4.4.4; 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 3 | Proof that the debtor has opened debtor-in-possession bank account(s) at an authorized depository. (A copy of the bank signature card showing the owner is a debtor-in-possession is adequate proof.) Region 17 United States Trustee Program Guidelines 4.4.6; 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 4 | Copies of all check registers and bank statements for all accounts covering the 90-day period prior to commencement of the case. Region 17 United States Trustee Program Guidelines 4.4.6(b); 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 5 | Within forty-five (45) days after the commencement of the case, provide a copy of the first post-petition bank statement for each financial account that existed prior to the commencement of the case showing the account was closed and all cash was deposited or transferred to a debtor-in-possession account. Region 17 United States Trustee Program Guidelines 4.4.6(c); 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 6 | List of all credit cards naming the debtor as the account holder or member. The list shall include the name of the financial institution that issued the card, the account number, and the balance as of the last statement date. In addition, provide copies of all statements covering the 90-day period prior to commencement of the case. 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 7 | Copies of all federal tax returns, with schedules and statements, filed within the past two years. Region 17 United States Trustee Program Guidelines 4.4.8; 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| | |
| | |
| | |
| | |
| | Documents to the U. S.                              Trustee Page 1 of 3 |

TelePath Corporation
Our File No. 2738
Case No: 03 - 56788  ASW  11  San Jose
Filed:    10/20/2003

| Exhibit | Pleadings |
|---|---|
| 8 | Real Property Questionnaire for all properties to which debtor has an interest. If the real property is rental property, a rent roll shall be included. The rent roll shall include the name of tenant, amount of monthly rent, and amount collected as a deposit. For Leasehold interest, complete only Parts A, B and D and attach a copy of the lease and / or sublease. Region 17 United States Trustee Program Guidelines 4. 4.9; 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 9 | Employee Benefit Plan Questionnaire. 18 U.S.C. § 154 |
| 10 | Proof of current insurance. Where appropriate, the debtor shall obtain or maintain general liability, casualty, vehicle, worker's compensation, unemployment, employee health/COBRA plans, malpractice, products liability, officers and directors errors and omissions/fiduciary liability insurance policy, liquor or dram shop, or homeowner's insurance. (A copy of the declaration pages of all applicable insurance policies or binders, together with the expiration date for each, showing debtor as named insured of a current policy is adequate proof.) Region 17 United States Trustee Program Guidelines 4.4.7; 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 11 | Copy of closing balance sheet and income statement as of the filing date. 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 12 | List of all accounts receivable, including customer's name, address, amount, and age of account. Region 17 United States Trustee Program Guidelines 4.4.10; 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 13 | Copies of all pre-petition notes receivable. Include with the copies terms of note and date of last payment received. Region 17 United States Trustee Program Guidelines 4.4.10; 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 14 | Copy of last completed inventory, date inventory was taken, and value assigned for: office equipment, furnishings, supplies; machinery, fixtures, equipment and supplies used in business; and finished and raw goods. Region 17 United States Trustee Program Guidelines 4.4.11; Federal Rule of Bankruptcy Procedure 2015; 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| | |
| | |
| | |
| | Documents to the U. S. Trustee                    Page 2 of 3 |

TelePath Corporation
Our File No. 2738
Case No: 03 - 56788 ASW 11 San Jose
Filed: 10/20/2003

| Exhibit | Pleadings |
|---------|-----------|
| 15 | Complete list of names of all debtor's employees of business at commencement of case, including name, position, and salary of each employee. Region 17 United States Trustee Program Guidelines 4.4.12; 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 16 | A list of loans that are still outstanding that have been made <u>between</u> debtor, corporate officers, and/or shareholders. List shall include names, amounts, dates, and terms of each loan. Region 17 United States Trustee Program Guidelines 4.4.13; 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 17 | Copies of escrow closing documents for all real property transfers within one year prior to commencing this case. 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 18 | Copy of Articles of Incorporation and bylaws 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 19 | Copy of all current business licenses held by debtor. 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 20 | Copy of attorney fee agreement. 11 U.S.C. § 329; Federal Rules of Bankruptcy Procedure 2016, 2017; and Region 17 United States Trustee Program Guidelines 2.1.2 |
| 21 | Copies of all executory contracts for equipment and vehicles. 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 22 | State Board of Equalization Number. 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 23 | Employment Development Department (EDD) Account Number. 28 U.S.C. § 586; and 18 U.S.C. § 154 |
| 24 | Domain name of all web sites created for or registered by the debtor. |
| A | List of 20 Largest Unsecured Creditors. |
| B | Attorney to provide a computer readable 3 ½ " diskette containing a file with a list of the name and address of each creditor as of the date of filing consistent with the specifications required by the Clerk of the U.S. Bankruptcy Court. |
| | |
| | |
| | Documents to the U. S. Trustee                    Page 3 of 3 |

P:\Carolyn\Pleadings\TelePath Corporation\Documents to U.S. Trustee File.wpd

Law Offices of Charles E. Logan
Telepath Chapter 11
Fee Analysis

**15 Executory Contract**

| Doc #/ Date | Est Time | Value |
|---|---|---|
| 47 | 1.5 | 450.00 |
| 47 | 0.3 | 90.00 |
| 48 | 0.1 | 30.00 |
| 54 | 0.5 | 150.00 |
| 56 | 1.0 | 300.00 |
| 57 | 0.5 | 150.00 |
| 58 | 0.1 | 30.00 |
| 59 | 0.1 | 35.00 |
| 60 | 0.1 | 35.00 |
| 88 | 0.3 | 105.00 |
| 89 | 0.1 | 35.00 |
| 86 | 1.5 | 525.00 |
| 87 | 0.1 | 35.00 |
| 90 | 0.2 | 70.00 |
| 91 | 0.2 | 70.00 |
| 92 | 0.1 | 35.00 |
| 6/17/2004 | 1.0 | 350.00 |
| 95 | 1.0 | 350.00 |
| 96 | 0.1 | 35.00 |
| 97 | 0.1 | 35.00 |
| 7/1/2004 | 1.0 | 350.00 |
| 102 | 0.5 | 175.00 |
| 103 | 0.2 | 70.00 |
| 104 | 0.1 | 35.00 |
| | 10.7 | 3,545.00 |

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 12/05/2003 | 47 | Rejection of GE Capital Contract | 1.5 | Motion For Approval of Rejection of Executory Contract Lease With GE Capital Filed by Debtor Telepath Corp. (aw, ) (Entered: 12/07/2003) |
| 12/05/2003 | 47 | Rejection of GE Capital Contract | .3 | Notice and Opportunity for Hearing (RE: related document(s) 47 Motion to Assume/Reject filed by Debtor Telepath Corp.). Filed by Debtor Telepath Corp. (aw, ) (Entered: 12/07/2003) |
| 12/05/2003 | 48 | Rejection of GE Capital Contract | .1 | Certificate of Service (RE: related document(s) 47 Motion to Assume/Reject, 47 Opportunity for Hearing). Filed by Debtor Telepath Corp. (aw, ) (Entered: 12/07/2003) |
| 12/30/2003 | 54 | Executory Contract (GE) | .5 | Order Granting Motion To Reject executory contract with GE Capital(Related Doc # 47 ) (pp, ) (Entered: 01/05/2004) |
| 12/30/2003 | 56 | Executory Contract (GE) | 1.0 | Motion For Order Approving Rejection of Executory Contract Lease With GE Capital Filed by Debtor Telepath Corp. (aw, ) (Entered: 01/06/2004) |
| 12/30/2003 | 57 | Executory Contract (GE) | .5 | Declaration of Charles Logan in support of (RE: related document(s) 56 Motion to Assume/Reject). Filed by Debtor Telepath Corp. (aw, ) (Entered: 01/06/2004) |
| 12/30/2003 | 58 | Executory Contract (GE) | .1 | Certificate of Service (RE: related document(s) 56 Motion to Assume/Reject, 57 Declaration). Filed by Debtor Telepath Corp. (aw, ) (Entered: 01/06/2004) |
| 01/07/2004 | 59 | Executory Contract (GE) | .1 | Certificate of Service (RE: related document(s) 54 Order on Motion to Assume/Reject). Filed by Debtor Telepath Corp. (aw, ) (Entered: 01/09/2004) |

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 01/07/2004 | 60 | Executory Contract (GE) | .1 | Certificate of Service (RE: related document(s) 54 Order on Motion to Assume/Reject). Filed by Debtor Telepath Corp. (aw, ) (Entered: 01/09/2004) |
| 05/25/2004 | 88 | Executory Contract (Motorola) | .3 | Notice of Hearing (RE: related document(s) 86 Motion to Assume/Reject filed by Debtor Telepath Corp.). Hearing scheduled for 6/17/2004 at 01:45 PM at San Jose Courtroom 3099. Filed by Debtor Telepath Corp. (jd, ) (Entered: 05/27/2004) |
| 05/25/2004 | 89 | Executory Contract (Motorola) | .1 | Certificate of Service (RE: related document(s) 88 Notice of Hearing). Filed by Debtor Telepath Corp. (jd, ) (Entered: 05/27/2004) |
| 05/27/2004 | 86 | Executory Contract (Motorola) | 1.5 | Motion to Assume Contracts with Motorola, Inc. Filed by Debtor Telepath Corp. (jd, ) (Entered: 05/27/2004) |
| 05/27/2004 | 87 | Executory Contract (Motorola) | .1 | Certificate of Service (RE: related document(s) 86 Motion to Assume/Reject). Filed by Debtor Telepath Corp. (jd, ) (Entered: 05/27/2004) |
| 06/10/2004 | 90 | Executory Contract | .2 | Request for Clarification and qualified Objection (RE: related document(s) 86 Motion to Assume/Reject). Filed by Creditor Bank Of Walnut Creek (jd, ) (Entered: 06/14/2004) |
| 06/10/2004 | 91 | Executory Contract | .2 | Request To Take Judicial Notice (RE: related document(s) 90 Objection). Filed by Creditor Bank Of Walnut Creek (jd, ) (Entered: 06/14/2004) |

Executory Contract.Page 2 of 4 Pages

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 06/10/2004 | 92 | Executory Contract | .1 | Certificate of Service (RE: related document(s) 90 Objection, 91 Request To Take Judicial Notice). Filed by Creditor Bank Of Walnut Creek (jd, ) (Entered: 06/14/2004) |
| 06/17/2004 | | Executory Contract (Motorola) | 1.0 | Hearing Continued (RE: related document(s) 86 Motion to Assume Contracts with Motorola, Inc. Filed by Debtor Telepath Corp. (jd, )). Hearing to be held on 7/1/2004 at 1:45 PM San Jose Courtroom 3099 for 86 , (tb, )Motion extended to 7/2/04. (Entered: 06/17/2004) |
| 06/25/2004 | 95 | Executory Contract | 1.0 | Declaration of Aaron Ettinger in Support of (RE: related document(s) 86 Motion to Assume/Reject). Filed by Debtor Telepath Corp. (jd, ) (Entered: 06/25/2004) |
| 06/25/2004 | 96 | Executory Contract | .1 | Certificate of Service (RE: related document(s) 95 Declaration). Filed by Debtor Telepath Corp. (jd, ) (Entered: 06/25/2004) |
| 06/25/2004 | 97 | Executory Contract | .1 | Certificate of Service (RE: related document(s) 95 Declaration). Filed by Debtor Telepath Corp. (jd, ) (Entered: 06/25/2004) |
| 07/01/2004 | | Executory Contract | 1.0 | Hearing Held (RE: related document(s) Hearing Continued (RE: related document(s) 86 Motion to Assume Contracts with Motorola, Inc. Filed by Debtor Telepath Corp. (jd, )). GRANTED 90 Request for Clarification and qualified Objection (RE: related document(s) 86 Motion to Assume/Reject). Filed by Creditor Bank Of Walnut Creek (jd, ),MOOT (tb, ) (Entered: 07/01/2004) |

Executory Contract.Page 3 of 4 Pages

| Filing Date | # | Category | Time | Docket Text |
|---|---|---|---|---|
| 07/13/2004 | 102 | Executory Contract | .5 | Order Granting Motion To Assume Executory Contract (Related Doc # 86 ) (eo, ) (Entered: 07/14/2004) |
| 07/19/2004 | 103 | Executory Contract | .2 | Notice of Entry of Order Regarding: (RE: related document(s) 102 Order on Motion to Assume/Reject). Filed by Debtor Telepath Corp. (jd, ) (Entered: 07/20/2004) |
| 07/19/2004 | 104 | Executory Contract | .1 | Certificate of Service (RE: related document(s) 103 Notice of Entry of Order). Filed by Debtor Telepath Corp. (jd, ) (Entered: 07/20/2004) |