CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 770
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for The Siress Group

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re ) | Case No.: 03-56788 asw |
| ) | |
| TELEPATH CORPORATION, ) | Chapter 11 |
| ) | |
| Debtor. ) | NOTICE OF HEARING ON |
| ) | MOTION TO COMPEL PAYMENT OF |
| ) | ACCOUNTANT FEES |
| ) | |
| ) | Date: September 30, 2009 |
| ) | Time: 2:15 p.m. |
| ) | Judge Arthur S. Weissbrodt |

PLEASE TAKE NOTICE that the Motion to Compel Payment of Accountant Fees (hereinafter "Motion") will come on for hearing on September 30, 2009 at 2:15 p.m., at the United States Bankruptcy Court, located at 280 S. First Street, San Jose, CA in the Courtroom of the above named judge.

Filed and served concurrently are copies of the Motion, Declaration of Jenna Siress in support of Motion, and Order Shortening Time for Notice of Hearing on Motion.

DATED September 29, 2009.

/s/ Charles B. Greene
**CHARLES B. GREENE**