

1  STEVAN C. ADELMAN, ESQ., SBN 56413
MILLER, MORTON, CAILLAT & NEVIS, LLP
2  25 Metro Drive, 7th Floor
San Jose, CA 95110-1339
3  Telephone: (408) 292-1765
Facsimile: (408) 436-8272
4
Special Counsel for TELEPATH CORPORATION

IT IS SO ORDERED.
Signed October 19, 2009

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re TELEPATH CORPORATION ) Bankruptcy No. 03-56788-ASW11
) Chapter 11
Tax ID: 94-2678653 )
)
Debtor. )
)
)
)
)
)

ORDER APPROVING FIRST AND INTERIM APPLICATION
FOR COMPENSATION BY MILLER, MORTON,
CAILLAT & NEVIS, LLP, AS SPECIAL COUNSEL FOR DEBTOR

The First and Interim Application for Compensation by Miller, Morton, Caillat & Nevis, LLP, as Special Counsel for Debtor came on regularly for hearing on October 9, 2009, in Courtroom 3020 of the above-entitled Court, the Honorable Arthur S. Weissbrodt presiding. Stevan C. Adelman appeared on behalf of applicant, and no other appearances were made.

The Court, having reviewed the application and supporting papers, and good cause appearing, hereby makes the following order:

1

ORDER APPROVING FIRST AND INTERIM APPLICATION FOR
COMPENSATION BY MILLER, MORTON, CAILLAT & NEVIS, LLP
AS SPECIAL COUNSEL FOR DEBTOR

Case No. 03-56788-ASW11
In Re Telepath Corporation

Case: 03-56788   Doc# 440   Filed: 10/19/09   Entered: 10/20/09 11:38:02   Page 1 of 10

1     **IT IS ORDERED** that the application of Miller, Morton, Caillat & Nevis, LLP's is
2 hereby approved, and Debtor TELEPATH CORPORATION is order to pay Miller, Morton,
3 Caillat & Nevis, LLP the sum of $11,000.00 in fees and $1,310.74 for costs advanced.

\* \* \* \* END OF ORDER \* \* \* \*

2

ORDER APPROVING FIRST AND INTERIM APPLICATION FOR
COMPENSATION BY MILLER, MORTON, CAILLAT & NEVIS, LLP
AS SPECIAL COUNSEL FOR DEBTOR

Case No. 03-56788-ASW11
In Re Telepath Corporation

Case: 03-56788    Doc# 440    Filed: 10/19/09    Entered: 10/20/09 11:38:02    Page 2 of 10

# COURT SERVICE LIST

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 03-56788<br>Northern District of California<br>San Jose<br>Thu Aug 6 13:25:36 PDT 2009 | Telepath Corp.<br>49111 Milmont Dr.<br>Fremont, CA 94538-7347 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut St<br>MAC F4031-050<br>Des Moines, IA 50309-3605 |
| U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 | AW Enterprise<br>6543 S. Laramie Avenue<br>Bedford Park, IL 60638-6413 | Aaron Ettinger<br>2176 Petersburg Drive<br>Milpitas, CA 95035-6654 |
| Actionware<br>P.O. Box 964<br>South San Francisco, CA 94083-0964 | Advance Tech. Industries<br>451 N.E. 189th Street<br>Miami, FL 33179-3908 | Advanced Charger Tech.<br>6060 McDonough Drive<br>Suite J<br>Norcross, GA 30093-1230 |
| Alan R. David, CPA<br>Accountancy Corporation<br>1 North Main Street, #4<br>Milpitas, CA 95035-4324 | Alexander Technologies/Lextar<br>36201 Treasury Center<br>Chicago, IL 60694-6200 | Alhambra Water<br>P.O. Box 7126<br>Pasadena, CA 91109 |
| All Temperature Service<br>Air Conditioning, Inc.<br>1957 Grosvenor Drive<br>San Jose, CA 95132-1821 | Almaden Press<br>Attn: Jason Calvillo<br>2549 Scott Boulevard<br>Santa Clara, CA 95050-2508 | Am. Motorists Insurance Co.<br>Kemper Insurance Co.<br>One Kemper Dr.<br>Long Grove, IL 60049-0002 |
| Andy Ajoulny<br>144 S. Third Street #420<br>San Jose, CA 95112-6503 | Antenex Inc.<br>Dept. F<br>P.O. Box 4755<br>Carol Stream, IL 60197-4755 | Arch Wireless<br>P.O. Box 660770<br>Dallas, TX 75266-0770 |
| Assured Fire Extin Svc.<br>P.O. Box 20524<br>Castro Valley, CA 94546-8524 | Attorney General<br>Civ. Tri. Sec West. Reg<br>Box 683, Ben Franklin Station<br>Washington, DC 20044-0683 | Audi Finance<br>c/o VW Credit<br>1401 Franklin Blvd.<br>Libertyville, IL 60048-4460 |
| Bank of Walnut Creek<br>1400 Civic Dr.<br>POB 8080<br>Walnut Creek, CA 94596 8080 | Bank of Walnut Creek<br>4030 Clipper Court<br>Fremont, CA 94538-6540 | Browning-Ferris<br>Industries of California<br>P.O. Box 78460<br>Phoenix, AZ 85062-8460 |
| C&M Enterprises<br>1943 N. Grimes<br>Suite B-114<br>Hobbs, NM 88240-2722 | CPD Wireless<br>2807 Whipple Road<br>Union City, CA 94587-1233 | CPI<br>941 Hensley Lane<br>Wylie, TX 75098-4909 |
| CST Corporation<br>2500 Central Pkwy<br>Suite D<br>Houston, TX 77092-7713 | California Supply North Inc.<br>P.O. Box 51955Y<br>Los Angeles, CA 90051 | Chet Ettinger<br>1770 Wickham Road<br>San Jose, CA 95132-1786 |

EXHIBIT A, Page 1

| | | |
|---|---|---|
| Chevron<br>P.O. Box 2001<br>Concord, CA 94529-0001 | Chevron Products Company<br>P.O. Box 5010<br>Concord, CA 94524-0010 | Cisco Systems (ERT)<br>C/O John<br>260 East Tasman Drive<br>San Jose, CA 95134-1400 |
| Citibank (South Dakota). N.A.<br>DBA: STAPLES<br>PO Box 9025<br>Des Moines, IA 50368-0001 | Citibank USA<br>Staples Regular Revolve<br>P.O. Box 9025<br>Des Moines, IA 50368-0001 | City of Oakland<br>Financial Services Agency<br>150 Frank H. Ogaza Plaza #5342<br>Oakland, CA 94612-2093 |
| Commtech Wireless<br>6900 Phillips Hwy<br>Suite 26<br>Jacksonville, FL 32216-6058 | Controller of State of California<br>Division of Tax Administration<br>PO Box 982850<br>Sacramento, CA 94250-5880 | County of Alameda, Tax Assessor<br>1225 Fallon Street, Room 100<br>Oakland, CA 94612-4229 |
| County of Santa Clara<br>Attention: County Tax Collector<br>70 West Hedding Street<br>San Jose, CA 95110-1705 | DMV Renewal<br>P.O. Box 942894<br>Sacramento, CA 94294-0001 | David Clark Co, Inc.<br>360 Franklin Street<br>Worcester, MA 01604-4900 |
| Day Wireless System<br>P.O. Box 22169<br>Milwaukie, OR 97269-2169 | Day Wireless Systemes<br>c/o Jeffrey C. Misley<br>1000 SW Broadway #1400<br>Portland, OR 97205-3066 | Dell Account<br>Dept. 57-0007452540<br>P.O. Box 9020<br>Des Moines, IA 50368-9020 |
| Delta Communications<br>Wayne Lott<br>2162 So. Jupiter Road<br>Garland, TX 75041-6004 | Department of Motor Vehicles<br>PO Box 932382<br>Sacramento, CA 94232-3820 | Dun & Bradstreet<br>P.O Box 75542<br>Chicago, IL 60675-5542 |
| ELAINE M. SEID<br>McPharlin Sprinkles & Thomas, LLP<br>10 Almaden Blvd, Suite 1460<br>San Jose, CA 95113-2268 | EMR Corporation<br>22402 N. 19th Avenue<br>Phoenix, AZ 85027-2104 | Employment Development Department<br>MIC-92-E<br>PO Box 944203<br>Sacramento, CA 94244-2030 |
| Federal Express Corporation<br>P.O. Box 1140<br>Dept. A<br>Memphis, TN 38101-1140 | Franchise Tax Board<br>Attention: Secial Procedures<br>PO Box 2952<br>Sacramento, CA 95812-2952 | G&K Services<br>1229 California Avenue<br>Pittsburg, CA 94565-4112 |
| GE Capital<br>PO Box 31001-0497<br>Pasadena, CA 91110-0001 | GE Capital<br>POB 3083<br>Cedar Rapids IA 52406 3083 | Golden State Communications, Inc.<br>3155 S. Bascom Avenue<br>Campbell, CA 95008-6756 |
| Haggerty Communications Group<br>7840 El Cajon Blvd.<br>Suite 401<br>La Mesa, CA 91942-0619 | Ham Radio Outlet<br>510 Lawrence Expressway #102<br>Sunnyvale, CA 94085-4007 | Havis Shields<br>395 Jack Road<br>P.O. Box 2099<br>Warminster, PA 18974-0010 |

EXHIBIT A , Page2

| | | |
|---|---|---|
| Henry Radio<br>2050 South Bundy Drive<br>Suite 285<br>Los Angeles, CA 90025-6137 | IBM<br>(Maintenance Agreement)<br>P.O. Box 61000<br>Dept. 1896<br>San Francisco, CA 94161-0001 | IBM<br>Software Subscriptions<br>1800 Green Hills Road<br>Scotts Valley, CA 95066-4984 |
| ICOM America, Inc.<br>2380 116th Ave. NE<br>Bellevue WA 98004-3036 | ICOM America, Inc.<br>2380 116th Avenue N.E.<br>Bellevue, WA 98004-3036 | ITECH<br>9454 Waples Street<br>San Diego, CA 92121-2919 |
| Internal Revenue Service<br>P.O. Box 99<br>Stop HQ-5430<br>San Jose, Ca 95103 | Internal Revenue Service<br>Special Procedure Branch<br>PO Box 99<br>San Jose, CA 95103 | JPS Communicatins, Inc.<br>5800 Departure Drive<br>Raleigh, NC 27616-1933 |
| JPS Communication<br>5800 Departure Dr.<br>Raleigh, NC 27616-1933 | Kenwood Center West<br>17300 Marquardt Avenue<br>Cerritos, CA 90703-1023 | Kenwood U.S.A. Corporation<br>P.O. Box 100959<br>Pasadena, CA 91189-0001 |
| Kenwood USA<br>21267 Network Place<br>Chicago, IL 60673-1212 | Kenwood USA Corp.<br>POB 100959<br>Pasadena CA 91189-0001 | LANLogic, Inc.<br>248 Ricken Circle<br>Livermore, CA 94551 |
| Legion Insurance Co.<br>POB 514003<br>Milwaukee WI 53203 3403 | Legion Insurance Co., In Liquidation<br>111 E. Kilbourn Ave., Suite 1150<br>P.O. Box 514003<br>Milwaukee, WI 53203-3403 | Les Ettinger<br>P.O. Box 32222<br>San Jose, CA 95152-2222 |
| Merrill Lynch<br>4800 Deer Drive East<br>Jacksonville, FL 32246 | Micro Center Business Sales<br>Attn: Accounts Receivable<br>P.O. Box 848<br>Hilliard, OH 43026-0848 | Midland Consumer Radio<br>P.O. Box 930462<br>Kansas City, MO 64193-0001 |
| Mobitel Inc.<br>7667 Longard Road<br>Livermore, CA 94551-8208 | Moreno & Associates, Inc.<br>P.O. Box 28118<br>San Jose, CA 95159-8118 | Motorola<br>(Svc Agreement)<br>P.O. Box 100184<br>Pasadena, CA 91189-0001 |
| Motorola Federal Technical Center<br>4395 Nicole Drive<br>Lanham, MD 20706-4349 | Motorola Inc<br>c/o Alex Pirogovsky<br>3500 Three First National Plaza<br>Chicago IL 60602 | Motorola Radius<br>21473 Network Place<br>Chicago, IL 60673-1214 |
| Motorola System Support<br>P.O. Box 100184<br>Pasadena, CA 91189-0001 | Motorola, Inc.<br>(Rental)<br>P.O. Box 100184<br>Pasadena, CA 91189-0001 | Motorola, Inc.<br>21473 Network Place<br>Chicago, IL 60673-1214 |

EXHIBIT A, Page 3

| | | |
|---|---|---|
| Multiplier Industries<br>Attn: Joanna Carbone<br>P.O. Box 630<br>Mount Kisco, NY 10549-0630 | Muzak LLC<br>Attn: Hooa<br>3318 Lakemont Blvd.<br>Fort Mill, SC 29708-8309 | Neeka Accountancy Corporation<br>CPA'S & Management Consultants<br>39247 Liberty Street<br>Suite A-4<br>Fremont, CA 94538-1519 |
| Nextel Communications<br>P.O. Box 54977<br>Los Angeles, CA 90054-0977 | Nextel Communications, Inc.<br>Attn: Bankruptcy<br>POB 172408<br>Denver CO 80217 2408 | OTTO Communications<br>2 East Main Street<br>Carpentersville, IL 60110-2624 |
| Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Orbital Sciences Corp.<br>7160 Riverwood Dr.<br>Columbia, MD 21046-1537 | Orchard Supply Hardware<br>P.O. Box 49016<br>San Jose, CA 95161-9016 |
| P&W Service Center<br>1300 N. Florida Mango Road<br>Suite 26<br>West Palm Beach, FL 33409-5258 | PSI LP<br>P.O. Box 1179<br>Rancho Cucamonga, CA 91729-1179 | Pacific Coast Labs<br>1031 San Leandro Blvd.<br>San Leandro, CA 94577-1534 |
| (c)PARAGON MECHANICAL<br>445 ROBERT AVE<br>SANTA CLARA CA 95050-2918 | Peter Ajlouny<br>c/o Law Office of Mark K. Oto<br>255 N. Market St., #260<br>San Jose, CA 95110-2466 | Peter Ajoulni<br>144 South Third Street #420<br>San Jose, CA 95112-6503 |
| Peter Munoz<br>Reed Smith Crosby Heafey<br>Two Embarcadero Center<br>Suite 2000<br>San Francisco, CA 94111-3922 | Pitney Bowes Credit Corp<br>PO Box 85460<br>Louisville, KY 40285-5460 | Pittney Bowes Credit Corporation<br>Attn: Recovery dept.<br>27 Waterview Dr.<br>Shelton, CT 06484-4361 |
| Postmaster - San Jose<br>1750 Lundy Avenue<br>San Jose, CA 95101-9998 | Pryme Radio Products<br>Cust# Telcor<br>480 Apollo St. #E<br>Brea, CA 92821-3121 | Quill Corporation<br>PO Box 94081<br>Palatine, IL 60094-4081 |
| Radiall/Larsen Antenna Technologies<br>3611 NE 112th Avenue<br>Vancouver, WA 98682-8708 | Reserve Account<br>P.O. Box 952856<br>Saint Louis, MO 63195-2856 | Ritron, Inc.<br>P.O. Box 1998<br>Carmel, IN 46082-1998 |
| Roger Dickinson<br>6570 Capri Way<br>San Jose, CA 95129-2965 | SBC Smart Yellow Pages<br>P.O. Box 10325<br>Van Nuys, CA 91410 | SBC Yellow Pages<br>101 Spear ST #534<br>San Francisco, CA 94105-1559 |
| Savin Corporation<br>P.O. Box 10336<br>Des Moines, IA 50306-0336 | Scientific Dimensions<br>2417 Aztec Road NE<br>Albuquerque, NM 87107-4224 | Scott E. Blakeley<br>Blakeley & Blakeley LLP<br>2030 Main Street, Suite 540<br>Irvine, CA 92614-7234 |

EXHIBIT A, Page 4

| | | |
|---|---|---|
| Spokane County Fire Dept. 3<br>Delly Jennigs<br>10 S. Presley Drive<br>Cheney, WA 99004-1200 | Sprint<br>P.O. Box 79255<br>City Of Industry, CA 91716-9255 | Staple Credit Plan<br>Dept. 82-0001434737<br>P.O. Box 9020<br>Des Moines, IA 50568-9020 |
| State Board of Equalization<br>Attention: Collection Unit<br>PO Box 942879<br>Sacramento, CA 94279-0001 | Stream Companies<br>301 Linderwood Drive<br>Suite 1<br>Malvern, PA 19355-1758 | Systems Implemention, Inc.<br>Rensselger Technology Park<br>105 Jordon Rd.<br>Troy NY 12180-8376 |
| Systems Implemention, Inc.<br>Tensselaer Technology Park<br>105 Jordan Road<br>Troy, NY 12180-8376 | T-Mobile<br>P.O. Box 742596<br>Cincinnati, OH 45274-2596 | Talley Communications<br>P.O. Box 3123<br>Santa Fe Springs, CA 90670-0123 |
| Telewave, Inc.<br>660 Giguere Court<br>San Jose, CA 95133-1742 | Tesco Inc.<br>1126 McCormick Rd.<br>Hunt Valley, MD 21031<br>Attn: Sandra Enciso | Tessco<br>P.O. Box 631091<br>Baltimore, MD 21263-1091 |
| The Home Depot CRC<br>P.O. Box 4536<br>Dept. 24<br>Carol Stream, IL 60197-4536 | Topaz3, LLC<br>P.O. Box 803881<br>Kansas City, MO 64180-3881 | Transcrypt International<br>CM8910<br>Saint Paul, MN 55170-8910 |
| Trident Micro Systems<br>Two Triden Drive<br>Arden, NC 28704-7744 | U.S. Securities and Exchange<br>Commission, Attn: Bankruptcy<br>5670 Wilshire Blvd, 11th Floor<br>Los Angeles, CA 90036-5627 | Uniden America Corporation<br>ATTN: Law Department<br>4700 Amon Carter Blvd.<br>Forth Worth, TX 76155-2297 |
| Uniden Services, Inc.<br>P.O. Box 910597<br>Dallas, TX 75391-0597 | United Communications Corp.<br>P.O. Box 26048<br>Little Rock, AR 72221-6048 | United Communications Corporation<br>400 N. Fifth Street<br>Blytheville, AR 72315-2703 |
| United Parcel Service<br>c/o D and B/RMS Bankruptcy Services<br>PO Box 4396<br>Timonium, MD 21094-4396 | Valley Automated Fuels<br>P.O. Box 641208<br>San Jose, CA 95164-1208 | Valley Yellow Pages<br>Dept. 33302<br>P.O. Box 39000<br>San Francisco, CA 94139-3302 |
| Verizon Wireless<br>PO Box 96082<br>Bellevue, WA 98009-9682 | Vertex Standard<br>P.O. Box 31001-1624<br>Pasadena, CA 91110-0001 | Vertex Standard USA, Inc.<br>c/o Scott E. Blakeley, Esq.<br>2030 Main St., #210<br>Irvine, CA 92614-7247 |
| Vision Communication<br>P.O. Box 598<br>Lakewood, Ca 90714-0598 | Vision Communications, Inc.<br>P.O. Box 598<br>Lakewood, CA 90714-0598 | W&W Manufacturing Company<br>800 South Broadway<br>Hicksville, NY 11801-5017 |

EXHIBIT A, Page 5

Wells Fargo Financing Leasing Inc
800 Walnut Street
Des Moines, IA 50309-3891

Wm. McGivern, U.S. Atty.
Attention: Chief, Tax Division
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102-3426

XO Communications
P.O. Box 31001-0429
Pasadena, CA 91110-0429

XO Communications, Inc.
105 Molloy St
Nashville TN 37201-2315

XYCOM Distribution
P.O. Box 90666
City Of Industry, CA 91715-0666

Aaron Ettinger
49111 Milmont Dr.
Fremont, CA 94538 7347

Alan R. David

David I. Kornbluh
Miller, Morton, Caillat and Nevis
50 W San Fernando St. #1300
San Jose, CA 95113-2434

Les Ettinger
c/o Campeau Goodsell Smith, L.C.
440 N. 1st Street, Suite 100
San Jose, CA 95112-4024

Roger Dickinson
1817 Lackland Drive
Alamo, CA 94507-2815

Scott L. Goodsell
Campeau, Goodsell Smith
440 N. 1st St. #100
San Jose, CA 95112-4024

William J. Healy
Campeau, Goodsell and Smith
440 N 1st St. #100
San Jose, CA 95112-4024

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Paragon Mechanical
2460 De La Cruz Blvd.
Santa Clara, CA 95050

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank Of Walnut Creek

(u)Day Wireless Systems

(u)ICOM America, Inc.

(u)Miller Morton Caillat and Nevis

(u)Motorola, Inc.

(u)Neeka Accountancy Corporation

(u)Vertex Standard USA, Inc.

(d)Moreno & Associates, Inc.
P.O. Box 28118
San Jose, CA 95159-8118

(d)Pacific Coast Labs
1031 San Leandro Blvd.
San Leandro, CA 94577-1534

EXHIBIT A , Page6

(u)Andy Ajluni   (u)Charles E. Logan   (d)Elaine M. Seid
McPharlin Sprinkles & Thomas, LLP
10 Almaden Blvd., Ste. 1460
San Jose, CA 95113-2268

(u)Jena Siress-McCelleis   (u)Peter Ajlouny

End of Label Matrix
Mailable recipients  161
Bypassed recipients   14
Total                175

| | |
|---|---|
| Eric W. Burkhardt, Esq.<br>William C. Beall, Esq.<br>Law Offices of Beall and Burkhardt<br>1114 State Street, Suite 200<br>Santa Barbara, CA 93101<br><br>*Attorneys for Defendant*<br>*Microvoice Corporation* | Scott L. Goodsell, Esq.<br>William J. Healy, Esq.<br>CAMPEAU GOODSELL SMITH, L.C.<br>440 N. 1st Street, Suite 100<br>San Jose, CA 95112<br><br>*Attorneys for Debtor*<br>*Telepath Corporation* |
| Nanette Dumas<br>Office of the U.S. Trustee<br>280 S. 1st St., #268<br>San Jose, CA 95113 | Aaron Ettinger<br>49111 Milmont Dr.<br>Fremont, CA 94538-7347 |
| | Telepath Corporation<br>49111 Milmont Dr.<br>Fremont, CA 94538-7347 |